UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM PERSON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1995 (RMU) |
| DISTRICT OF COLUMBIA, *et al.,* | : | |
| Defendants. | : | |
| _____ | : | |

### CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, within which to respond to the complaint herein. Presently, a response is due December 1, 2006. The request is for an extension to January 24, 2007, 60 days from the date that this case was removed from the D.C. Superior Court..

The grounds for this motion are set forth in the attached memorandum of points and authorities.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP LATTIMORE
Chief, General Litigation Section III

STEVEN J. ANDERSON (Bar No. 334480)
Assistant Attorney General
Suite 600S  441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607 (phone)
(202) 727-3625 (fax)
E-mail: Steve.Anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PERSON, | : |
| Plaintiff, | : |
| vi. | :     Civil Action No. 06-1995 (RMU) |
| DISTRICT OF COLUMBIA, *et al.,* | : |
| Defendants. | : |
| _____ | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND THE COMPLAINT

Plaintiff in this case claims that the District violated his constitutional rights and that this resulted in the amputation of a leg. The District requests that it be allowed until January 24, 2007, to answer or otherwise respond to plaintiff's complaint.

Due to the exigencies of the upcoming holiday period and a previously planned vacation, undersigned counsel has insufficient time to adequately prepare a response to the Complaint within the 10 days allowed by the Rules. Specifically, undersigned counsel will be out of the country from December 26, 2006, until January 9, 2007. In addition, a 60 day period to respond is more appropriate for the District as a governmental entity.

Counsel for the District was assigned to handle the defense in this case November 21, 2006, and removed the case to this Court November 24, 2006. However, more time will be required to collect records and investigate the facts in this case and the relationships between the defendants, so that the District can properly defend itself. This case is particularly complex in that it involves medical and constitutional issues.

In the Superior Court of the District of Columbia the District is allowed 60 days to respond to a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed to the United States in both Superior Court and United States District Courts. *Id.;* Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to forward court documents, to contact knowledgeable employees and to investigate the allegations of a complaint. Given that this is a very serious medical malpractice/constitutional case, which may involve third-party practice, 60 days is an appropriate amount of time to allow the District to conduct its investigation of the relationships between the defendants and the facts that surround plaintiff's amputation. In addition, plaintiff's counsel has informed the undersigned that there is a related case in the Superior Court that may impact the District's defense.

Plaintiff's counsel consents to the relief requested herein. Under all the circumstances described, it is requested that the Court grant the relief sought herein.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        PHILLIP LATTIMORE
        Chief, General Litigation Section III

        _____

        STEVEN J. ANDERSON (Bar No.34480)
        Assistant Attorney General
        Suite 600S  441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607 (phone)
        (202) 727-3625 (fax)
        E-mail: Steve.Anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON,                          :

        Plaintiff,                    :

v.                                       :        Civil Action No. 06-1995 (RMU)

DISTRICT OF COLUMBIA, *et al.,*          :

        Defendants.                   :

_____   :


## ORDER

Upon Consideration of Defendant District of Columbia's motion to enlarge the period to answer or otherwise respond to plaintiff's complaint, the consent of the plaintiff, and the record herein, it is this _____ day of _____ 2006,

ORDERED, that defendant's motion is GRANTED, and it is further

ORDERED, that the period for the District to respond to plaintiff's complaint is enlarged up to, and including January 24, 2007.

                                                                   _____
                                                                   Ricardo M. Urbina
                                                                   Judge, U.S. District Court for the District of Columbia

Copies to:

Steven J. Anderson
Assistant Attorney General
441-4th Street, NW
6th Floor South
Washington, D.C. 20001

Anthony Graham
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774