UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------X
WILLIAM PERSON                                  :
                                                :
                                                :   Case No.: 1:06-cv-01995-RMU
            Plaintiff,                          :
                                                :
       v.                                       :
                                                :
DISTRICT OF COLUMBIA, et. al.                   :
                                                :
                                                :
            Defendants.                         :
---------------------------------------------------X

**ENTRY OF APPEARANCE**

Dear Sir/Madam Clerk:

Please enter the appearances of Catherine A. Hanrahan, Esquire and Anastasios P. Tonorezos, Esquire, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, as counsel for Defendant, Greater Southeast Community Hospital Corporation I, in the above-referenced matter.

Respectfully submitted,

_____/s/_____
Catherine A. Hanrahan, #441775
Anastasios P. Tonorezos, #495133
Wilson, Elser, Moskowitz, Edelman, & Dicker
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005-3105
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
catherine.hanrahan@wilsonelser.com
ernest.tonorezos@wilsonelser.com

251033.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was electronically filed and was mailed postage pre-paid on this 8th day of January, 2007 to:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Steven J. Anderson
Assistant Attorney General
Suite 600S 441 Fourth Street, N.W.
Washington, D.C. 20001

_____/s/_____
Anastasios P. Tonorezos

251033.1