UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PERSON** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.: 1:06-CV-01995 RMU |
| **DISTRICT OF COLUMBIA, et. al.** | : |
| **Defendants** | : |

**ENTRY OF APPEARANCE**

**CLERK;**

      Please enter the appearances of Anthony Graham, Sr., Esquire, and Michael L. Smith, Esq., of Smith Graham & Crump, LLC as counsel for the plaintiff, William Person in the above captioned matter.

      Respectfully submitted,

      Smith Graham & Crump, LLC

      /s/
      _____
      Anthony Graham, Esq., #426073
      Michael L. Smith, Esq. #468881
      9200 Basil Court
      Suite 301
      Largo, Maryland 20774
      Tel. (301) 925-2001
      Fax (301) 925-2540
      Tonyglegal@juno.com
      Mlsesq@juno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that one copy of the foregoing Entry of Appearance was electronically filed and was mailed, postage pre-paid on this 10th day of January 2007 to:

    Catherine A. Hanrahan, Esq
    Anastasios P. Tonorezos, Esq.
    Wilson, Elser, Moskowitz, Edelman & Dicker
    1341 G Street, N. W., 5th Floor
    Washington, D. C. 20005

    Steven J. Anderson, Esquire
    Assistant Attorney General
    441 Fourth Street, N. W.
    Suite 600S
    Washington, D. C. 20001

                                                      _____
                                                               Anthony Graham