UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON,                    :

      Plaintiff,              :

v.                                 :        Civil Action No. 06-1995 (RMU)

DISTRICT OF COLUMBIA, *et al.*,    :

      Defendants.             :

_____     :

### DEFENDANT DISTRICT OF COLUMBIA'S
### ANSWER TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia (District), by and through undersigned counsel, answer the complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief might be granted and should be dismissed.

### SECOND DEFENSE

Answering the numbered paragraphs in plaintiff's complaint, the District responds as follows:

1. Defendant the District of Columbia (hereinafter, "Defendant" or the "District") admits the existence of the statute alleged. However, plaintiff's contention that this Court has jurisdiction over this matter is plaintiff's legal conclusion and no answer is required. If an answer is required, this allegation is denied.

2. Defendant lacks adequate information to admit or deny the citizenship or residence of plaintiff. If an answer is required, these allegations are denied.

3-21. The District admits that Greater Southeast Community Hospital (GSCH) is a licensed corporation in the District, and that Dr. Maximous, MD, is a licensed physician. Moreover, defendant District of Columbia lacks adequate information at this time to admit or deny these allegations. If answers are required, these allegations are denied.

Count Two
[Deprivation of Civil Rights under Color of Law]

22. The District incorporates its answers to paragraphs 1 through 21 as if re-alleged herein.

23. This paragraph states plaintiff's legal conclusion and requires no answer.

24. Admitted.

25. Denied.

26. This allegation is too indefinite and vague for defendant to formulate a response. If an answer is required, the allegations are denied.

27. Defendant lacks adequate information at this time to admit or deny if plaintiff was treated at GSCH before being incarcerated.

28. Denied. Defendant admits that plaintiff was incarcerated from October 24, 2003 until November 14, 2003.

29. Denied.

30. This paragraph includes plaintiff's legal conclusions and requires no response. If a response is required, these allegations are denied.

31. Denied.

32. Denied. The District is not a state and therefore the 14th Amendment is not applicable.

33. Denied.

34. Denied.

35. Denied.

All allegations not specifically admitted are denied.

### THIRD DEFENSE

If plaintiff was injured as alleged in the complaint, such injuries were the result of the negligence (either sole, contributory, concurrent, or joint), intentional acts, or assumption of the risk of or by plaintiff, or by a third person not the defendant.

### FOURTH DEFENSE

This Court is without subject matter jurisdiction because plaintiff has failed to plead a proper claim of municipal laiblity under the U.S. Constitution.

### FIFTH DEFENSE

Liability is barred by the doctrines of sovereign immunity, governmental immunity, privilege, and official immunity and qualified immunity. The actions of defendant were discretionary decisions for which there can be no liability.

### SIXTH DEFENSE

Plaintiff's complaint is barred by the Prison Litigation Reform Act.

### SEVENTH DEFENSE

The D.C. Department of Corrections is *non sur juris*.

Defendant intend to rely upon the defenses properly available from the evidence that arise from discovery, from testimony at trial, or from some other source. Defendants expressly reserve their right to assert or amend such defenses, as the facts become known.

### DEMAND FOR JURY TRIAL

The District demands a trial by jury as to all issues herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
PHILLIP LATTIMORE, III
Chief, General Litigation Section III

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov