### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PERSON** | : |
| | : |
| **Plaintiff** | : |
| **v.** | : |
| | :  **1:06 CV 01995 RMU** |
| **GREATER SOUTHEAST COMMUNITY** | : |
| **HOSPITAL, et al.** | : |
| | : |
| **Defendants** | : |

### CONSENT MOTION TO CONSOLIDATE ACTION
### FILED IN D.C. SUPERIOR COURT WITH THIS ACTION

Comes Now Plaintiff, William Person, by and through her counsel, Anthony Graham,

Sr., and the law office of Smith Graham & Crump, LLC pursuant to Federal Rules of Civil

Procedure, Rule 42(a) and hereby respectfully moves this Honorable Court with the consent of

all the parties to consolidate the action filed in D. C. Superior Court titled William Person v.

Defabio, Inc., under case number 2006 CA 0354 with this and move such matter to the U.S.

District Court and for reasons thereof, represents to this Honorable Court as follows:

1.      On or about October 17, 2003, the Plaintiff was leaving the premises of 1710 28th

Place, S. E., Washington descending the common stairways when he was caused to fall on the

stairs and sustain a broken leg by reason of damaged/cracked stairs.

2.      The said stairs on the property belonging to Defendant Webster B. Trapp, Jr. and

under information and belief managed by Defabio, Inc. (both whom are defendants in case

number 2006 CA 00354).

3.      The Plaintiff was subsequently taken to Greater Southeast Community Hospital

and was treated by Defendant Talaat Maximous, M.D.  Subsequent to the Plaintiff treatment, he

was taken to the District of Columbia Department of Correction where he was incarcerated until

his next visit at the Defendant Greater Southeast Community Hospital.  This Plaintiff cast was

removed by Defendant Maximous, M.D. and replaced with another cast and subsequently sent back to the District of Columbia Department of Correction.

4.    While at the D. C. Department of Correction, the Plaintiff began to experience further pain and discomfort and made several attempts to get medical attention via Department of Correction's personnel to no avail.

5.    Finally on or about November 1, 2003, the plaintiff was taken back to Greater Southeast Community Hospital where upon arrival he was told that his cast was placed on too tight and his leg had become gangrene and had to be amputated.

6.    All of the events surrounding the amputation of Plaintiff's leg stemmed from common questions of fact.  Federal Rule 42 confers on the District Court broad discretionary powers for consolidation of actions involving a common question of law or fact.  *Prudential Insurance Compay v. Saxe, 134 F.2d 16 (D. C. Cir. 1943)*.  The Defendants, with the exception of Counsel for Dr. Maximous who has not responded, in this matter and the Superior Court case all consent to the consolidations of these matters.

WHEREFORE, based on the foregoing reasons and any other that may appear just and proper, the Defendant respectfully requests that this Court grants his motion to consolidate the cases mentioned herein.

Respectfully submitted,

_____
Anthony Graham, Sr. Esq.
Smith Graham & Crump, LLC
9200 Basil Court, Suit 301
Largo, Maryland 20774
(301) 925-2001

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion to Consolidate was Mailed, postage prepaid, to each following Defendants on this 11th day of April 2007.

_____

Anthony Graham Sr. Esq.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**WILLIAM PERSON**
:

:
                    Plaintiff                                                          :
      v.                                                                               :
                                                                                       :   1:06 CV 01995 RMU
GREATER SOUTHEAST COMMUNITY   :
HOSPITAL, et al.                                                                       :
                                                                                       :
                    Defendants                                                         :

**ORDER**

Upon consideration of Plaintiff's consent motion to consolidate the action filed in D.C.

Superior Court under case number 2006 CA 0345 and move said action to the United States

District Court for the District of Columbia, the authority cited herein and the common facts

surrounding this matter, it is this _____ day of _____, 2007,

**ORDERED**, that the motion filed herein be and is hereby **GRANTED.**  It is

**FURTHERED ORDERED**, that the action filed in D. C. Superior Court titled William Person

v. Defabio, Inc., et al. civil action number 2006 CA 0354 shall be moved from the D. C. Superior

Court and consolidated with this action.

**SO ORDERED.**


                                                        _____
                                                        JUDGE Ricardo M. Urbina

cc:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Catherine A. Hanrahan, Esq.
Anastasios P. Tonorezos,Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

F.W. Scott Lucas, Esq.
602 Brookedge Court
Mitchellville, Maryland 20721

Kiran Hassan, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001