UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------X
WILLIAM PERSON                              :
                                            :
                                            :   Case No.: 1:06-cv-01995-RMU
                Plaintiff,                  :
                                            :
        v.                                  :
                                            :
DISTRICT OF COLUMBIA, et. al.               :
                                            :
                                            :
                Defendants.                 :
---------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I,
<u>PURSUANT TO LOCAL CIVIL RULE 7.1</u>**

As counsel in the above-referenced action for Defendant Greater Southeast Community Hospital Corporation I, I hereby respectfully submit the following Disclosure of Affiliations and Financial Interests in accordance with Local Civil Rule 7.1 and certify as follows:

I, the undersigned, counsel of record for Greater Southeast Community Hospital Corporation I, certify that to the best of my knowledge and belief, Greater Southeast Community Hospital Corporation I, does not have any parent company, subsidiary, or affiliate with any outstanding securities in the hands of the public.

I further certify that Greater Southeast Community Hospital Corporation I is insured by American International Group, Inc. ("AIG"). American International Group, Inc. ("AIG") has the potential obligation to indemnify Greater Southeast Community Hospital Corporation I in

258076.1

relation to the above referenced matter.[1] Additionally, I certify to the best of my knowledge and belief that American International Group, Inc. ("AIG") has outstanding securities in the hands of the public and trades on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Greater Southeast Community Hospital Corporation I.

Respectfully submitted,

Catherine A. Hanrahan, #441775
Anastasios P. Tonorezos, #495133
Wilson, Elser, Moskowitz, Edelman, & Dicker
The Colorado Building
1341 G Street, N.W., 5th Floor
Washington, D.C. 20005-3105
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
catherine.hanrahan@wilsonelser.com
ernest.tonorezos@wilsonelser.com

Dated: April 13, 2007

---

[1] Pursuant to the Rules, this shall not be considered an admission by the insurance company that it does in fact have an obligation to defend the litigation or to indemnify a party or as a waiver of any rights that it might have in connection with the subject matter of the litigation.

258076.1

## CERTIFICATE OF SERVICE

I hereby certify that on 13th day of April, 2007, I served a copy of the foregoing, **CORPORATE DISCLOSURE STATEMENT**, via electronic mail, upon the following parties and counsel of record:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Steven J. Anderson
Assistant Attorney General
Suite 600S 441 Fourth Street, N.W.
Washington, D.C. 20001

Kenneth Armstrong
Larry A. Ceppos
Armstrong, Donohue, Ceppos & Vaughan, Chartered
204 Monroe Street, Suite 101
Rockville, Maryland 20850

_____
Anastasios P. Tonorezos

258076.1