UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PERSON : | |
| : | |
| Plaintiff : | |
| v. : | |
| : | 1:06 CV 01995 RMU |
| GREATER SOUTHEAST COMMUNITY : | |
| HOSPITAL, et al. : | |
| : | |
| Defendants : | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE TO AMEND COMPLAINT TO ADD NEW DEFENDANTS**

Comes Now Plaintiff, William Person, by and through her counsel, Anthony Graham, Sr., and the law office of Smith Graham & Crump, LLC pursuant to Federal Rules of Civil Procedure, Rule 7(b) and Rule 42(a) and hereby respectfully moves this Honorable Court to reconsider its order denying the Plaintiff's motion to consolidate as moot and for reasons thereto represent to this court as follows:

1.  On or about April 12, 2007, the Plaintiff filed a consent motion pursuant to Federal Rules of Civil Procedure, Rule 42(a) to consolidate the above caption complaint with a complaint filed in the D. C. Superior Court <u>involving different defendants</u> titled *William Person v. Defabio, Inc.*, under case number *2006 CA 0354*. The Plaintiff indicated to this court that the defendants to the action "not moved" to this Court were under a different case number.

2.  On or about May 3, 2007, this Court denied the motion as moot citing that the case has been moved by the District of Columbia to this court.

3.  While the action involving the Defendants named in the above captioned complaint has been moved to this Court, the Defendants in the *William Person v. Defabio, Inc., case number 2006 CA 0354* is still pending in the Superior Court.

4. The Plaintiff apparently did not make it clear to the Court, and for that he apologize, that the action he wishes to consolidate involves two additional defendants and is a separate lawsuit for which all parties feel is related to this pending matter.

5. All of the events surrounding the amputation of Plaintiff's leg stemmed from common questions of fact. Federal Rule 42 confers on the District Court broad discretionary powers for consolidation of actions involving a common question of law or fact. *Prudential Insurance Compay v. Saxe, 134 F.2d 16 (D. C. Cir. 1943)*. The Defendants in this matter and the Defendants in the Superior Court case all consent to the consolidations of these matters.

6. In the alternative, the Plaintiff moves this court pursuant to Federal Rules of Civil Procedure, Rule 15(a) for leave to amend this action to include the un-named defendants in the separate Superior Court action.

7. All parties hereto consent to this motion.

WHEREFORE, based on the foregoing reasons and any other that may appear just and proper, the Defendant respectfully requests that this Court grants his motion to consolidate case titled *William Person v. Defabio, Inc., et al* under case number *2006 CA .354* in the D. C. Superior Court or in the alternative, grant leave to amend the complaint herein to include other defendants in such case.

    Respectfully submitted,

_____
Anthony Graham, Sr. Esq.
Smith Graham & Crump, LLC
9200 Basil Court, Suit 301
Largo, Maryland 20774
(301) 925-2001

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion for reconsideration or in the alternative to Amend the Complaint was Mailed, postage prepaid, to each following Defendants on this 9th day of May 2007.

 

                                                                                                          _____

                                                                                                         Anthony Graham Sr. Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON                              :
        **Plaintiff**              :
  v.                                        :
                                            :   **1:06 CV 01995 RMU**
**GREATER SOUTHEAST COMMUNITY**   :
**HOSPITAL, et al.**                        :
                                            :
        **Defendants**             :

## ORDER

Upon consideration of Plaintiff's consent motion for reconsideration or in the alternative to amend complaint and there appearing to be good reason therein, it is this _____ day of _____, 2007,

**ORDERED**, that the motion for reconsideration filed herein be and is hereby **GRANTED.** It is **FURTHERED ORDERED**, that the action filed in D. C. Superior Court titled William Person v. Defabio, Inc., et al. civil action number 2006 CA 0354 shall be moved from the D. C. Superior Court and consolidated with this action or the Plaintiff motion to amend the complaint herein to add such defendants is hereby **GRANTED.**

**SO ORDERED.**

                                          _____
                                          JUDGE Ricardo M. Urbina

cc:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Catherine A. Hanrahan, Esq.
Anastasios P. Tonorezos, Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

F.W. Scott Lucas, Esq.
602 Brookedge Court
Mitchellville, Maryland 20721

Kiran Hassan, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001