UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PERSON | * |
|    Plaintiff | * |
| v. | *   Case No:   06-1995 (RMU) |
| DISTRICT OF COLUMBIA, ET AL | * |
|    Defendants/Cross-Defendants. | * |

**DEFENDANT TAALAT MAXIMOUS, M.D.'S ANSWER TO CROSS-CLAIM AND CROSS CLAIM AGAINST CODEFENDANTS.**

COMES NOW The Defendant/Cross-Defendant, Talaat Maximous, M.D., by and through counsel, Kenneth Armstrong, Esquire, Larry A. Ceppos, Esquire, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chartered, and in Answer to the Cross-Claim filed by Defendant/Cross-Defendant, District of Columbia, as to each count thereof states that the Defendant/Cross-Defendant is not liable as alleged, and demands strict proof as to each issue and element of the Defendant's Cross-Claim.

    1.    Defendant admits paragraph one of the cross claim.

    2.    Defendant denies paragraph two of the cross claim.

    3.    Defendant has insufficient information to admit or deny the allegations in paragraph four of the cross claim.

    4.    Defendant has insufficient information to admit or deny the allegations in paragraph four of the cross claim

    5.    Defendant denies any basis for contribution and/or indemnity to the District for any damages awarded to plaintiff.

    6.    Defendant admits the allegations in paragraph six of the cross claim.

7. Defendant denies any and all allegations of negligence, causation and./or damages and denies that this defendant is liable to contribute and/or indemnify the District as alleged in paragraph seven of the cross claim.

## DEFENDANT TAALAT MAXIMOUS, M.D.'S CROSS CLAIM AGAINST DEFENDANTS DISTRICT OF COLUMBIA, GREATER SOUTHEAST COMMUNITY HOSPITAL, DEFIABIO, INC., AND WEBTER B. TRAP, JR.

1. Plaintiff William Person has filed an amended complaint against defendant Taalat Maximous, M.D. and others.

2. If the defendant Maximous is liable to the plaintiff, then co-defendants District of Columbia, Greater Southeast Community Hospital, Difiabio, Inc. and Webter B. Trap, Jr. are liable to contribute and/or to indemnify the Defendant Maximous as joint tortfeasors, because the plaintiff's injuries and damages were caused by co-Defendants, District of Columbia, Greater Southeast Community Hospital, Difiabio, Inc. and Webter B. Trap, Jr's negligence.

3. The basis for this cross claim is co-Defendant Difiabo, Inc and Webter B. Trap Jr.'s negligence and failure to provide a safe stairway at the property located at 1710 28th place, which caused plaintiff, an invitee, to slip and be injured as a result of damaged and cracked stairs at the building owned by Dr. Trapp, Jr. and where Defabio Inc. owned and operated a business.

4. The basis for this cross- claim is co-Defendants District of Columbia and Greater Southeast Community Hospital's negligence in the postoperative care and management of the plaintiff.

5. Wherefore, if defendant Maximous is found liable to the plaintiff, defendant Maximous demands judgement against co- defendants, District of Columbia, Greater Southeast Community Hospital, Difiabio, Inc. and Webter B. Trap, Jr. for all or a portion of any sums that is adjudged against defendant Maximous in favor of plaintiff.

6. Therefore, defendant Maximous demands that co-defendants District of Columbia, Greater Southeast Community Hospital, Difiabio, Inc. and Webter B. Trap, Jr. contribute and/or indemnify defendant Maximous for any damages awarded to plaintiff from defendant Maximous.

7. If defendant Maximous is liable to plaintiff for negligent postoperative treatment of his leg, then co-defendants District of Columbia and Greater Southeast Community Hospital, are liable to contribute and/or to indemnify the defendant Maximous as joint tortfeasors for their negligent conduct

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

/s/ Larry A. Ceppos
Kenneth Armstrong, Esquire #320507
Larry A. Ceppos, Esquire, #361439
204 Monroe Street, Suite 101
Rockville, Maryland  20850
karmstrong@adclawfirm.com
lceppos@adclawfirm.com
(301) 251-0440
(301) 279-5929 Facsimile
Counsel for Defendant Talaat Maximous, M.D.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of June, 2007, a copy of the foregoing Answer to Cross-Complaint and Cross Claims against co-Defendants was filed and electronically served upon:

Anthony Graham, Sr., Esquire
Michael L. Smith, Esquire
Smith Graham & Crump LLC
9200 Basil Court
Suite 301
Largo, MD 20774
Attorneys for Plaintiff

Anastasios P. Tonorezos, Esquire
Catherine Hanrahan, Esquire
Wilson, Elser
1341 G Street NW
Suite 500
Washington, DC 20005
Attorneys for Greater Southeast Community Hospital

Steven J. Anderson, Esquire
Office of Attorney General for DC
441 Fourth Street NW
Suite 600S
Washington DC 20001
Attorney for District of Columbia
and Department of Corrections

                                                /s/ Larry A. Ceppos
                                                Larry A. Ceppos