UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PERSON, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>)<br>　　　　Defendants. )<br>_____ ) | Civil Action No. 06-001995<br>The Hon. Ricardo M. Urbina |

### DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO CROSS-CLAIM OF TALAAT MAXIMOUS, M.D.

Defendant District of Columbia, by and through counsel, answers the cross claim filed by Dr. Maximous against it herein as follows:

### First Defense

The co-defendant's cross-claim fails to state a claim upon which relief may be granted.

### Second Defense

In response to the specifically numbered paragraphs set forth in the cross-claim, the Defendant District of Columbia responds as follows:

1. Admitted.

2. Denied.

3. These allegations concern a defendant other than the District and require no answer from the District.

4. The District denies that it was negligent in its "postoperative care and management of the plaintiff." The District also denies that it proximately caused plaintiff's injuries as alleged in his amended complaint.

5-6.  The District denies that it is legally required to indemnify or contribute any judgment in favor of plaintiff against Dr. Maximous, and demands that Dr. Maximous prove his claim.

7. The District denies that its treatment of plaintiff was negligent or otherwise improper and therefore, denies that it is a joint tortfeasor with Dr. Maximous, or is otherwise liable for any part of any award to plaintiff.

Any allegation not specifically admitted is hereby denied and strict proof thereof is hereby demanded.

### Third Defense

If plaintiff was injured or damaged as alleged, said injuries and damages were solely and primarily the result of acts or omissions constituting negligence by co-defendants and not the District of Columbia.

### Fourth Defense

Dr. Maximous' claim against the District is barred by the applicable statute of limitations and by claimants failure to satisfy the mandatory notice requirements of D.C. Code § 12-309.

### Fifth Defense

The Cross Claimant's damages, if any, are the result of actions, commissions, omissions, or the liability of others for whom District of Columbia is not legally responsible and/or had no control or no right of control.

### Sixth Defense

WHEREFORE, District of Columbia respectfully requests that the Cross Claim filed by Talaat Maximous, M.D., herein be dismissed with prejudice and costs of this action and such

further relief and additional relief as the nature of this case may require and which this Honorable Court deems just and proper.

    The District reserves its right to a trail by jury on this cross-claim.

                  Respectfully submitted,

                    LINDA SINGER
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

                    _____
                    PHILLIP LATTIMORE, III
                    Chief, General Litigation Section III

                    _____
                    STEVEN J. ANDERSON
                    Assistant Attorney General
                    Bar no. 334480
                    Suite 600S
                    441 Fourth Street, N.W.
                    Washington, D.C. 20001
                    (202) 724-6607
                    (202) 727-3625 (fax)
                    E-mail:  Steve.anderson@dc.gov