UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| WILLIAM PERSON<br>610 Rolley Place, SE<br>Washington, DC 20032<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORPORATION<br>1310 Southern Avenue, S.E.<br>Washington, DC 20032<br><br>Defendants, et al. | Civil Action No. 06-001995 (RMU)<br><br>The Hon. Ricardo M. Urbina |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Sir/Madam Clerk:

Please withdraw the appearance of Anastasios P. Tonorezos, Esquire as co-counsel for the Defendant Greater Southeast Community Hospital Corporation I in the above referenced matter. Catherine A. Hanrahan, Esquire of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel for Greater Southeast Community Hospital Corporation I in the above-captioned matter.

265808.1

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

By:    _____
        Catherine A. Hanrahan, #441775
        Anastasios P. Tonorezos, #495133
        1341 G Street, NW
        Suite 500
        Washington, DC  20005-3300
        Tel. (202) 626-7660
        Fax (202) 628-3606
        *Attorneys for Defendant Greater*
        *Southeast Community Hospital*
        *Corporation I*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing Notice of Withdrawal of Appearance was served via electronic filing, upon the following parties and counsel of record this 5th day of July 2007 to:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001

Larry Ceppos, Esq.
Susan Boyce, Esq.
Armstrong, Donohoe, Ceppos & Vaughan
204 Monroe Street, Ste 101
Rockville, MD 20850

And sent via regular mail, postage prepaid to:

F.W. Lucas, Esq.
602 Brookedge Court
Mitchellville, MD 20721

Kiran Hassan, Esq.
Loewinger & Brand, PLLC
417 H Street, NW
Washington, DC 20001

_____
Anastasios P. Tonorezos

265808.1