AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

William Person

v.

Webster B. Trapp, Jr.
Greater Southeast Community
Hospital, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-1995 (RMU)

TO: (Name and address of Defendant)

Webster B. Trapp, Jr.
4603 Brava Court
Ft. Washington, Maryland 20774

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Graham, Sr.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

an answer to the complaint and cmp which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. —amd cmp

NANCY MAYER-WHITTINGTON          MAY 16 2007

CLERK                             DATE

Jackie Frances

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6-14-07 |
| NAME OF SERVER *(PRINT)* LORENZO KENERSON | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4603 BRAVA COURT FORT WASHINGTON, MARYLAND 20744

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-15-07
Date

Signature of Server

4636 WISCONSIN AVE WASHINGTON, DC 20016
Address of Server
202-887-0700

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.