AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

William Porson

V.

Greater Southeast Community
Hospital, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1995 (RMU)

TO: (Name and address of Defendant)

DeFabio, Inc
2412 Minnesota Avenue, S.E.
Washington, D.C. 20032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony Graham, Sr., Esq.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Md. 20774

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
CLERK

DATE August 15, 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 16, 2007 |
| NAME OF SERVER (PRINT) Lorenzo Kenerson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Defabio Inc. Florence M. Defabio
2412 Minnesota Avenue, S.E. Washington, D.C. 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 16, 2007
            Date                    Signature of Server

20040 Choctaw Court, Germantown, MD 20876
            Address of Server

301-254-3686

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.