## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WILLIAM PERSON** <br> 610 Raleigh Place, S.E. <br> Washington, D.C. 20032 | : <br> : <br> : <br> : | |
| **Plaintiff,** | : <br> : | |
| v. | : <br> : | Civil Action No. 06-1995 (RMU) |
| **GREATER SOUTHEAST COMMUNITY HOSPITAL** <br> 1310 Southern Avenue, S.E. <br> Washington, D.C. 20032 | : <br> : <br> : <br> : <br> : | |
| **Defendant,** | : <br> : | |
| and | : <br> : | |
| **TALAAT MAXIMOUS, M.D.** <br> 1310 Southern Avenue, S.E. <br> Washington, D.C. 20032 | : <br> : <br> : <br> : | |
| **Defendant,** | : <br> : | |
| and | : <br> : | |
| **DISTRICT OF COLUMBIA** | : <br> : | |
| and | : <br> : | |
| **DEFABIO, INC** <br> 2412 Minnesota Ave., S.E. <br> Washington, D.C. 20032 | : <br> : <br> : <br> : | |
| **Defendant,** | : <br> : | |
| **WEBSTER B. TRAPP, JR.** <br> 4603 Brava Court <br> Ft. Washington, MD 20744 | : <br> : <br> : <br> : | |
| **Defendant.** | : | |

## ANSWER OF DEFENDANT
## WEBSTER B. TRAPP, JR.

COMES NOW the defendant, Webster B. Trapp, Jr., incorrectly named in the Complaint as Webter B. Trapp, Jr., by undersigned counnsel and Answers the Amended Complaint as follows:

1. The defendant admits the allegations contained in paragraphs 1, 3, 10, 24-27 and 38-40 of the Amended Complaint.

2. The defendant denies the allegations contained in paragraphs 41-48 of the Amended Complaint.

3. The defendant is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraphs 2, 4-9, 11-23 and 28-37 of the Amended Complaint.

4. Additionally, Defendant intends to rely upon all or some of the following defenses at the trial of this matter:

   a) release;

   b) assumption of risk;

   c) contributory negligence;

   d) injury by fellow servant;

   e) statute of limitations.

WHEREFORE, Defendant respectfully requests judgment in his favor together with costs.

        Respectfully submitted,
        LAW OFFICES OF PERRY L. FOREMAN


        By: /s/ Perry L. Foreman
        Perry L. Foreman, Esq.
        Bar #: 476958
        P.O. Box 44019
        Ft. Washington, MD 20721
        301.324.3944
        Facsimile: 301.324.3994
        Counsel for Defendant

### Jury Demand

The Defendant hereby demands a trial by jury of all issues relating to this case.


        /s/ Perry L. Foreman
        Perry L. Foreman

### Certificate of Service

**I HEREBY CERTIFY,** that on this 8th day of October, 2007 I served via first-class mail, postage prepaid a copy of the foregoing on the following person(s):

Anthony Graham, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, MD 20774


        /s/ Perry L. Foreman
        Perry L. Foreman