UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **William Person,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1995 (RMU) |
| | : Judge Ricardo M. Urbina |
| **District of Columbia, et al.** | : |
| Defendants. | : |

### Answer of "Defabio Inc." to Amended Complaint

Comes now the Defendant, "Defabio, Inc." by and through Counsel, and for an answer shows the Court as follows:

First Defense

Defendant, appearing specifically, enter their appearance solely for this answer under F.R.C.P. Rule 12(b)(5), denies that they have been properly served.

Second Defense

The Plaintiff's Amended Complaint, and claim therein, may be barred by the Plaintiff's contributory negligence.

Third Defense

The Plaintiff's complaint fails to state a cause of action upon which relief may be granted.

Fourth Defense

Plaintiff's claim is barred by the Statute of Limitations.

Fifth Defense

Plaintiff denies this Court has jurisdiction over this Defendant under 28 U.S.C. 1441(b) and furthermore denies diversity between the Plaintiff and this Defendant.

Sixth Defense

This case, as involves this defendant is a duplication of District of Columbia Superior Court case William Person v. Defabio, Inc. et al. 2006 CA 000354 B and should thus be dismissed as to this defendant.

Seventh Defense

The following answers respond to like numbered paragraphs in the Plaintiff's Amended Complaint:

Count I. Defendant has no information relative to the allegations made in Count I and denies as to all.

Count II. Defendant has no information relative to the allegations made in Count I and denies as to all.

Count III.

38. This allegation supposes a legal conclusion and defendant has no duty to answer this claim, however Defendant denies that jurisdiction exists.

39. Defendant denies as to this allegation.

40. Defendant admits as to this allegation.

41. Defendant has no knowledge or information as to this allegation, and denies the same.

42. Defendants admit as to this allegation.

43. This allegation supposes a legal conclusion and defendant has no duty to answer this claim.

44. Defendant has no information as to this allegation and denies the same.

45. Defendant denies this allegation.

46. Defendant denies this allegation.

47. Defendant denies this allegation.

48. Defendant has no information as to this claim and denies the same.

Wherefore, the premises considered the Defendants pray this Honorable Court dismiss the complaint, all costs to be borne by the Plaintiff, and award Defendants their costs and attorney's fees herein.

Patricia Millerioux # 368878
Kenneth J. Loewinger # 034520
Loewinger & Brand, PLLC
471 H. St. NW D.C.
(202) 789 – 2382
Kloewinger@loewinger-brand.net
PMillerioux@loewinger-brand.net

## CERTIFICATE OF SERVICE

I certify that the "Answer of "Defabio Inc." to Amended Complaint" has been mailed to the following parties on December ____, 2007 and electronically filed with the Court.

Anthony Graham, Sr. Esq.
Michael L. Smith, Esq.
9200 Basil Court
Suite 301
Largo, MD 20774
Attorneys for Plaintiff

Anastasios P. Tonorezos, Esq.
Catherine Hanrahan, Esq.
Wilson, Elser
1314 G St. NW
Suite 500
Washington DC 20005
Attorney's for Greater Southeast Community Hospital

Steven J. Anderson, Esq.
Office of Attorney General
Suite 600S
441 Fourth St., NW
Washington D.C. 20001
Attorney for the District of Columbia and Department of Corrections

Perry L. Foreman, Esq.
Suite 300
700 Fifth St., NW
Washington, D.C. 20001

Attorney for Webster Trapp

H. Kenneth Armstrong, Esq.
Larry Ceppos Esq.
Armstrong, Donohue & Ceppos, Chartered
204 Monroe St.
Suite 101
Rockville, MD
20850-4425
Attorneys for Tallat Maximous

Patricia Millerioux, Esq.