UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PERSON** | : |
| Plaintiff | : |
| v. | : |
| | : 1:06 CV 01995 RMU |
| GREATER SOUTHEAST COMMUNITY HOSPITAL, et al. | : |
| | : |
| Defendants | : |

### CONSENT MOTION TO HAVE COURT SET
### INITIAL SCHEDULING CONFERENCE

Comes Now Plaintiff, William Person, by and through her counsel, Anthony Graham, Sr., and the law office of Smith Graham & Crump, LLC and hereby respectfully moves this Honorable Court with the consent of all the parties to schedule this matter for an initial scheduling conference and in support of said motion, represents to this court as follows:

1. On or about October 13, 2006, the Plaintiff filed the instant action in the Superior Court of the District of Columbia naming Greater Southeast Community Hospital, Talaat Maximous, M.D. and the District of Columbia as defendants.

2. On or about November 11, 2006, the District of Columbia removed this matter pursuant to 28 U. S. C. 1441 et seq. to this Honorable Court.

3. On or about May 14, 2007, the Plaintiff amended the complaint pursuit to the granting of this court's order and added Defendants Defabio, Inc. and Webster Trapp, Jr.

4. On May 14, 2007, the Plaintiff amended its complaint and issued summons on Defendant Defabio, Inc., and Webster Trapp, Jr.

5. On or about July 13, 2007, the Plaintiff served defendant Webster Trapp, Jr. and Defendant Trapp, Jr., filed its answer to such amended complaint on October 8, 2007.

6. On August 15, 2007, the Plaintiff reissued a summons on Defendant Defabio, Inc., and had the Defendant served on or before August 24, 2007.

7. On December 20, 2007, Defendant Defabio, Inc. filed an answer to the amended complaint.

8. All parties have answered the complaint or, amended complaints and cross-complaints are ready to proceed with this action.

9. The undersigned has attempted and is continuing to attempt to get all parties involved to prepare its rule 16.3 status report.

10. The undersigned is of the belief that this Court needs to schedule an initial scheduling conference to facilitate this action and respectfully request the same.

11. The undersigned received consent to file this motion from two of the Defendants and have not received a response from the others.

WHEREFORE, based on the foregoing reasons and any other that may appear just and proper, the Plaintiff respectfully requests that this Court grants his motion to consolidate the cases mentioned herein.

                                                              Respectfully submitted,

                                                              /S/
                                                       _____
                                                       Anthony Graham, Sr. Esq.
                                                       Smith Graham & Crump, LLC
                                                       9200 Basil Court, Suit 301
                                                       Largo, Maryland 20774
                                                       (301) 925-2001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Consolidate was electronically and via first class mail, postage prepaid, to each of the following Defendants on this 1st day of February 2008 to:

Catherine A. Hanrahan, Esq.
Camille Shora, Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001

/S/
_____
Anthony Graham Sr. Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**WILLIAM PERSON**
          :
                                                              :
          Plaintiff                                            :
    v.                                                         :
                                                              : 1:06 CV 01995 RMU
GREATER SOUTHEAST COMMUNITY   :
HOSPITAL, et al.                                        :
                                                              :
          Defendants                                     :

### ORDER

Upon consideration of Plaintiff's motion to schedule an initial conference/status and it appearing to this Court that such hearing is needed, it is this _____ day of _____, 2008,

**ORDERED**, that the Parties shall meet and complete a Joint Rule 16.3 Report on or before the \_\_\_\_ day of _____, 2008.

**FURTHERED ORDERED**, that the Parties hereto shall appear before this Court for a Status in this matter on the _____ day of _____, 2008.  It is

**SO ORDERED.**


                                                                    _____
                                                                    JUDGE Ricardo M. Urbina

cc:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Catherine A. Hanrahan, Esq.
Camille Shora, Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001

Case 1:06-cv-01995-RMU    Document 25    Filed 02/01/2008    Page 6 of 6