UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| WILLIAM PERSON<br>610 Rolley Place, SE<br>Washington, DC 20032<br><br>Plaintiff,<br><br>v.<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL CORPORATION<br>1310 Southern Avenue, S.E.<br>Washington, DC 20032<br><br>Defendants, et al. | Civil Action No. 06-001995 (RMU)<br><br>The Hon. Ricardo M. Urbina |

## NOTICE OF ENTRY OF APPEARANCE

Sir/Madam Clerk:

Please enter the appearance of Camille E. Shora, Esquire as co-counsel for the Defendant Greater Southeast Community Hospital Corporation I in the above referenced matter. Catherine A. Hanrahan, Esquire of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel for Greater Southeast Community Hospital Corporation I in the above-captioned matter.

292468.1

       Respectfully submitted,

       WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP

By:    <u>----- /s/ Camille E. Shora, Esq.</u>
       Catherine A. Hanrahan, #441775
       Camilla E. Shora, #481281
       1341 G Street, NW
       Suite 500
       Washington, DC  20005-3300
       Tel. (202) 626-7660
       Fax (202) 628-3606
       Catherine.Hanrahan@wilsonelser.com
       Camille.Shora@wilsonelser.com
       *Attorneys for Defendant Greater*
       *Southeast Community Hospital*
       *Corporation I*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a copy of the foregoing Notice of Entry of Appearance was served via electronic filing, upon the following parties and counsel of record this 12th day of March 2008 to:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court, Suite 301
Largo, Maryland 20774

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001

Larry Ceppos, Esq.
H. Kenneth Armstrong, Esq.
Armstrong, Donohoe, Ceppos & Vaughan
204 Monroe Street, Ste 101
Rockville, MD 20850

Steven J. Anderson
Office of Attorney General for D.C.
331 Fourth Street, N.W., Suite 600 S
Washington, D.C. 20001

Kenneth Jeffery Loewinger
Loewinger & Brand, PLLC
471 H Street, N.W.
Washington, D.C. 20001-2617

Perry L. Foreman
700 Fifth Street, N.W., Suite 300
Washington, D.C. 20001

----- /s/ Camille E. Shora, Esq. -----
Camille E. Shora

292468.1