IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| WILLIAM PERSON | * | | |
| Plaintiff | * | | |
| v. | * | Case No: | 06-1995 (RMU) |
| DISTRICT OF COLUMBIA, ET AL | * | | |
| Defendants/Cross-Defendants. | * | | |

### SUBSTITUTION OF COUNSEL

To the Clerk of this Court and all parties:

Please enter the appearance of Susan B. Boyce, Esquire, and withdraw the appearance of Larry A. Ceppos, Esquire, as counsel for Taalat Maximous, M.D in the above-referenced matter. Kenneth Armstrong, Esquire, will remain as counsel for defendant, Taalat Maximous, M.D.

Respectfully submitted,

**ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED**

  /s/ Susan B. Boyce
Larry Ceppos, Esquire (Bar No. 361439)
Susan B. Boyce, Esquire (Bar No. 430735)
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
*Counsel for Defendant Taalat Maximous, M.D.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on March 31, 2008, a copy of the foregoing Notice of Substitution of Counsel was electronically filed and served upon:

Anthony Graham, Sr., Esquire
Michael L. Smith, Esquire
Smith Graham & Crump LLC
9200 Basil Court
Suite 301
Largo, MD 20774
Attorneys for Plaintiff

Anastasios P. Tonorezos, Esquire
Catherine Hanrahan, Esquire
Wilson, Elser
1341 G Street NW, Suite 500
Washington, DC 20005
Attorneys for Greater Southeast Community Hospital

Steven J. Anderson, Esquire
Office of Attorney General for DC
441 Fourth Street NW, Suite 600S
Washington DC 20001
Attorney for District of Columbia
and Department of Corrections

Perry L. Foreman, Esquire
700 Fifth Street, NW, Suite 300
Washington, DC 20001
*Counsel for Webster B. Trapp*

Patricia Millerioux, Esquire
Kenneth J. Loewinger, Esquire
Loewinger & Brand, PLLC
471 H Street, N.W.
Washington, D.C. 20005
Attorneys for Defabio, Inc.

              /s/ Susan B. Boyce
              Susan B. Boyce