1UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WILLIAM PERSON**            :
                              :
          **Plaintiff,**
                              :
                              :
          v.
                              :    Civil Action No. 06-1995 (RMU)
                              :
**DISTRICT OF COLUMBIA,** *et al.*   :
                              :
          **Defendants.**    :

**ANSWER OF DEFENDANT WEBSTER B. TRAPP, JR.
TO CROSS-CLAIMS OF TAALAT MAXIMOUS AND DISTRICT OF COLUMBIA**

COMES NOW the Cross-Defendant, Webster B. Trapp, Jr., by undersigned counsel and Answers the Cross-Claims of Defendants Taalat Maximous and Defendant District of Columbia as follows:

**Answer to Cross-Claim of Taalat Maximous**

1.    The Cross-Defendant admits the allegations contained in paragraph 1 of the Cross-Claim.

2.    The Cross-Defendant denies the allegations contained in paragraphs 2, 3, 5 and 6 of the Cross-Claim.

3.    The Cross-Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraphs 4 and 7 of the Cross-Claim.

4.    Additionally, Cross-Defendant intends to rely upon all or some of the following defenses at the trial of this matter:

        a)    release;

       b)     assumption of risk;

       c)     contributory negligence;

       d)     injury by fellow servant;

       e)     statute of limitations.

## Answer to Cross-Claim of District of Columbia

1.    The Cross-Defendant admits the allegations contained in paragraph 1 of the Cross-Claim.

2.    The Cross-Defendant denies the allegations contained in paragraphs 2 through 5 of the Cross-Claim.

3.    The Cross-Defendant is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraphs 6 and 7 of the Cross-Claim.

4.    Additionally, Cross-Defendant intends to rely upon all or some of the following defenses at the trial of this matter:

       a)     release;

       b)     assumption of risk;

       c)     contributory negligence;

       d)     injury by fellow servant;

       e)     statute of limitations.

WHEREFORE, Cross-Defendant respectfully requests judgment in his favor together with costs.

        Respectfully submitted,
        LAW OFFICES OF PERRY L. FOREMAN


        By: /s/ Perry L. Foreman
        Perry L. Foreman, Esq.
        Bar #: 477057
        P.O. Box 44019
        Ft. Washington, MD 20721
        301.789.2446
        Facsimile: 301.560.3186
        Counsel for Defendant

### Jury Demand

The Defendant hereby demands a trial by jury of all issues relating to this case.


        /s/ Perry L. Foreman
        Perry L. Foreman

### Certificate of Service

**I HEREBY CERTIFY,** that on this 31st day of March, 2008 a copy of the foregoing was filed and electronically served upon:

Anthony Graham, Esq.
Michael L. Smith
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, MD 20774
Counsel for Plaintiff

Anastasios P. Tonorezos, Esq.
Catherine Hanrahan, Esq.
1341 G Street, NW
Suite 500
Washington, DC 20005
Counsel for Greater S.E. Hosp.

Steven J. Anderson, Esq.
441 Fourth Street, NW
Suite 600S
Washington, DC 20001
Counsel for D.C. Dept. Of Corrections

Kenneth A. Armstrong, Esq.
Larry A. Ceppos, Esq.
204 Monroe Street
Suite 101
Rockville, MD 20850
Counsel for Taalat Maximous

                                       /s/ Perry L. Foreman
                                    Perry L. Foreman