## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON                            *

    Plaintiff                           *

    v.                                  *     Case No:   06-1995 (RMU)

DISTRICT OF COLUMBIA, ET AL  *

    Defendants/Cross-Defendants.   *

### DEFENDANT, TAALAT MAXIMOUS, ,M.D.'S
### PRELIMINARY DESIGNATION OF EXPERT WITNESSES

Defendant, Taalat Maximous, M.D., by and through his attorneys, Larry Ceppos, Susan Boyce, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chtd., hereby submits the following Preliminary Expert Identification. This Designation is submitted as a preliminary as all medical records and other documents have not yet been obtained from the Plaintiff and from various healthcare providers regarding the Plaintiff's claims.

Language employed in this Preliminary Designation of Expert Witnesses is merely a lawyer's summary of the experts' opinions as has been understood by this law firm and is not intended to express the exact wording nor the totality of these experts. This Preliminary Designation of Expert Witnesses represents counsel's attempt to synthesize and summarize opinions that have been orally expressed by these experts and/or are anticipated at trial. These experts may alter

1

or revise this wording and/or add/revise any of the presently expressed opinions as indicated.  The parties will be offered the opportunity to depose these experts to ascertain additional details regarding their opinions.

1.   Jeffrey Witte, M.D.
     9715 Medical Center Drive
     Suite 415
     Rockville, MD 20850

2.   Robert Wilson MD
     1160 Varnum Street
     Suite 312
     Washington DC, 20017

Drs. Witte and Wilson are board certified orthopedic surgeons who are expected to render opinions on the issues of standard of care, causation and/or damages.  They will base their opinions on their education, training, experience, and review of pertinent medical records as well as deposition testimony and other discovery responses.  They are expected to testify that the Defendant, Dr. Maximous, complied with standards of care in his preoperative, intraoperative and postoperative care, treatment and management of William Person.  They are expected to testify that William Person's alleged injuries and damages are not due to any negligence on the part of this Defendant.  These experts are further expected to testify that the actual and/or apparent agents of co-Defendant, District of Columbia, breached standards of care in failing to properly manage Mr. Person's postoperative care if they failed to investigate Plaintiff's complaints,

failed to examine his lower extremity and failed to timely treat any postoperative complication. They reserve the right to contend that the negligence of co-Defendant, District of Columbia, was the proximate cause of Plaintiff's amputation. See a copy of their reports attached hereto.

Drs. Witte and Wilson reserve the right to conduct an independent examination and evaluation of the Plaintiff before finalizing their opinions and reserve the right to revise their opinions after their evaluations have been completed. They will address damage issues, disability issues, if any, and the need, if any, for future care or treatment.

3.    Frederick Beavers, M.D
       10104 Hadley Place
       Kensington, MD 20895

Dr. Beavers is a board certified vascular surgeon who is expected to render opinions on the issues of standards of care, causation and/or damages. He will base his opinions on his education, training, experience, and review of pertinent medical records as well as deposition testimony and other discovery responses. He is expected to testify that the Defendant, Dr. Maximous, complied with standards of care in his preoperative, intraoperative and/or postoperative care, treatment and management of William Person. He is expected to testify that William Person's alleged injuries and damages are not due to any negligence on the part of this defendant. He is further expected to testify that the actual and/or

3

apparent agents of co-Defendant, District of Columbia, breached standards of care in failing to properly manage Mr. Person's postoperative care if they failed to investigate Plaintiff's complaints, failed to examine his lower extremity and failed to timely treat any postoperative complication. He reserves the right to contend that the negligence of co-Defendant, District of Columbia, was the proximate cause of Plaintiff's amputation. See a copy of his report attached hereto. He will address damage issues, disability issues, if any, and the need, if any, for future care or treatment.

This Defendant reserves the right to rely on the experts named or retained on behalf of Plaintiff or any co-Defendant. Please consider those experts as identified specifically on behalf of this Defendant, as if fully stated herein.

Defendant reserves the right to call as an expert witness any health care provider who examined, evaluated or treated William Person at any time.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED


____/s/ Susan B. Boyce_____
Susan B. Boyce, Esquire, #430735
204 Monroe Street, Suite 101
Rockville, Maryland 20850
(301) 251-0440
*Counsel for Defendant*
sboyce@adclawfirm.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2008 a copy of the foregoing was electronically filed and served upon:

Anthony Graham, Sr., Esquire
Smith Graham & Crump LLC
9200 Basil Court
Suite 301
Largo, MD 20774

Catherine Hanrahan, Esquire
1341 G Street NW
Suite 500
Washington, DC 20005

Steven J. Anderson, Esquire
Office of Attorney General for DC
441 Fourth Street NW
Suite 600S
Washington DC 20001

Perry L. Foreman, Esquire
700 Fifth Street, NW
Suite 300
Washington, DC 20001

Patricia B. Millerioux, Esquire
Loewinger & Brand
471 H Street NW
Washington DC 20001

_ /s/ Susan B. Boyce_____
Susan B. Boyce

June 30, 2008

Susan Boyce, Esquire
Armstrong, Donohue, Ceppos
   & Vaughan
204 Monroe Street
Suite 101
Rockville, MD 20850


     Re:   **William Person v. Dr. Maximous, et al**

Dear Ms. Boyce:

     I am a medical doctor who is board certified in orthopedic surgery. I have attached to this report a copy of my C.V. which sets forth my education, training and experience. I have reviewed the Complaint and the records of William Person from Greater Southeast Community Hospital and District of Columbia Department of Corrections. According to these records, Mr. Person presented to Greater Southeast Community Hospital on October 17, 2003 with comminuted fractures of his distal right tibia and fibula which he suffered after a fall. Defendant, Dr. Taalat Maximous, appropriately performed open reduction and internal fixation to repair these fractures and appropriately managed his postoperative care.

     On October 24, 2003 the plaintiff was transferred from Greater Southeast Community Hospital to the DC Correctional Facility. Upon admission to the facility, an examination was performed by a health care provider who found the vascular system in his right lower extremity to be within normal limits. An x-ray of the right leg obtained on October 27, 2003 showed a healing comminuted fracture of the distal tibia and fibula.

     On November 2, 2003, the plaintiff was transferred from the DC Correctional Facility to Greater Southeast Community Hospital with a diagnosis of ischemia of the right leg. An arteriogram was performed which revealed blockage of the arteries in the leg. Surgery was performed but was unsuccessful in restoring the circulation. A below the knee amputation was performed on November 5, 2003.

Based upon my review of the medical records, it is my opinion that if the plaintiff complained of problems with the circulation in his lower extremity while an inmate at the DC Correctional Facility,  if his complaints were not investigated and/or if his lower extremity was not examined or evaluated by  a health care provider while at the facility, then the failure on the part of the actual or apparent agents of the District of Columbia to properly attend to the plaintiff, to properly investigate his complaints, to properly examine the plaintiff,  and/or  to properly manage his postoperative course was the proximate cause of his amputation.

This report is not intended to represent a comprehensive recitation of opinions. It is meant to be a summary of my opinions.  I reserve the right to express additional opinions as appropriate.

I charge $250 per hour to review and testify in  medical legal matters.

Within the last four years, I have testified as an expert at trial or by deposition. See the attached list for the names of the cases.

Very truly yours,

Jeffrey Witte, M.D.

## CASES IN WHICH DR JEFFREY WITTE HAS TESIFIED

Craig Nalley v. HCH, Circuit Court for Montgomery County

Azarian v. Dr. Witte, Circuit Court for Montgomery County

Connolly v Dr. Westerband, Circuit Court for Montgomery County

Keenan v. Delmarva Orthopedic Clinic

Bethea v. Comsource Management Inc. Circuit Court for Prince George's County

Huque v. Sadlack, William, Circuit Court for Montgomery County

Inniss v. Konecke, Lisa, Circuit Court for Montgomery County

Rivera v. Arangio, George, Leigh County CCP, Allentown, PA

# CURRICULUM VITAE

## JEFFREY F. WITTE, M.D.

**BORN:**

July 20, 1941
Flint, Michigan

**EDUCATION:**

Undergraduate:    Georgetown University, Washington, D.C., 1963
AB Classics

Medical:    University of Michigan, School of Medicine, 1967
Doctor of Medicine

Internship:    Surgical Intern, Georgetown University,
Washington, D.C., 1967 – 1968

Residency:    General Surgery, Georgetown University,
1968 – 1969

Orthopaedic Surgery, George Washington University
Medical Center & Affiliated Hospitals (Children's
Hospital, Washington, D.C. and Veterans Administration
Hospital, Washington, D.C.) 1971 – 1974

Postgraduate:    Upper and Lower Extremity Prosthetic Course
Northwestern University, Chicago, Illinois
April, 1973

American Academy of Orthopaedic Surgeons Annual
Meetings
1975 - 1993

Anterior Cruciate Deficient Knee, Sponsored by the
American Academy of Orthopaedic Surgeons
Hilton Head, South Carolina
May, 1978

Western Orthopaedic Association Meeting
Las Vegas, Nevada
1979

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Two

Annual Meeting of American Orthopaedic
Society for Sports Medicine
Williamsburg, Virginia
July, 1983

Summer Institute, Sponsored by the American
Academy of Orthopaedic Surgeons
Boston, Massachusetts
September, 1984

Update on Advanced Arthroscopic Surgery,
Sponsored by the Arthroscopy Association of
North America
Philadelphia, Pennsylvania
October, 1984

Medical Training Seminar, Sponsored by the
Montgomery County Medical Society
1984

Irish American Orthopaedic Society Meeting
Galway, Ireland
June, 1985

Hospital Credentialing Seminar, Sponsored by
InterQual
Washington, D.C.
December, 1986

Surgery of the Shoulder, Sponsored by the American
Academy of Orthopaedic Surgeons
Beverly Hills, California
October, 1987

Hospital Credentialing Seminar, Sponsored by
InterQual
Rockville, Maryland
February, 1988

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Three

Pitfalls and Complications in Arthroscopic and
Sports Surgery
New York, New York
October, 1988

Media Training Seminar, Sponsored by the Montgomery
County Medical Society
1988

Use of Laser in Arthroscopic Surgery, Sponsored by
Pfizer Laboratories
Philadelphia, Pennsylvania
October, 1988

Advanced Arthroscopy Surgical Skills Course,
Sponsored by the American Academy of Orthopaedic
Surgeons
Richmond, Virginia
June, 1989

The Elbow in Athletes, Sponsored by the American
Academy of Orthopaedic Surgeons
Washington, D.C.
September, 1989

Irish American Orthopaedic Society Meeting
Chicago, Illinois
September, 1989

Symposium for Chief Elected Officers, Sponsored by
The American Society of Association Executives
Washington, D.C.
March, 1990

Leadership in the Hospital/Medical Staff Partnership,
Sponsored by the Estes Park Institute
San Francisco, California
May, 1990

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Four

Orthopaedic Symposium on "A Day On Foot,"
Sponsored by the National Hospital for Orthopaedics
And Rehabilitation
Crystal City, Virginia
November, 1990

American Medical Association Meeting
Orlando, Florida
December, 1990

Tenth Annual AANA Meeting, Sponsored by the
Arthroscopy Association of North America
San Diego, California
April, 1991

Endoscopic Reconstruction of the Anterior Cruciate Liga-
ment, Sponsored by the Orthopaedic Specialty Hospital
Salt Lake City, Utah
October, 1992

Infectious Disease Update – Implications for Practicing
Physicians, Washington Hospital Center
Washington, D.C.
November, 1992

Spring Sports Symposium, Sponsored by Union Memorial
Hospital
Baltimore, Maryland
May, 1993

American Academy of Orthopaedic Surgeons Annual
Meeting
New Orleans, Louisiana
February, 1994

"Specialty Day," Arthroscopy Association of North
America
New Orleans, Louisiana
February, 1994

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Five

"Trials and Deliberations in Medicine"
Silver Spring, Maryland
March, 1994

The American Orthopaedic Foot & Ankle Society
11th Annual Summer Meeting
Vail, Colorado
July, 1995

"Endoscopic Reconstruction of the Anterior
Cruciate Ligament and Meniscal Repair"
Salt Lake City, Utah
October, 1995

American Academy of Orthopaedic Surgeons
Annual Meeting
Atlanta, Georgia
February, 1996

"Specialty Specific," Sponsored by Medical Mutual
Liability Insurance Society of Maryland
Takoma Park, Maryland
March, 1996

"New Trends in Arthroscopic Surgery and Sports
Medicine," Sponsored by Union Memorial Hospital
Baltimore, Maryland
May, 1996

American Academy of Orthopaedic Surgeons
Annual Meeting
San Francisco, California
February, 1997

"The Posterior Cruciate Ligament," 8th Annual Sports
Symposium, Sponsored by Union Memorial Hospital
Baltimore, Maryland
May, 1997

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Six

"Managed Care – The New Frontier," Sponsored by
Shady Grove Adventist Hospital
Rockville, Maryland
June, 1997

Joint Meeting of AOFAS/JSSF
Kamuela, Hawaii
November, 1997

"Working Toward Risk Management"
Hunt Valley, Maryland
May, 1998

"Charting a Course in Risk Management"
Lanham, Maryland
April, 1999

Advanced Foot & Ankle Course
Washington, D.C.
May, 1999

"Challenges for a New Century"
Rockville, Maryland
June, 2000

"The Difficult Patient," Sponsored By Medical
Mutual Liability Insurance Society of Maryland
Rockville, Maryland
March, 2001

American Academy of Orthopaedic Surgeons
68th Annual Meeting
San Francisco, California
March, 2001

American Orthopaedic Foot & Ankle Society
17th Annual Summer Meeting
San Diego, California
July, 2001

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Seven

"Specialty Specifics," Sponsored by Medical
Mutual Liability Insurance Society of Maryland
Rockville, Maryland
March, 2002

American Orthopaedic Foot & Ankle Society
18th Annual Summer Meeting
Traverse City, Michigan
July, 2002

"A Teaching Day for Locked Plating"
Baltimore, Maryland
January, 2003

"Specialty Specifics," Sponsored by Medical
Mutual Liability Insurance Society of Maryland
Bethesda, Maryland
March, 2003

Agility Ankle Surgical Technique Training
Rosemont, Illinois
April, 2003

American Orthopaedic Foot and Ankle Society
19th Annual Summer Meeting
Hilton Head, South Carolina
June, 2003

American Academy of Orthopaedic Surgeons
71st Annual Meeting
San Francisco, California
March, 2004

"Specialty Day"
American Orthopaedic Foot and Ankle Society
San Francisco, California
March, 2004

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

## Page Eight

Grand Rounds at Shady Grove Adventist Hospital
Rockville, Maryland
February, 2002 – April, 2004

"Specialty Specific," Sponsored by Medical
Mutual Liability Insurance Society of Maryland
Takoma Park, Maryland
May, 2004

American Academy of Orthopaedic Surgeons
72nd Annual Meeting
Washington, D.C.
February, 2005

"Specialty Day"
American Orthopaedic Foot and Ankle Society
Washington, D.C.
February, 2005

"Specialty Specific," Sponsored by Medical
Mutual Liability Insurance Society of Maryland
Rockville, Maryland
May, 2005

American Orthopaedic Foot and Ankle Society
21st Annual Summer Meeting
Boston, Massachusetts
July, 2005

Maryland Orthopaedic Association
65th Annual Meeting
Baltimore, Maryland
April, 2006

"Controlled Substance Management" Sponsored by
Medical Mutual Liability Insurance Society of Maryland
Silver Spring, Maryland
May, 2006

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

### Page Nine

Advances in Foot and Ankle Surgery
"Cutting Edge Techniques in Fixation, Biologics,
and Chronic Wound Management,"
New York, New York
December, 2006

## CERTIFICATION:

Diplomate of the American Board of Orthopaedic Surgery, 1975

Fellow of the American Academy of Orthopaedic Surgeons, 1979

## LICENSURE:

|   | Maryland | September, 1973 | #D15836 |
|---|---|---|---|
|   | District of Columbia | April, 1970 | #3017 |
| * | Michigan | June, 1968 | #28271 |
| * | Virginia | December, 1969 | #20222 |

\* Not Renewed Due to Geographical Location

## PROFESSIONAL AFFILIATIONS:

American Orthopaedic Foot & Ankle Society
Washington Orthopaedic Society
American Medical Association
Montgomery County Medical Society
Maryland Society of Orthopaedic, Rehabilitation & Occupational
   Medicine Specialists
Irish American Orthopaedic Society
Medical and Chirurgical Faculty, State of Maryland
American Academy of Orthopaedic Surgeons

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

### Page Ten

**POSITIONS HELD:**

Chairman, Montgomery County Medical Society Sports Medicine
Committee, 1979 – 1981

Executive Committee, Montgomery County Medical Society, 1979, 1980, 1987

Chairman, Professional Relations Committee, Montgomery County Medical
Society, 1983

Operating Room Committee, Shady Grove Adventist Hospital
1983 – 1984, 1988 – 1989

Vice Chairman, Interprofessional Relations Committee, Montgomery
County Medical Society, 1983 - 1987

Credentials Committee, Shady Grove Adventist Hospital, 1983 – 1988

Chairman, Legislative Committee, Montgomery County Medical Society, 1984

Chairman, Voluntary Arbitration Committee, Montgomery County Medical
Society, 1984

President, Washington Orthopaedic Society, 1984 – 1985

President, Maryland Society of Orthopaedic, Rehabilitation & Occupational
Medicine Specialists, 1988

Executive Committee, Shady Grove Adventist Hospital, 1988 – 1989

Chairman, Department of Surgery, Shady Grove Adventist Hospital,
1988 – 1990

President, Montgomery County Medical Society, May, 1990 – May, 1991

Med Chi Orthopaedic Representative to Governor's Task Force To Evaluate
The Status of Podiatric Medicine in the State of Maryland, 1991

Councilor to the Medical and Chirurgical Faculty of the State of Maryland

Chairman, Department of Orthopaedic Surgery, Shady Grove Adventist
Hospital, 1996

**OTHER PROFESSIONAL ACTIVITIES:**

Director, Seminar in Use of $CO_2$ Laser in Arthroscopic Surgery
Shady Grove Adventist Hospital, Rockville, Maryland
March, 1989

**HOSPITAL PRIVILEGES:**

| | |
|---|---|
| Shady Grove Adventist Hospital | Active |
| George Washington University Medical Center | Active |

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

### Page Eleven

**UNIVERSITY APPOINTMENTS:**

Associate Professor, Department of Orthopaedic Surgery
George Washington University Medical Center
1975 – Present

**EMPLOYMENT:**

Private Practice:                    Shady Grove Orthopaedic Associates, PA
(1974 – Present)                     9715 Medical Center Drive, Suite 415
                                     Rockville, Maryland  20850
                                     Telephone:  301-340-9200
                                     Fax:          301-279-9358

**MILITARY:**

U.S. Army, Captain, Orthopaedic Surgery, Fort Belvoir, Virginia
1969 -- 1970

17th Field and 8th Field Hospitals, Republic of South Viet Nam
1970 – 1971

**DECORATIONS:**

Bronze Star
Citation for Civilian Work, Republic of South Viet Nam
Certificate of Appreciation for Work at Tuy Hoa Hospital,
 Republic of South Viet Nam

**INVESTIGATION & RESEARCH:**

Study of Aseptic Necrosis of the Femoral Heads in Alcoholic Pigs
1973 – 1974
Co-Operative Study at Sinclair Research Farms, Columbia Missouri

# CURRICULUM VITAE
## JEFFREY F. WITTE, M.D.

### Page Twelve

## PUBLICATIONS:

Differential Isotope Studies on the Pathophysiology of Experimentally
Produced Post-Traumatic Edema, Presented Before the American Society
For Orthopaedic Surgery of the Hand, San Francisco, California
February, 1975

Updated: 12/2006
JFW:iat

June 29, 2008

Susan Boyce, Esquire
Armstrong, Donohue, Ceppos,
& Vaughan
204 Monroe Street
Suite 101
Rockville, MD 20850

Re:    **William Person v. Dr. Maximous, et al**

Dear Ms Boyce:

I am a medical doctor who is board certified in vascular surgery. I have attached to this report a copy of my C.V. which sets forth my education, training and experience. I have reviewed the Complaint and the records of William Person from Greater Southeast Community Hospital and District of Columbia Department of Corrections. According to these records, Mr. Person presented to Greater Southeast Community Hospital on October 17, 2003 with comminuted fractures of his distal right tibia and fibula which he suffered after a fall. Defendant, Dr., Taalat Maximous, appropriately performed open reduction and internal fixation to repair these fractures and appropriately managed his postoperative care.

On October 24, 2003 the plaintiff was transferred from Greater Southeast Community Hospital to the DC Correctional Facility. Upon admission to the facility, an examination was performed by a health care provider who found the vascular system in his right lower extremity to be within normal limits. An x-ray of the right leg obtained on October 27, 2003 showed a healing comminuted facture of the distal tibia and fibula.

On November 2, 2003, the plaintiff was transferred from the DC Correctional Facility to Greater Southeast Community Hospital with a diagnosis of ischemia of the right leg. An arteriogram was performed which revealed blockage of the arteries in the leg. Surgery was performed which revealed blockage of the arteries in the leg. Surgery was performed but was unsuccessful in restoring the circulation. A below the knee amputation was performed on November 5, 2003.

Based upon my review of the medical records, it is my opinion that if the plaintiff complained of problems with the circulation in his lower extremity while an inmate at the DC Correctional Facility, if his complaints were not investigated and/or if his lower extremity was not examined or evaluated by a health care provider while at the facility, then the failure on the parte of the actual or apparent agents of the District of Columbia to

properly attend to the plaintiff, to properly investigate his complaints, to properly examine the plaintiff, and/or to properly manage his postoperative course was the proximate cause of his amputation.

This report is not intended to represent a comprehensive recitation of opinions. It is meant to be a summary of my opinions. I reserve the right to express additional opinions as appropriate.

I charge $300 per hour to review medical legal matters and $2500 to testify at deposition or at trial.

Within the last four years, I have testified as an expert at trial or by deposition in the following matters:

Terry Lee v. Dr. Sameer Shammas, Prince George's Circuit Court
Lorraine Simpson v. WHC, et al, Superior Court of the District of Columbia
Wynn v. Kaiser, Prince George's Circuit Court

Very truly yours,

Frederick Beavers, MD