## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| WILLIAM PERSON | |
| Plaintiff, | |
| v. | Civil Action No. 06-001995 (RMU) |
| | The Hon. Ricardo M. Urbina |
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION | |
| Defendants, et al. | |

## RULE 26(A)(2) EXPERT DISCLOSURE BY DEFENDANT/CROSS-CLAIMANT GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I

COME NOW Defendant/Cross-Claimant Greater Southeast Community Hospital Corporation (improperly identified as Greater Southeast Community Hospital Corporation; "Defendant/Cross-Claimant"), by and through undersigned counsel, and hereby file this Expert Witness Disclosure, pursuant to Federal Rule of Civil Procedure 26 and the Scheduling Order in this case, and reserve the right to call the following expert witness at trial:

## INTRODUCTORY STATEMENT AND RESERVATIONS

A.    Pursuant to Fed. R. Civ. P. 26(a)(2) and 26(b)(4), this Disclosure sets forth the subject matter on which each expert is expected to testify, and, for each such witness, provides the report and other information required by Rule 26(a)(2)(B).

B.    Defendant/Cross-Claimant reserves the right to supplement this Disclosure to provide additional areas of testimony, additional opinions, and additional grounds for opinions

based on the Scheduling Order's deadline to disclose Opponent Rule 26(a)(2) experts, rebuttal to expert disclosures filed and/or the testimony of experts offered by other parties in this case. Supplementation may take the form of amendments to this Disclosure, a supplemental Disclosure, deposition testimony or any other form sufficient to apprise other parties of additional areas of testimony, additional opinions, and additional grounds for opinions.

     C.     This Disclosure applies only to experts consulted by Defendant/Cross-Claimant who may be called at trial in connection with this litigation. To the extent that other witnesses have developed opinions based on their knowledge of the facts in this case, Defendant/Cross-Claimant reserves the right to elicit these opinions at time of trial.

## EXPERT DISCLOSURES

1.     Jeffrey A. Abend, M.D.
     Orthopaedic Associates, P.A.
     2101 Medical Park Drive
     Silver Spring, MD 20902
     (301) 681-5762

     Dr. Abend is an expert in the field of orthopedic surgery. Dr. Abend is board certified by the National Board of Medical Examiners and the American Board of Orthopaedic Surgery. A copy of his curriculum vitae detailing his education and professional background, training, publications, and expertise is attached hereto as Exhibit 1.

     In connection with this matter, as more fully set forth in his report, Dr. Abend has reviewed pertinent materials in this case, including the Amended Complaint, the October 17, 2003 operative report, surgical records, pre-operative records, physician orders, pathology records, and the consultation and surgical records for the amputation, from Greater Southeast Community Hospital. He has also reviewed the x-rays and accompanying narrative for Mr. Person's leg, from Greater Southeast Community Hospital. Additionally, he reviewed the EMS

2

305537.1

run sheet, and the medical records for the care Mr. Person received at the D.C. jail. Dr. Abend will review additional materials, as they become available during the course of this litigation.

As detailed in his report, Dr. Abend is expected to testify as follows:

a.    The District of Columbia, through its agents, servants, and employees breached the standard of care in that it and/or its agents, servants, and/or employees failed to properly attend to Mr. Person and failed to properly manage his postoperative course, which directly and proximately caused the amputation of Mr. Person's right leg.

b.    The care provided by the physicians or employees of Greater Southeast Community Hospital to Mr. Person, in managing his injury and providing care subsequent to the reduction of his fractures was appropriate and met the standard of care.    As a result, the actions of Greater Southeast Community Hospital and its agents, servants, or employees did not cause the amputation.

Dr. Abend's testimony is expected to be consistent with his Rule 26(a)(2)(B) Report, which is attached as Exhibit 2. Dr. Abend may rely on the documents exchanged between discovery in support of his opinions. Dr. Abend's list of cases in which he was deposed, and caption for the cases in which he testified at trial are attached as Exhibits 3 and 4 respectively.

Dr. Abend's opinions and testimony are based on his education, training, experience and review of relevant documents and discovery material. Dr. Abend is also expected to rebut the opinions offered by any expert opinion or other testimony presented on behalf of either of the other parties in this case. In that regard, Defendant/Cross-Claimant reserves the right to produce rebuttal opinion testimony.

2.    The Defendant/Cross-Claimant reserve the right to call any expert identified by any other party in this case.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:     ----- /s/ Camille E. Shora, Esq.
        Catherine A. Hanrahan, #441775
        Camilla E. Shora, #481281
        1341 G Street, NW
        Suite 500
        Washington, DC  20005-3300
        Tel. (202) 626-7660
        Fax (202) 628-3606
        Catherine.Hanrahan@wilsonelser.com
        Camille.Shora@wilsonelser.com
        *Attorneys for Defendant Greater
        Southeast Community Hospital
        Corporation I*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing Expert Disclosure and Exhibits was

served via electronic filing, upon the following parties and counsel of record this 30th day of June

2008 to:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith, Graham & Crump, LLC
9200 Basil Court, Suite 301
Largo, Maryland 20774

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001

Larry Ceppos, Esq.
H. Kenneth Armstrong, Esq.
Susan Boyce, Esq.
Armstrong, Donohoe, Ceppos & Vaughan
204 Monroe Street, Ste 101
Rockville, MD 20850

Kenneth Jeffery Loewinger
Loewinger & Brand, PLLC
471 H Street, N.W.
Washington, D.C. 20001-2617

Perry L. Foreman
700 Fifth Street, N.W., Suite 300
Washington, D.C. 20001

----- /s/ Camille E. Shora, Esq. -----
Camille E. Shora

# CURRICULUM VITAE

**EXHIBIT**

**1**

**NAME:** Jeffrey A. Abend, M.D.
**BORN:** November 4, 1948
New York, New York
**ADDRESS:** 11518 Cushman Road
Rockville, MD 20852
**MARRIED:** Anne G. Abend
**CHILDREN:** Glenna L. Abend, 12/11/82
Matthew S. Abend, 12/31/84
Michael D. Abend, 10/28/87

## EDUCATION:


POST GRADUATE:

| | | |
|---|---|---|
| Fellowship: | Orthopaedic Traumatology<br>Maryland Institute for Emergency Medical<br>Services Systems,  Shock Trauma Unit<br>University of Maryland Hospital<br>Baltimore, MD | 1979-1980 |
| Residency: | Orthopaedic Surgery<br>University of Pennsylvania<br>School of Medicine<br>Department of Orthopaedic Surgery<br>Philadelphia, PA | 1976-1979 |
| Internship: | Tufts-New England Medical Center<br>Boston, MA | 1974-1975 |
| Fellowship: | Orthopaedic Surgery Research<br>University of Pennsylvania<br>School of Medicine<br>Department of Orthopaedic Surgery<br>Philadelphia, PA62 | 1975-1976 |
| MEDICAL SCHOOL: | State University of New York<br>Upstate Medical Center<br>College of Medicine,  Syracuse, NY | 1970-1974 |
| UNDERGRADUATE: | White Plains High School,  White Plains, NY | 1962-1966 |
| | Case Western Reserve University<br>Cleveland, Ohio, B.A. Psychology | 1966-1970 |

**BOARD**
**CERTIFICATION:** National Board of Medical Examiners      1975
American Board of Orthopaedic Surgery      1981

**PUBLICATIONS:** "The Treatment of Osteonecrosis of the Medial Femoral
Condyle," Clinical Orthopaedics and Related Research      12/1982

**RESEARCH:** Metabolism of the epiphyseal plate in various oxygen tensions.  Work
carried out with Dr. Carl T. Brighton and submitted for publication.

# CURRICULUM VITAE
## (CONT.)

The effects of electrical stimulation on osteoporosis. Work carried out with Dr. Carl T. Brighton and submitted for publication.

## PROFESSIONAL ACTIVITIES

**PRIVATE PRACTICE:**

2015 North Flagler Drive
West Palm Beach, FL

8/80-9/81

Group Health Association
6525 Belcrest Road
Hyattsville, MD

1981-1984
full-time
1984-1994
part-time

**HOSPITAL AFFILIATIONS:**

Good Samaritan Hospital
West Palm Beach, FL

St. Mary's Hospital
West Palm Beach, FL

Community Hospital of the Palm Beaches
West Palm Beach, FL

**CURRENT PRACTICE:**

Orthopaedic Associates, P.A.
2101 Medical Park Dr., #110
Silver Spring, MD

6/84-present

**HOSPITAL AFFILIATIONS:**

Holy Cross Hospital
1500 Forest Glen Road
Silver Spring, MD

Washington Adventist Hospital
7600 Carroll Avenue
Takoma Park, MD

Suburban Hospital
8600 Old Georgetown Road
Bethesda, MD

Shady Grove Adventist Hospital
9901 Medical Center Drive
Rockville, MD

Washington Hospital Center
110 Irving Street, N.W. Washington, D.C.

# CURRICULUM VITAE
## (CONT.)

**MEMBERSHIPS IN
PROFESSIONAL SOCIETIES:**    American Academy of Orthopaedic Surgeons
Montgomery County Medical Society
Washington Orthopaedic Society

**MEDICAL LICENSURE:**    Maryland
Virginia
District of Columbia
Florida

DRS. LOEFFLER, ABEND & BLECKNER
ORTHOPAEDIC ASSOCIATES P.A.
ORTHOPAEDIC SURGERY

ROBERT G. LOEFFLER, M.D.
JEFFREY A. ABEND, M.D.
STEVEN A. BLECKNER, M.D.

2101 MEDICAL PARK DRIVE
SILVER SPRING, MARYLAND 20902
(301) 681-5400
FAX (301) 681-5806

June 30, 2008

Ms. Camille Shora
Wilson, Elsner, Moskowitz, Edelman and Dicker, LLP.
1341 G Street, NW
5ᵗʰ Floor
Washington, DC 20005-3105

RE: William Person

Dear Ms. Shora:

I am a medical doctor, board certified in orthopedic surgery. I have attached to my report a CV which sets forth my training, experience and education. I have reviewed the medical records from the DC Department of Corrections and Greater Southeast Hospital as they pertain to Mr. William Person. According to the records, Mr. Person was admitted to Greater Southeast Hospital on October 17, 2003, having suffered a comminuted fracture of his right distal tibia and fibula, which was open and occurred after a fall. Dr. Taalat Maximous saw the patient, evaluated the patient, and appropriately performed an open reduction internal fixation to repair the fracture. His care, while in the hospital, was totally within a reasonable standard of care. On October 24, 2003 the patient was discharged from Greater Southeast Community Hospital to the DC Department of Corrections. At that facility the medical records indicate that an examination was performed, at his intake, by a healthcare provider who found that his neurovascular status and specifically his vascular system in the right lower extremity was within normal limits and intact. An x-ray of the right leg on October 27, 2003 showed satisfactory position of the healing fracture of the distal tibia and fibula. On November 2, 2003 the plaintiff was emergently transferred from the DC correctional facility to the Greater Southeast Community Hospital with a diagnosis of right leg ischemia. While at Greater Southeast Community Hospital an arteriogram was performed, which revealed a blockage of the arteries in the lower extremity on the right. Emergency surgery was attempted to restore circulation however, a below-knee amputation was performed on November 5, 2003.

EXHIBIT
2

ARTHROSCOPIC SURGERY AND SPORTS MEDICINE
TOTAL JOINT REPLACEMENT
TRAUMA AND RECONSTRUCTIVE SURGERY
SURGERY OF THE SPINE

June 30, 2008
RE: **William Person**
Page Two

It is my opinion, with reasonable medical certainty, that Dr. Maximous and the medical personnel at Greater Southeast Community Hospital performed their functions in treating Mr. Person well within the standard of care. The people who seem to have fallen below the standard of care here is the DC correctional facility. If he did complain of right lower leg pain and was evaluated by a healthcare provider at that facility, and they failed to act, then the District of Columbia and their agents at the jail failed to properly attend to the plaintiff, failed to properly manage his postoperative course, and it was that failure to manage and attend to the plaintiff in this case that caused the amputation. There is nothing in the medical records, that I have seen, that indicates that there has been any breech in the standard of care provided to Mr. Person by the physicians at Greater Southeast Community Hospital or by Dr. Maximous.

This is a report that is not intended to be a comprehensive summary of my opinions. It is a preliminary summary of my opinions and I do reserve the right to change or express additional opinions as information becomes available.

My fee for reviewing medical records is $500 per hour and my fee to testify at deposition is $1000 for the first two hours with my trial cost depending on the venue where I have to go.

Within the last four to five years I have testified as an expert in the following jurisdictions, which will be summarized on my trial testimony list, which I will be attaching to this particular letter.

Very truly yours,

JEFFREY A. ABEND, M.D.

JAA/lpg

Encl.: CV, trial testimony list

## DEPOSITIONS
### JEFFREY A. ABEND, MD.

**1991**
06/13/91 - RE: Christopher Wheeler – ATTY: Jeanne Spitale

**1992**
02/17/92 - RE: Doris Thorburn v. James Rascher, MD. – ATTY: Regina A. Casey
02/28/92 - RE: Christopher Wheeler – ATTY: Jeanne Spitale
03/09/92 - RE: Tina Penny v. Moosa Kazim, MD. – ATTY: Ann Marie A. King
08/04/92 - RE: Loughlin v. German Nader, MD. – ATTY: Ann Marie A. King

**1993**
02/25/93 - RE: Lamb v. Blundon, MD. – ATTY: Scott Sonntag
06/07/93 - RE: Robert Yarbough – ATTY: Lawrence Lapidus
06/15/93 - RE: Lowers v. Magee, MD. – ATTY: Scott Sonntag
12/08/93 - RE: Bertha Carter Anderson   ATTY: William P. Dale

**1994**
01/20/94 - RE: Carrington L. Diggs – ATTY: Marvin L. Anderson
02/22/94 - RE: Laverne McGee – ATTY: John Joseph
03/01/94 - RE: Thorburn v. Rasher, MD. – ATTY: Regina A. Casey
03/15/94 - RE: Adrian Propst – ATTY: Gary I. Silverman
04/20/94 - RE: Amy Magyar – ATTY: Harry T. Carleton
05/17/94 - RE: Mark A. Duda – ATTY: Timothy Howie
06/23/94 - RE: Thomas Rock – ATTY: Deborah Farson
08/03/94 - RE: Thomas Strapp v. Jack Lichtenstein, MD. – ATTY: Linda Wales
08/04/94 - RE: Robert J. Merson – ATTY: Jonathon Beiser
10/19/94 - RE: Oluremi Adalemo – ATTY: Joel DuBoff

**1995**
01/19/95 - RE: Osama & Kelly Khatib – ATTY: Michael A. DeSantis
01/30/95 - RE: Candida Ortiz – ATTY: David E. Kindermann
01/31/95 - RE: Tu Van Le – ATTY: Eric Slatkin
02/08/95 - RE: Wanda Thomas v. North Arundel Hospital – ATTY: Linda G. Wales
02/09/95 - RE: Helena Young – ATTY: Alan M. Perlman
02/27/95 - RE: Alfred L. McClinton – ATTY: Samuel J. DeBiasis, II
04/14/95 - RE: Karen A. Sealy – ATTY: Kim D. Brooks
06/05/95 - RE: Whitely v. Liu, MD. – ATTY: Robert J. Farley
06/14/95 - RE: Charles R. Morgan – ATTY: H. Patrick Donohue
10/18/95 - RE: Lola Lindo   ATTY: Justin Nunzio
10/24/95 - RE: Robert Lowery – ATTY: Debra Hines
10/26/95 - RE: Carlos Vanegas   ATTY: Robert McGill
11/08/95 - RE: Michael Donadio – ATTY: Frank Dailey
12/06/95 - RE: Hannah Tarver – ATTY: Patrick Jones



EXHIBIT
**3**

## DEPOSITIONS (cont'd)

**1996**
03/05/96 - RE: Donna M. Pruitt – ATTY: James Wilson
07/26/96 - RE: Lucille Ludwig – ATTY: James Isman
09/27/96 - RE: John Mavroukakis – ATTY: John M. Dahut
12/06/96 - RE: James E. Halsey – ATTY: Paul Bensch

**1997**
01/30/97 - RE: Michael J. Perper – ATTY: Carolyn K. Jeppsen
05/28/97 - RE: Juan A. Delacruz – ATTY: Joseph L. Trepel
06/24/97 - RE: Hee Sun Choi – ATTY: Eric Stravitz
06/24/97 - RE: Martha A. Griffin – ATTY: Craig Coxen
07/25/97 - RE: Betty Solomon
08/21/97 - RE: Kelli Jean Moran
09/19/97 - RE: Alma J. Bellamy – ATTY: Vernon
09/25/97 - RE: Linda E. Downs-Webb – ATTY: Craig Coxen
11/02/97 - RE: Winifred Veronica Smith – ATTY: David Richin
11/10/97 - RE: Paul Evanosky – ATTY: Patrick Donohue

**1998**
03/30/98 - RE: Delouise Cohey – ATTY: Michael VonDiezelski
05/04/98 - RE: Alan G. Morehead – ATTY: Christopher Dunn
06/15/98 - RE: Raymond Porter Hait – ATTY: Scott Stevenson
09/01/98 - RE: Karen Minter – ATTY: Justine Smith
10/13/98 - RE: Florentino Aguilar – ATTY: Steven Knecht
10/26/98 - RE: Darioush Nasseri, MD. – ATTY: Leslie Davis
10/27/98 - RE: Dwayne Pledger – ATTY: Christopher Dunn
11/12/98 - RE: Harris v. Ong, et al – ATTY: David A. Roling

**1999**
01/06/99 - RE: Ruth Edwards – ATTY: James Taglieri
01/14/99 - RE: Raymond Hait – ATTY: Don Brown
01/20/99 - RE: William P. Conway v. Nathan Price, MD. – ATTY: Angela Williams
02/10/99 - RE: Kearns v. Johnson – ATTY: Shelly Gaines
02/11/99 - RE: Wanda Sue Harrington – ATTY: Michael VonDiezelski
03/01/99 - RE: Mary Morgan – ATTY: Anne Marie McGinley
04/29/99 - RE: Nina Shor – ATTY: Alan Siegel
05/11/99 - RE: Sophia Domenico – ATTY: Peter L. Scherr
05/25/99 - RE: Elizabeth Azarian – ATTY: Jared Littman
05/27/99 - RE: James R. Lewis – ATTY: Craig Coxen
06/24/99 - RE: Linda Edwards – ATTY: Michael VonDiezelski
10/21/99 - RE: Albright v. Starynski – ATTY: Mary Beth Kaslick
11/02/99 - RE: Sara Hertzberg v. Shubert Organization – ATTY: John Shin
12/30/99 - RE: Gebeyehu Osman v. Dole – ATTY: Paul Day

# DEPOSITIONS (cont'd)

## 2000

02/03/00 - RE: Melanie Rosen – ATTY: Anita Chakrabarty
02/14/00 - RE: Natalie Yates – ATTY: Todd Maiberger
05/17/00 - RE: Martin Yihiro, MD. – ATTY: John Sinclair
10/17/00 - RE: Yokely v. Kaiser – ATTY: Pam Kincheloe
10/26/00 - RE: Gingras v. Sanchez – ATTY: Thomas Marriner
11/09/00 - RE: Dave Patel – ATTY: Leslie Oliveri
11/21/00 - RE: Crystal Thompson – ATTY: John Hathaway
12/11/00 - RE: Carolyn Best – ATTY: Jonathon Beiser
12/18/00 - RE: Mehrabian v. Jodrie – ATTY: Thomas Doran
12/19/00 - RE: Perry v. Kaiser – ATTY: Sharon Marcial
12/21/00 - RE: Jami R. Rector – ATTY: Thomas Williamson, Jr.

## 2001

01/22/01 - RE: Michael Massino – ATTY: William Robinson
02/26/01 - RE: Katayoun Mehrabian –- ATTY: Jonathan Beiser
03/16/01 - RE: Mary Magee – ATTY: Dan Costello
03/30/01 - RE: Albert Worsely – ATTY: Michael VonDiezelski
07/02/01 - RE: Martha Griffin – ATTY: Craig Coxen,
07/10/01 - RE: Zachary Macklin – ATTY: Daniel Karp
09/04/01 - RE: Joseph Rose – ATTY: John Hartel
09/06/01 - RE: Amy Cole – ATTY: Joan Cerniglia-Lowensen
10/08/01 - RE: Meros v. Means – ATTY: David Rolling
10/11/01 - RE: Clara Shields – ATTY: Kevin Goldberg
10/30/01 - RE: Marcie Powell – ATTY: Leslie Oliveri
11/12/01 - RE: Nancy Cross – ATTY: Alan Hutter
12/03/01 - RE: Thomas Cleaver – ATTY: Thomas Neary

## 2002

01/10/02 - RE: Preston Carter – ATTY: Paul Bench
02/21/02 - RE: Melinda Page – ATTY: David Martin
03/21/02 - RE: Louise Burkhardt – ATTY: Mimi Magyar
03/26/02 - RE: Charmaine Brock – ATTY: Kevin Goldberg
04/09/02 - RE: Christine Coleman – ATTY: Eric Slatkin
04/18/02 - RE: Wagner v. Martin – ATTY: Robert Farley
05/03/02 - RE: Scholl, Mary – ATTY:
06/22/02 - RE: Benson v. Miller – ATTY: Mike VonDiezelski
06/25/02 - RE: Justin Hall – ATTY: Paul Weisenfeld
06/30/02 - RE: Williams v. Fieldson – ATTY: Robert Farley
06/13/02 - RE: Samina Sharif – ATTY: Benjamin Pelton

Updated 4/11/2008

## DEPOSITIONS

### JEFFREY A. ABEND, MD

**2003**
| | |
|---|---|
| 03/03/2003 | - RE: Renay Butler – Attorney Bernard Bettis |
| 09/18/2003 | - RE: Emily Kamuhandra - Attorney Paula Neira |
| 09/18/2003 | - RE: Stephen Rice – Godell, Devires, Leech |

**2004**
| | |
|---|---|
| 05/05/2004 | - RE: Michael Padgett – Attorney Karp |
| 07/29/2004 | - RE: Brenda Allen – Attorney Robert G. Fiore |
| 08/03/2004 | - RE: Subhashini – DeCaro & Doran |
| 11/16/2004 | - RE: Lori Magruder – Adelman, Sheff, & Smith |

**2005**
| | |
|---|---|
| 01/27/2005 | - RE: Magalena Sanders – Freeman, Wolfe, & Greenbaum |
| 04/25/2005 | - RE: Thomas Murphy - Attorney Marissa Trasatti |
| 05/23/2005 | - RE: Teressa Johnson – Attorney Donna Gasffncy |
| 05/25/2005 | - RE: James Muhlert – Adelman, Sheff & Smith |
| 06/07/2005 | - RE: Jose Argueta – Freeman, Wolfe, & Greenbaum |
| 08/05/2005 | - RE: Robert Teether – Hartel, Kane, DeSantis |
| 09/28/2005 | - RE: Dawn Rundhammer – Attorney Robert McGinley |
| 01/10/2005 | - RE: Rhonda Merrimen – DeCaro & Doran |
| 11/22/2005 | - RE: Darlene Bowman – Crosswhite & Limbrick |
| 12/08/2005 | - RE: Felicie Raskind – Attorney Francis Ford |

**2006**
| | |
|---|---|
| 01/03/2006 | - RE: Katherine Bowen – Hartel & Kane |
| 03/02/2006 | - RE: Karen Houser – Attorney Neil Dachis |
| 04/06/2006 | - RE: Debra Shadle – Attorney Kevin Karpinski |
| 04/20/2006 | - RE: Vivian Smith – Hartel, Kane, DeSantis |
| 05/15/2006 | - RE: Teresa Snook – Ethridge, Quinn, McBuliffe |
| 08/15/2006 | - RE: Eric Johnson – Timothy Smith & Ass. |
| 08/29/2006 | - RE: Celina Graham Richards – Attorney Giancario Ghirardi |
| 09/05/2006 | - RE: Dilshad Younus – Attorney Jeaneen Johnson |
| 10/17/2006 | - RE: Delmita Boykins   Attorney Foran |

**2007**
| | |
|---|---|
| 01/17/2007 | - RE: Karen Layton – Schmidt,Dailey, O'Neil |
| 01/29/2007 | - RE: George Dawson – Attorney Steve Migdal |

| Date | Description |
|---|---|
| 02/05/2007 | - RE: Wanda Granger – Attorney Sanford Freidman |
| 02/06/2007 | - RE: Dana Bonkowski – Attorney Sanford Freidman |
| 02/22/2007 | - RE: David Movafagh – Attorney Robert Ferguson |
| 04/27/2007 | - RE: Karen Epstein – Attorney Amy Mczewski |
| 06/11/2007 | - RE: Paulette Vance – Attorney Sanford Friedman |
| 06/25/2007 | - RE: Elizabeth Needham – Attorney Laurie Ann Garey |
| 06/26/2007 | - RE: Deborah Lloyd – Attorney Wade Callendeer |
| 07/10/2007 | - RE: Washington v. Holy Cross – Attorney Roxanne Waard |
| 07/17/2007 | - RE: Mariah Blandford – Attorney Denis C. Mitchell |
| 09/04/2007 | - RE: Beverly Barnes – Attorney Hope Umana |
| 09/24/2007 | - RE: Beverly Baarnes – Attorney Hope Umana (cont'd) |
| 09/26/2007 | - RE: Janice Coclough – Attorney Patricia Thornton |
| 10/15/2007 | -RE: Pagah Afshar – Attorney Thomas Farrington |
| 10/16/2007 | -RE: Michael McNeil – Attorney Michael DeSantis |
| 10/18/2007 | -RE: Roger Mann – Attorney Patricia Kane |
| 10/23/2007 | -RE: Margaret Wright – Attorney Maurice Jagne-Shaw |
| 10/25/2007 | -RE: Doris Ireland – Attorney Charles Krikawa |
| 11/05/2007 | -RE: Dimitri Corbin – Attorney Crystal Deese |
| 11/20/2007 | -RE: Hodges-Holmes,Mary Attorney Jim Livio |
| 12/3/2007 | -RE: Newman- Attorney Michael von Diezelski |
| 02/04/2008 | -RE: Livingston-Levi,Melissa – Attorney Neil MacDonald |
| 02/07/2008 | -RE: Robert McNair- Attorney Lisa O'Donnell |
| 02/26/2008 | -RE: Libby Bates - Attorney Giancarlo |
| 03/04/2008 | -RE: Samuel Davie- Attorney Giancarlo Ghiardi |
| 03/13/2008 | -RE: Nancy Ross-Harris-Attorney James S. Livio |
| 03/27/2008 | -RE: Maria Alhornoz- Attorney Jennifer Lancaster |
| 04/10/2008 | -RE: Issac McCoy- Attorney Michael Joseph |
| 06/24/2008 | -RE: Shelly Moore- Attorney Tom Medford |

## Case Information

**Court System:** Circuit Court for Montgomery County - Civil System

**Case Number:** 232719V     **Sub Type:** MOTOR TORTS

**Date Filed:** 05/17/2002

**Case Status:** CLOSED

## Plaintiff Information
*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

**Name:** KAMUHANDRA, EMILY

**Address:** 1818 METZEROTT ROAD

HYATTSVILLE MD 20783

### Attorney(s) for the Plaintiff

**Name:** FINNEGAN, KEVIN J ESQ

**Address:** GOLDBERG & FINNEGAN LLC

1010 WAYNE AVE 950

SILVER SPRING MD 20910

**Phone:** 301-589-2999

## Defendant Information
*(Each Alias, Address, and Attorney for the Defendant is displayed)*

**Name:** BOOTT, LINDSAY BRYANT

**Address:** 2517 OAKRIDGE COURT

VIENNA VA 22181

### Attorney(s) for the Defendant

**Name:** VON DIEZELSKI, MICHAEL E

**Address:** ADELMAN, SHEPP & SMITH, LLC

SUITE 370

160 ADMIRAL COCHRANE DR

ANNAPOLIS MD 21401

**Phone:** 410-224-3000

**Name:** TURNER, LEAH D ESQ

**Address:** 10750 COLUMBIA PIKE 5TH FL

SILVER SPRING MD 20901

**Phone:** 301-592-6340

**Name:** NEIRA, PAULA M

EXHIBIT
4

Address: **ADELMAN SHEFF & SMITH, LLC**

**SUITE 370**

**180 ADMIRAL COCHRANE DR**

**ANNAPOLIS MD 21401**

Phone: **410-224-3000**

## Case Information

Court System: **Circuit Court for Charles County - Civil System**
Case Number: **08C02001281**
Title: **Rice, et al vs Southern Maryland Orthopaedic And Sports Medicine Center P C, et al**
Case Type: **Other Tort**  Filing Date: **06/20/2002**
Case Status: **Closed/Inactive**
Case Disposition: **Other Judgement**  Disposition Date: **10/27/2003**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Rice, Stephen**
Address: **12628 High Sierra Road**
City: **Lusby**  State: **MD**  Zip Code: **20657**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Rath, Esq, Margaret E**
Practice Name: **Rath & Carmean, Ltd.**
Address: **3150 West Ward Road**
        **Suite 301**
City: **Dunkirk**  State: **MD**  Zip Code: **20754**
Name: **Kahn, Esq, Andrew H**
Practice Name: **Kahn, Smith & Colins, P.A.**
Address: **201 North Charles Street**
        **10th Floor**
City: **Baltimore**  State: **MD**  Zip Code: **21201**

Party Type: **Plaintiff**  Party No.: **2**
Name: **Rice, Trudy**
Address: **12628 High Sierra Road**
City: **Lusby**  State: **MD**  Zip Code: **20657**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Rath, Esq, Margaret E**
Practice Name: **Rath & Carmean, Ltd.**
Address: **3150 West Ward Road**
        **Suite 301**
City: **Dunkirk**  State: **MD**  Zip Code: **20754**
Name: **Kahn, Esq, Andrew H**
Practice Name: **Kahn, Smith & Colins, P.A.**
Address: **201 North Charles Street**
        **10th Floor**
City: **Baltimore**  State: **MD**  Zip Code: **21201**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Southern Maryland Orthopaedic And Sports Medicine Center P C**

06/25/2008 14:34 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES          ☒011/054
Case 1:06-cv-01995-RMU     Document 32-5     Filed 06/30/2008     Page 4 of 47

Case Information                                                    Page 2 of 2

             Address: **23000 Moakley Street**
                City: **Leonardtown**  State: **MD**  Zip Code: **20650**
**Attorney(s) for the Defendant/Respondent**
                Name: **Merkle, Esq, Craig B**
       Practice Name: **Goodell, DeVries, Leech & Dann, LLP**
             Address: **One South Street**
                      **20th Floor, Suite 2000**
                City: **Baltimore**  State: **MD**  Zip Code: **21202-3201**
--------------------------------------------------------------------

          Party Type: **Defendant**  Party No.: **2**
                Name: **Wise, Martin W**
             Address: **2300 Moakley Street**
                City: **Leonardtown**  State: **MD**  Zip Code: **20650**
**Attorney(s) for the Defendant/Respondent**
                Name: **Merkle, Esq, Craig B**
       Practice Name: **Goodell, DeVries, Leech & Dann, LLP**
             Address: **One South Street**
                      **20th Floor, Suite 2000**
                City: **Baltimore**  State: **MD**  Zip Code: **21202-3201**

## Case Information

    Court System: **Circuit Court for Charles County - Civil System**
    Case Number: **08C03000391**
       Title: **Padgett Vs Charles County Commissioners. Et Al**
    Case Type: **Motor Tort**  Filing Date: **02/26/2003**
    Case Status: **Closed/Inactive**
    Case Disposition: **Dismissal**  Disposition Date: **03/10/2004**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
    Party Type: **Plaintiff**  Party No.: **1**
       Name: **Padgett, Michael Herbert**
    Address: **7425 Carrico Mill Road**
       City: **Hughesville**  State: **MD**  Zip Code: **20637**
*Attorney(s) for the Plaintiff/Petitioner*
       Name: **Fitzgerald, Esq, Stephen**
  Practice Name: **Mudd, Mudd & Fitzgerald, P. A.**
    Address: **P O Box 310**
       City: **La Plata**  State: **MD**  Zip Code: **20646**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
    Party Type: **Defendant**  Party No.: **1**
  Business or
Organization Name: **Charles County Commissioners**
    Address: **P.O. Box B**
       City: **La Plata**  State: **MD**  Zip Code: **20646**
*Attorney(s) for the Defendant/Respondent*
       Name: **Karpinski, Esq, Kevin**
  Practice Name: **Karpinski, Colares & Karp**
    Address: **120 East Baltimore Street**
          **Suite 1850**
       City: **Baltimore**  State: **MD**  Zip Code: **21202-1605**

    Party Type: **Defendant**  Party No.: **2**
  Business or
Organization Name: **Francis O Day Co Inc**
    Address: **14900 Southlawn Lane**
       City: **Rockville**  State: **MD**  Zip Code: **20850**

06/25/2008 14:34 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                          ☑013/054
· Case 1:06-cv-01995-RMU      Document 32-5      Filed 06/30/2008      Page 6 of 47

Case Information                                                                Page 1 of 2

**Case Information**

Court System: **Circuit Court for Anne Arundel County - Civil System**
Case Number: **02C04096127**
Title: **Lori B Magruder Et Al Vs United Services Automobile Association**
Case Type: **Motor Tort**  Filing Date: **03/05/2004**
Case Status: **Closed/Inactive**
Case Disposition: **Decree or Order**  Disposition Date: **02/23/2005**

---

**Plaintiff/Petitioner Information**

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Magruder, Lori B**
· Address: **2330 Patuxent River Road**
City: **Gambrills** State: **MD**  Zip Code: **21054**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **McGowan, Esq, Michael**
Practice Name: **McGOWAN, CECIL & SMATHERS, LLC**
Address: **319 Main Street**
**3rd Floor**
City: **Laurel**  State: **MD**  Zip Code: **20707**

---

Party Type: **Plaintiff**  Party No.: **2**
Name: **Magruder, Stewart L**
Address: **2330 Patuxent River Road**
City: **Gambrills** State: **MD**  Zip Code: **21054**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **McGowan, Esq, Michael**
Practice Name: **McGOWAN, CECIL & SMATHERS, LLC**
Address: **319 Main Street**
**3rd Floor**
City: **Laurel**  State: **MD**  Zip Code: **20707**

---

**Defendant/Respondent Information**

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or
Organization Name: **United Services Automobile Association**
Address: **9800 Fredericksburg Road**
City: **San Antonio** State: **TX**  Zip Code: **78288**
Address: **525 St. Paul Place**
City: **Baltimore**  State: **MD**  Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
Name: **Von Diezelski, Esq, Michael E**
Practice Name:
Address: **180 Admiral Cochrane Driv**
**Suite 370**
City: **Annapolis** State: **MD**  Zip Code: **21401**
Name: **Bedigian, Esq, H Briggs**

Practice Name: **Adelman, Sheff & Smith LLC**
Address: **180 Admiral Cochrane Dr**
**Suite 370**
City: **Annapolis**  State: **MD**  Zip Code: **21401**

---

Party Type: **Defendant**  Party No.: **2**
Name: **Hollenbeck, James T**
Address: **874 San Mateo Trail**
City: **Lusby**  State: **MD**  Zip Code: **20651**
*Attorney(s) for the Defendant/Respondent*
Name: **Flood, III, William F**
Practice Name: **Council, Baradel, Kosmerl & Nolan, P.A.**
Address: **P.O. Box 2289**
City: **Annapolis**  State: **MD**  Zip Code: **21404-2289**

## Case Information

Court System: **Circuit Court for Charles County - Civil System**
Case Number: **08C04001009**
Title: **James L Muhlert vs Karen Elizabeth McLane**
Case Type: **Motor Tort**  Filing Date: **05/18/2004**
Case Status: **Closed/Inactive**
Case Disposition: **Dismissal**  Disposition Date: **07/05/2005**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Muhlert, James L**
Address: **235 Charleston Court**
City: **La Plata**  State: **MD**  Zip Code: **20646**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Fitzgerald, Esq, Stephen**
Practice Name: **Mudd, Mudd & Fitzgerald, P. A.**
Address: **P O Box 310**
City: **La Plata**  State: **MD**  Zip Code: **20646**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Name: **McLane, Karen Elizabeth**
Address: **6 Macrae Ave**
City: **Prince Frederick**  State: **MD**  Zip Code: **20678**
*Attorney(s) for the Defendant/Respondent*
Name: **Bedigian, Esq, H Briggs**
Practice Name: **Adelman, Sheff & Smith**
Address: **180 Admiral Cochran Drive**
**Suite 370**
City: **Annapolis**  State: **MD**  Zip Code: **21401**

---

Circuit Court of Maryland

Go Back

## Case Information

Court System: **Circuit Court for Montgomery County – Civil System**

Case Number: **256495V**   Sub Type: **MOTOR TORTS**

Date Filed: **11/15/2004**

Case Status: **CLOSED**

---

## Plaintiff Information
*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **RUNDHAMMER, DAWN**

Address: **189 HARDY PLACE**

**ROCKVILLE MD 20850**

*Attorney(s) for the Plaintiff*

Name: **BURSTEIN, MAURICE I ESQ**

Address: **KARP, FROSH, LAPIDUS, WIGODSKY &**

**NORWIND, P.A.**

**2273 RESEARCH BLVD 200**

**ROCKVILLE MD 20850**

Phone: **301-948-3800**

---

## Defendant Information
*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **JORGENSEN, CHRISTIAN**

Address: **812 BOWIE ROAD**

**ROCKVILLE MD 20852**

*Attorney(s) for the Defendant*

Name: **MCGINLEY, ROBERT G**

Address: **LAW OFFICES OF ROBERT G MCGINLEY PC**

**SUITE 200**

**4601 FORBES BOULEVARD**

**LANHAM MD 20706**

Phone: **301-731-4601**

---

Name: **WHITAKER BROTHERS BUSINESS MACHINES INC**

Address: **5801 SUNDOWN ROAD**

GAITHERSBURG MD 20878

**Attorney(s) for the Defendant**

Name: MCGINLEY, ROBERT G

Address: LAW OFFICES OF ROBERT G MCGINLEY PC

SUITE 200

4601 FORBES BOULEVARD

LANHAM MD 20706

Phone: 301-731-4601

```
Case Information

            Court System: Circuit Court for Calvert County - Civil System
            Case Number: 04C05000302
                    Title: Bowen, Et Al Vs Joyner, Et Al
              Case Type: Motor Tort  Filing Date: 02/25/2005
            Case Status: Closed/Inactive
        Case Disposition: Settlement  Disposition Date: 08/18/2005
```

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
              Party Type: **Plaintiff**  Party No.: 1
                    Name: **Bowen, Katherine**
                 Address: **1905 5th Street**
                     City: **Owings**  State: **MD**  Zip Code: **20736**
*Attorney(s) for the Plaintiff/Petitioner*
                    Name: **Wilson, Esq, Robert**
           Practice Name: **Wilson & Parlett**
                 Address: **14803 Pratt Street**
                     City: **Upper Marlboro**  State: **MD**  Zip Code: **20772**

              Party Type: **Plaintiff**  Party No.: 2
                    Name: **Hurlock, Carina**
                 Address: **90 Griffith Way**
                     City: **Owings**  State: **MD**  Zip Code: **20736**
*Attorney(s) for the Plaintiff/Petitioner*
                    Name: **Wilson, Esq, Robert**
           Practice Name: **Wilson & Parlett**
                 Address: **14803 Pratt Street**
                     City: **Upper Marlboro**  State: **MD**  Zip Code: **20772**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
              Party Type: **Defendant**  Party No.: 1
                    Name: **Joyner, Kevin Lee**
                 Address: **9009 Greenfield Lane**
                     City: **Clinton**  State: **MD**  Zip Code: **20735**

              Party Type: **Defendant**  Party No.: 2
     Business or **Progressive Classic Insurance Company, A Member Of Progressive Insurance**
Organization Name: **Gr**
                 Address: **6300 Wilson Mills Road W33**
                     City: **Cleveland**  State: **OH**  Zip Code: **44143**
*Attorney(s) for the Defendant/Respondent*
                    Name: **DeSantis, Esq, Michael A**
           Practice Name: **Hartel, Kane, DeSantis, MacDonald & Howie, LLP**
                 Address: **11720 Beltsville Drive**
                          **Suite 500**

City: **Beltsville**   State: **MD**   Zip Code: **20705-3166**

Party Type: **Defendant**   Party No.: **3**
Business or
Organization Name: **Nationwide Insurance Company**
Address: **P.O. Box 43**
City: **Great Mills**   State: **MD**   Zip Code: **20634**

*Attorney(s) for the Defendant/Respondent*
Name: **Rosasco, Esq, Mark**
Practice Name: **Law Offices Of Robert Graham Fiore**
Address: **1997 Annapolis Exch. Pkwy**
**Suite 400**
City: **Annapolis**   State; **MD**   Zip Code: **21401-3053**

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **261876V**    Sub Type: **MOTOR TORTS**

Date Filed: **06/02/2005**

Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **HOUSER, KAREN R**

Address: **2111 WALSH TERRACE 201**

**SILVER SPRING MD 20902**

*Attorney(s) for the Plaintiff*

Name: **CHAPIN, PETER A**

Address: **SACKS & CHAPIN, P.C.**

**1030 15TH STREET N.W. #748**

**WASHINGTON DC 20005**

Phone: **202-659-1200**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **JACKSON, LESTER JOSEPH**

Address: **1552 3RD STREET NW**

**WASHINGTON DC 20001**

*Attorney(s) for the Defendant*

Name: **DACHIS, NEIL**

Address: **TIMOTHY S. SMITH & ASSOCIATES**

**MARYLAND TRADE CTR II - STE 500**

**7474 GREENWAY CENTER DR**

**GREENBELT MD 20770**

Phone: **301-982-8600**

## Issues Information

Issue: **AUTO NEG - PERSONAL INJURY**

## Case Information

           Court System: **Circuit Court for Montgomery County - Civil System**

           Case Number: **258433V**   Sub Type: **MOTOR TORTS**

              Date Filed: **01/21/2005**

           Case Status: **CLOSED**

## Plaintiff Information
*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

                    Name: **SHADLE, DEBRA THARP**

                Address: **11365 BERRY ROAD**

                         **WALDORF MD 20603**

*Attorney(s) for the Plaintiff*

                    Name: **PYLES, THOMAS E**

                Address: **FARMER, WELCH, ALPERT**

                         **3475 LEONARDTOWN ROAD #200**

                         **WALDORF MD 20601**

                   Phone: **301-843-5966**


                    Name: **SHADLE, MARK K**

                Address: **11365 BERRY ROAD**

                         **WALDORF MD 20603**

*Attorney(s) for the Plaintiff*

                    Name: **PYLES, THOMAS E**

                Address: **FARMER, WELCH, ALPERT**

                         **3475 LEONARDTOWN ROAD #200**

                         **WALDORF MD 20601**

                   Phone: **301-843-5966**


## Defendant Information
*(Each Alias, Address, and Attorney for the Defendant is displayed)*

                    Name: **JACKSON, WILLIAM**

                Address: **531 RANDOLPH ROAD 236A**

                         **SILVER SPRING MD 20904**

*Attorney(s) for the Defendant*

                    Name: **BRIZENDINE JR, AUSTIN W**

Address: 6011 UNIVERSITY BLVD 480

   ELLICOTT CITY MD 21043

Phone: 410-720-4670


Name: BRYANT, YVETTE M

Address: BRYANT, KARPINSKI, COLARESI & KARP

   SUITE 1850

   120 EAST BALTIMORE ST

   BALTIMORE MD 21202-1605

Phone: 410-727-5000


Name: KARPINSKI, KEVIN

Address: KARPINSKI, COLARESI & KARP, P.A.

   120 EAST BALTIMORE ST 1850

   BALTIMORE MD 21202-1605

Phone: 410-727-5000


Name: MEZEWSKI, AMY

Address: KARPINSKI, COLARESI & KARP

   SUITE 1850

   120 E BALTIMORE STREET

   BALTIMORE MD 21202

Phone: 410-727-5000

---

Name: UNEEDA DISPOSAL INC

Address: 14911 DOWNEY COURT

   BOWIE MD 20721

*Attorney(s) for the Defendant*

Name: BRIZENDINE JR, AUSTIN W

Address: 6011 UNIVERSITY BLVD 480

   ELLICOTT CITY MD 21043

Phone: 410-720-4670


Name: BRYANT, YVETTE M

Address: BRYANT, KARPINSKI, COLARESI & KARP

   SUITE 1850

   120 EAST BALTIMORE ST

BALTIMORE MD 21202-1605

Phone: 410-727-5000

Name: KARPINSKI, KEVIN

Address: KARPINSKI, COLARESI & KARP, P.A.

120 EAST BALTIMORE ST 1850

BALTIMORE MD 21202-1605

Phone: 410-727-5000

Name: MEZEWSKI, AMY

Address: KARPINSKI, COLARESI & KARP

SUITE 1850

120 E BALTIMORE STREET

BALTIMORE MD 21202

Phone: 410-727-5000

## Case Information

Court System: **Circuit Court for Frederick County - Civil System**
Case Number: **10C05000157**
Title: **Snook vs Frederick County Board Of Commissioners, et al**
Case Type: **Motor Tort**  Filing Date: **01/21/2005**
Case Status: **Closed/Active**
Case Disposition: **Other Judgement**  Disposition Date: **10/22/2007**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Snook, Teresa**
Address: **7730 Kemp Lane**
City: **Frederick** State: **MD** Zip Code: **21702**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Tarver, Kimberly Nickelson**
Practice Name: **Law Offices Of Kimbely N. Tarver, P.C.**
Address: **Williamsburg Square**
**17 Warren Road, Suite 2B**
City: **Baltimore** State: **MD** Zip Code: **21208**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Frederick County Board Of Commissioners**
Address: **Winchester Hall**
City: **Frederick** State: **MD** Zip Code: **21701**
*Attorney(s) for the Defendant/Respondent*
Name: **Hartinger, Esq, Scott M**
Practice Name: **Ethridge, Quinn, McAuliffe, Rowan & Hartinger**
Address: **100 North Court Street**
City: **Frederick** State: **MD** Zip Code: **21701**

---

Party Type: **Defendant**  Party No.: **2**
Name: **Fogel, David**
Address: **Winchester Hall**
City: **Frederick** State: **MD** Zip Code: **21701**
*Attorney(s) for the Defendant/Respondent*
Name: **Hartinger, Esq, Scott M**
Practice Name: **Ethridge, Quinn, McAuliffe, Rowan & Hartinger**
Address: **100 North Court Street**
City: **Frederick** State: **MD** Zip Code: **21701**

06/25/2008 14:35 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                    ☒025/054
Case 1:06-cv-01995-RMU    Document 32-5    Filed 06/30/2008    Page 18 of 47

Case Information                                                              Page 1 of 2

---

## Case Information

**Court System:** Circuit Court for Montgomery County – Civil System

**Case Number:** 263487V   **Sub Type:** OTHER TORTS

**Date Filed:** 07/29/2005

**Case Status:** CLOSED

---

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

**Name:** YOUNUS, DILSHAD

**Address:** 12539 GREAT PARK CIRCLE 104

GERMANTOWN MD 20876

### Attorney(s) for the Plaintiff

**Name:** NOBLE, JOHN

**Address:** NOBLE AND CROW, P.A.

SUITE 750

451 HUNGERFORD DR

ROCKVILLE MD 20850

**Phone:** 301-762-7200

---

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

**Name:** BEST BUY STORES LIMITED PARTNERSHIP

**Address:** 20914 FREDERICK ROAD

GERMANTOWN MD 20876

### Defendant Aliases

**Name:** BEST BUY STORES L P

### Attorney(s) for the Defendant

**Name:** JOHNSON, JEANEEN J

**Address:** LORD & WHIP PA

CHARLES CENTER SOUTH - 10TH FLOOR

36 SOUTH CHARLES STREET

BALTIMORE MD 21201

**Phone:** 410-539-5881

---

## Issues Information

**Issue:** NEGLIGENCE - PERSONAL INJURY

NEGLIGENCE - FINANCIAL LOSS

06/25/2008 14:35 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                    ☑026/054
Case 1:06-cv-01995-RMU     Document 32-5     Filed 06/30/2008     Page 19 of 47

Case Information                                                          Page 2 of 2

Issue:

---

## Case Information

Court System: **Circuit Court for Anne Arundel County - Civil System**
Case Number: **02C05108609**
Title: **Karen Layton, Et Al Vs Giant Food Stores LLC, Et Al**
Case Type: **Negligence**  Filing Date: **09/13/2005**
Case Status: **Closed/Inactive**
Case Disposition: **Stipulation/Settlement**  Disposition Date: **08/27/2007**

---

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Layton, Karen**
Address: **154 McKinsey Road**
City: **Severna Park**  State: **MD**  Zip Code: **21146**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Diedrich, Esq, Pamela J**
Practice Name: **Mason, Cawood, & Hobbs, P.A.**
Address: **69 Franklin Street**
City: **Annapolis**  State: **MD**  Zip Code: **21401**

---

Party Type: **Plaintiff**  Party No.: **2**
Name: **Layton, Daniel**
Address: **154 McKinsey Road**
City: **Severna Park**  State: **MD**  Zip Code: **21146**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Diedrich, Esq, Pamela J**
Practice Name: **Mason, Cawood, & Hobbs, P.A.**
Address: **69 Franklin Street**
City: **Annapolis**  State: **MD**  Zip Code: **21401**

---

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or
Organization Name: **Giant Food Stores LLC**
Address: **6300 Sheriff Road**
City: **Landover**  State: **MD**  Zip Code: **20785**
Address: **11 East Chase Street**
City: **Baltimore**  State: **MD**  Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
Name: **Ueckermann, JR, Gerald W**
Practice Name: **Schmidt, Dailey & O'Neill, LLC**
Address: **231 E Baltimore Street**
         **#1400**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

---

Party Type: **Defendant**  Party No.: **2**
Business or

**Case Information**                                              Page 2 of 2

---

Organization Name: **Giant Food LLC**
　　Address: **6300 Sheriff Road**
　　　City: **Landover** State: **MD** Zip Code: **20785**
　　Address: **11 East Chase Street**
　　　City: **Baltimore** State: **MD** Zip Code: **21202**

---

Party Type: **Defendant** Party No.: **3**
Business or
Organization Name: **Giant Food Store 358**
　　Address: **573 Ritchie Highway**
　　　City: **Severna Park** State: **MD** Zip Code: **21146**
*Attorney(s) for the Defendant/Respondent*
　　　Name: **Ueckermann, JR, Gerald W**
Practice Name: **Schmidt, Dailey & O'Neill, LLC**
　　Address: **231 E Baltimore Street**
　　　　**#1400**
　　　City: **Baltimore** State: **MD** Zip Code: **21202**

---

Party Type: **Defendant** Party No.: **4**
Business or
Organization Name: **Giant Of Maryland LLC**
　　Address: **6300 Sheriff Road**
　　　City: **Landover** State: **MD** Zip Code: **20785**
　　Address: **11 East Chase Street**
　　　City: **Baltimore** State: **MD** Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
　　　Name: **Ueckermann, JR, Gerald W**
Practice Name: **Schmidt, Dailey & O'Neill, LLC**
　　Address: **231 E Baltimore Street**
　　　　**#1400**
　　　City: **Baltimore** State: **MD** Zip Code: **21202**

---

## Case Information

Court System: **Circuit Court for Baltimore County - Civil System**
Case Number: **03C05013663**
Title: **Dawson vs Ilex Construction & Development Co Inc, et al**
Case Type: **Motor Tort**  Filing Date: **12/30/2005**
Case Status: **Closed/Inactive**
Case Disposition: **Satisfaction**  Disposition Date: **12/13/2007**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Dawson, George**
Address: **12800 Cunninghill Road**
City: **Baltimore** State: **MD** Zip Code: **21220**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Greenberg, Esq, Harvey**
Practice Name: **Law Offices Of Harvey Greenberg**
Address: **29 W Susquehanna Avenue**
**Suite 700**
City: **Towson** State: **MD** Zip Code: **21204-5201**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or
Organization Name: **Ilex Construction & Development Co Inc**
Address: **1425 Clarkview Road**
City: **Baltimore** State: **MD** Zip Code: **21209**
*Attorney(s) for the Defendant/Respondent*
Name: **Migdal, Esq, Steven R**
Practice Name: **Buck, Migdal & Myers, Chartered**
Address: **23 West St.**
**P O Box 2400**
City: **Annapolis** State: **MD** Zip Code: **21404-2400**

Party Type: **Defendant**  Party No.: **2**
Name: **Smith, Jacob**
Address: **C/o Ilex Construction & Development Co**
City: **Baltimore** State: **MD** Zip Code: **21230**
*Attorney(s) for the Defendant/Respondent*
Name: **Migdal, Esq, Steven R**
Practice Name: **Buck, Migdal & Myers, Chartered**
Address: **23 West St.**
**P O Box 2400**
City: **Annapolis** State: **MD** Zip Code: **21404-2400**

Case Information                                                           Page 1 of 1

---

## Case Information

  Court System: **Circuit Court for Calvert County - Civil System**
  Case Number: **04C05000778**
        Title: **Granger vs The Gott Company**
    Case Type: **Other Civil**  Filing Date: **07/29/2005**
  Case Status: **Closed/Inactive**
  Case Disposition: **Dismissal**  Disposition Date: **02/26/2007**

---

## Plaintiff/Petitioner Information

  *(Each Plaintiff/Petitioner is displayed below)*
      Party Type: **Plaintiff**  Party No.: **1**
            Name: **Granger, Wanda**
        Address: **11341 Mesquite Lane**
          City: **Lusby**  State: **MD**  Zip Code: **20657**

*Attorney(s) for the Plaintiff/Petitioner*
            Name: **Clarke, Esq, Kay M**
  Practice Name:
        Address: **601 Pennsylvania Ave NW**
                 **Suite 205**
          City: **Washington**  State: **DC**  Zip Code: **20004**

---

## Defendant/Respondent Information

  *(Each Defendant/Respondent is displayed below)*
      Party Type: **Defendant**  Party No.: **1**
  Business or
  Organization Name: **The Gott Company**
        Address: **410 Solomon's Island Road**
          City: **Prince Frederick**  State: **MD**  Zip Code: **20678**

*Attorney(s) for the Defendant/Respondent*
            Name: **Friedman, Esq, Sanford A**
  Practice Name:
        Address: **1050 17th Street, NW**
                 **Suite 220**
          City: **Washington**  State: **DC**  Zip Code: **20036-5521**

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **271425V**   Sub Type: **OTHER TORTS**

Date Filed: **05/08/2006**

Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **MOVAFAGH, DAVID**

Address: **9354 CAMPBELL ROAD**

**VIENNA VA 22182**

*Attorney(s) for the Plaintiff*

Name: **SANDLER, PAUL M ESQ**

Address: **SHAPIRO, SHER, GUINOT & SANDLER**

**SUITE 2000**

**36 S CHARLES STREET**

**BALTIMORE MD 21201**

Phone: **410-385-0202**

Name: **BARNES, RODERICK R**

Address: **SHAPIRO, GUINOT & SANDLER**

**36 S. CHARLES STREET 2000**

**BALTIMORE MD 21201-3147**

Phone: **410-537-0202**

Name: **ADLER, HARVEY**

Address: **8360 GREENSBORO DRIVE 411**

**MC LEAN VA 22102**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **SHARABI, WILLIAM**

Address: **8906 DURHAM DRIVE**

**POTOMAC MD 20854**

*Attorney(s) for the Defendant*

Name: **FERGUSON, ROBERT L JR.**

Address: **FERGUSON, SCHETELICH & HEFFERNAN PA**

06/25/2008 14:36 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                         ☒032/054
Case 1:06-cv-01995-RMU      Document 32-5      Filed 06/30/2008      Page 25 of 47

Case Information                                                              Page 2 of 3

1401 BANK OF AMERICA CENTER

100 S. CHARLES STREET

BALTIMORE MD 21201-2725

Phone: 410-837-2200

Name: KEARNEY, PATRICK J

Address: SELZER GURVITCH RABIN & OBENCY CHTD

SUITE 400, FOURTH FLOOR

4416 EAST WEST HIGHWAY

BETHESDA MD 20814-4568

Phone: 301-986-9600

---

Name: DOE, JOHN

Address: 9055 COMPRINT COURT 100

GAITHERSBURG MD 20877-1367

*Attorney(s) for the Defendant*

Name: FERGUSON, ROBERT L JR.

Address: FERGUSON, SCHETELICH & HEFFERNAN PA

1401 BANK OF AMERICA CENTER

100 S. CHARLES STREET

BALTIMORE MD 21201-2725

Phone: 410-837-2200

Name: KEARNEY, PATRICK J

Address: SELZER GURVITCH RABIN & OBENCY CHTD

SUITE 400, FOURTH FLOOR

4416 EAST WEST HIGHWAY

BETHESDA MD 20814-4568

Phone: 301-986-9600

---

Name: GLEN CONSTRUCTION COMPANY INC

Address: 9055 COMPRINT COURT 100

GAITHERSBURG MD 20877-1367

*Attorney(s) for the Defendant*

Name: FERGUSON, ROBERT L JR.

Address: **FERGUSON, SCHETELICH & HEFFERNAN PA**

**1401 BANK OF AMERICA CENTER**

**100 S. CHARLES STREET**

**BALTIMORE MD 21201-2725**

Phone: **410-837-2200**

Name: **KEARNEY, PATRICK J**

Address: **SELZER GURVITCH RABIN & OBECNY CHTD**

**SUITE 400, FOURTH FLOOR**

**4416 EAST WEST HIGHWAY**

**BETHESDA MD 20814-4565**

Phone: **301-986-9600**

---

Name: **TOLES, LARRY**

Address: **3843 KENDALL DRIVE**

**FREDERICK MD 21704-7884**

*Attorney(s) for the Defendant*

Name: **FERGUSON, ROBERT L JR.**

Address: **FERGUSON, SCHETELICH & HEFFERNAN PA**

**1401 BANK OF AMERICA CENTER**

**100 S. CHARLES STREET**

**BALTIMORE MD 21201-2725**

Phone: **410-837-2200**

---

## Other Party Information
*(Each Alias, Address, and Attorney for the Party is displayed)*

Name: **POTTER, B MARVIN ESQ**

Address: **OFFIT KURMAN ATTORNEYS AT LAW**

**15400 CALHOUN DRIVE 140**

**DERWOOD MD 20855**

06/25/2008 14:36 FAX 301 681 5806     ORTHOPAEDIC ASSOCIATES          ⬚034/054
Case 1:06-cv-01995-RMU    Document 32-5    Filed 06/30/2008    Page 27 of 47

Case Information                                                      Page 1 of 3

## Case Information

**Court System:** Circuit Court for Montgomery County - Civil System

**Case Number:** 263764V   **Sub Type:** MOTOR TORTS

**Date Filed:** 08/08/2005

**Case Status:** CLOSED

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

**Name:** EPSTEIN, KAREN L

**Address:** 6 CRYSTAL ROCK COURT
GERMANTOWN MD 20874

### Attorney(s) for the Plaintiff

**Name:** KIRK, HARVEY A

**Address:** SAIONTZ KIRK & MILES P.A.
3 SOUTH FREDERICK ST 900
BALTIMORE MD 21202

**Phone:** 410-962-7011

**Name:** KEARNS, JOHN S

**Address:** SAIONTZ, KIRK & MILES
3 SOUTH FREDERICK ST 900
BALTIMORE MD 21202

**Phone:** 410-539-6339

**Name:** EPSTEIN, KAREN L

**Address:** AS PARENT AND NEXT FRIEND OF SYDNEY
EPSTEIN, A MINOR
6 CRYSTAL ROCK COURT
GERMANTOWN MD 20874

### Attorney(s) for the Plaintiff

**Name:** KIRK, HARVEY A

**Address:** SAIONTZ KIRK & MILES P.A.
3 SOUTH FREDERICK ST 900
BALTIMORE MD 21202

**Phone:** 410-962-7011

**Name:** KEARNS, JOHN S

Case Information                                              Page 2 of 3

Address: **SAIONTZ, KIRK & MILES**

        **3 SOUTH FREDERICK ST 900**

        **BALTIMORE MD 21202**

Phone: **410-539-6339**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **NOSILE, DIDIER**

Address: **983 SUBURBAN ROAD**

        **UNION NJ 07083-7451**

### Attorney(s) for the Defendant

Name: **KARPINSKI, KEVIN**

Address: **KARPINSKI, COLARESI & KARP, P.A.**

        **120 EAST BALTIMORE ST 1850**

        **BALTIMORE MD 21202-1605**

Phone: **410-727-5000**

Name: **MEZEWSKI, AMY**

Address: **KARPINSKI, COLARESI & KARP**

        **SUITE 1850**

        **120 E BALTIMORE STREET**

        **BALTIMORE MD 21202**

Phone: **410-727-5000**

Name: **PETER, MATTHEW D**

Address: **KARPINSKI, COLARESI & KARP, P.A.**

        **120 EAST BALTIMORE ST 1850**

        **BALTIMORE MD 21202-1605**

Phone: **410-727-5000**

Name: **BOUCHELLE, THOMAS S**

Address: **KARPINSKI, COLARESI & KARP**

        **120 E. BALTIMORE STREET 1850**

        **BALTIMORE MD 21202**

Phone: **410-727-5000**

Name: **SYNERGY INTERNATIONAL GROUP INC**

Address: **9812 FALLS ROAD 114-297**

**POTOMAC MD 20854**

*Attorney(s) for the Defendant*

Name: **KARPINSKI, KEVIN**

Address: **KARPINSKI, COLARESI & KARP, P.A.**

**120 EAST BALTIMORE ST 1850**

**BALTIMORE MD 21202-1605**

Phone: **410-727-5000**

Name: **MEZEWSKI, AMY**

Address: **KARPINSKI, COLARESI & KARP**

**SUITE 1850**

**120 E BALTIMORE STREET**

**BALTIMORE MD 21202**

Phone: **410-727-5000**

Name: **PETER, MATTHEW D**

Address: **KARPINSKI, COLARESI & KARP, P.A.**

**120 EAST BALTIMORE ST 1850**

**BALTIMORE MD 21202-1605**

Phone: **410-727-5000**

Name: **BOUCHELLE, THOMAS S**

Address: **KARPINSKI, COLARESI & KARP**

**120 E. BALTIMORE STREET 1850**

**BALTIMORE MD 21202**

Phone: **410-727-5000**

---

## Issues Information

Issue: **AUTO NEG - PERSONAL INJURY**

Issue: **AUTO NEG - PERSONAL INJURY**

Issue: **NEGLIGENCE - FINANCIAL LOSS**

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **273831V**   Sub Type: **OTHER TORTS**

Date Filed: **06/07/2006**

Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **WASHINGTON, CHARLOTTE**

Address: **13509 SOUTH HILL ROAD**

**BRANDYWINE MD 20613**

### Attorney(s) for the Plaintiff

Name: **WILEY, LAVERNE D**

Address: **THE EATON LAW FIRM, PLLC**

**SUITE 777**

**1111 14TH STREET N.W.**

**WASHINGTON DC 20005**

Phone: **202-789-0088**

---

Name: **WASHINGTON, CHARLOTTE**

Address: **LEGAL GUARDIAN AND NATURAL DAUGHTER OF**

**ALVAJEANE EDWARDS**

**13509 SOUTH HILL ROAD**

**BRANDYWINE MD 20613**

### Attorney(s) for the Plaintiff

Name: **WILEY, LAVERNE D**

Address: **THE EATON LAW FIRM, PLLC**

**SUITE 777**

**1111 14TH STREET N.W.**

**WASHINGTON DC 20005**

Phone: **202-789-0088**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **HOLY CROSS HOSPITAL OF SILVER SPRING INC**

Address: **1500 FOREST GLEN ROAD**

**Case Information**                                    **Page 2 of 2**

SILVER SPRING MD 20910

**Attorney(s) for the Defendant**

    Name: **LEVIN, DAVID A**

    Address: **WHARTON, LEVIN, EHRMANTRAUT, KLEIN**

              **& NASH PA - P.O. BOX 551**

              **104 WEST STREET**

              **ANNAPOLIS MD 21404-0551**

    Phone: **410-263-5900**

    Name: **WARD, ROXANNE L**

    Address: **WHARTON, LEVIN, EHRMANTRAUT**

              **& KLEIN, P.A.**

              **104 WEST STREET**

              **PO Box 551**

              **ANNAPOLIS MD 21404-0551**

    Phone: **410-263-7529**

    Name: **CALLENDER, MICHELLE R**

    Address: **WHARTON LEVIN EHRMANTRAUT & KLEIN**

              **P.O. BOX 551**

              **104 WEST STREET**

              **ANNAPOLIS MD 21404-0551**

    Phone: **410-263-5900**

## Case Information

    Court System: **Circuit Court for Montgomery County – Civil System**

    Case Number: **278198V**  Sub Type: **MOTOR TORTS**

        Date Filed: **01/08/2007**

      Case Status: **OPEN**

## Plaintiff Information
*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

        Name: **MANN, ROGER EDWARD**

     Address: **8299 E SIERRA PINTA DRIVE**

                **SCOTTSDALE AZ 85255**

### Attorney(s) for the Plaintiff

        Name: **SUSIE, CHRISTOPHER P**

     Address: **BROWN & SHEEHAN, LLP**

                **SUITE 300**

                **1010 HULL STREET**

                **BALTIMORE MD 21230**

       Phone: **410-296-8500**

        Name: **CARITHERS, MICHAEL R JR**

     Address: **BROWN & SHEEHAN, LLP**

                **23RD FLOOR**

                **ONE SOUTH STREET**

                **BALTIMORE MD 21201**

       Phone: **410-296-8500**

## Defendant Information
*(Each Alias, Address, and Attorney for the Defendant is displayed)*

          Name: **BOARD OF EDUCATION OF MONTGOMERY COUNTY**

     Address: **750 HUNGERFORD DRIVE**

                **ROCKVILLE MD 20850**

*Defendant Aliases*

          Name: **MONTGOMERY COUNTY PUBLIC SCHOOLS**

### Attorney(s) for the Defendant

         Name: **VIA, PATRICIA P**

    Address: **ASSOCIATE COUNTY ATTORNEY**

                **101 MONROE STREET 3 FL**

06/25/2008 14:36 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                    ☑040/054
Case 1:06-cv-01995-RMU     Document 32-5     Filed 06/30/2008     Page 33 of 47

Case Information                                                              **Page 2 of 3**

ROCKVILLE MD 20850

Phone: 240-777-6700

Name: **KANE, PATRICIA LISEHORA**

Address: **ASSOCIATE COUNTY ATTORNEY**

**THIRD FLOOR**

**101 MONROE STREET**

**ROCKVILLE MD 20850**

Phone: **240-777-6700**

---

Name: **MABE, KATHRYN LEE**

Address: **504 WINDY KNOLL DRIVE**

**MOUNT AIRY MD 21771**

*Attorney(s) for the Defendant*

Name: **VIA, PATRICIA P**

Address: **ASSOCIATE COUNTY ATTORNEY**

**101 MONROE STREET 3 FL**

**ROCKVILLE MD 20850**

Phone: **240-777-6700**

Name: **KANE, PATRICIA LISEHORA**

Address: **ASSOCIATE COUNTY ATTORNEY**

**THIRD FLOOR**

**101 MONROE STREET**

**ROCKVILLE MD 20850**

Phone: **240-777-6700**

---

Name: **MABE, KATHRYN LEE**

Address: **EMPLOYEE OF THE MONTGOMERY COUNTY**

**PUBLIC SCHOOLS**

**504 WINDY KNOLL DRIVE**

**MOUNT AIRY MD 21771**

---

Name: **JEWELL, KATHRYN**

Address: **504 WINDY KNOLL DRIVE**

**MOUNT AIRY MD 21771**

Case Information                                                   Page 3 of 3

*Attorney(s) for the Defendant*

Name: **VIA, PATRICIA P**

Address: **ASSOCIATE COUNTY ATTORNEY**

**101 MONROE STREET 3 FL**

**ROCKVILLE MD 20850**

Phone: **240-777-6700**


Name: **KANE, PATRICIA LISEHORA**

Address: **ASSOCIATE COUNTY ATTORNEY**

**THIRD FLOOR**

**101 MONROE STREET**

**ROCKVILLE MD 20850**

Phone: **240-777-6700**

**Issues Information**

Issue: **AUTO NEG - PERSONAL INJURY**

Issue: **NEGLIGENT ENTRUSTMENT**

## Case Information

     Court System: **Circuit Court for Montgomery County - Civil System**

     Case Number: **232267V**    Sub Type: **OTHER TORTS**

       Date Filed: **05/08/2002**

     Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

       Name: **WAGANHEIM, EDYTHE**

    Address: **1126 CADDINGTON AVENUE**

           **SILVER SPRING MD 20901**

*Attorney(s) for the Plaintiff*

      Name: **CHAPIN, PETER A ESQ**

   Address: **SACKS & CHAPIN, P.C.**

          **3 MCPHERSON SQUARE - 9TH FLOOR**

          **927 15TH STREET, N.W.**

          **WASHINGTON DC 20005**

    Phone: **202-659-1200**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

       Name: **ASPEN HILL RACQUET CLUB LIMITED PARTNERSHIP**

    Address: **14501 HOMECREST ROAD**

          **SILVER SPRING MD 20906**

*Attorney(s) for the Defendant*

      Name: **KOZLOWSKI, MARK A**

   Address: **ECCLESTON AND WOLF**

          **SCARLETT PLACE**

          **729 EAST PRATT STREET 7FLR**

          **BALTIMORE MD 21202-4460**

   Phone: **410-752-7474**

## Issues Information

      Issue: **NEGLIGENCE - PERSONAL INJURY**

      Issue: **NEGLIGENCE - FINANCIAL LOSS**

## Case Information

Court System: **Circuit Court for St. Mary's County - Civil System**
Case Number: **18C02000718**
Title: **Lasek vs Wolf, et al**
Case Type: **Motor Tort**  Filing Date: **06/21/2002**
Case Status: **Closed/Inactive**
Case Disposition: **Stipulation/Settlement**  Disposition Date: **04/07/2003**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Lasek, Shelley**
Address: **524 Beach Drive**
City: **Baltimore**  State: **MD**  Zip Code: **21220**

*Attorney(s) for the Plaintiff/Petitioner*
Name: **Salsbury, Stuart M**
Practice Name: **Salsbury, Clements, Bekman, Marder & Adkins LLC**
Address: **Suite 450**
     **300 West Pratt Street**
City: **Baltimore**  State: **MD**  Zip Code: **21201**
Name: **Buckel, Esp, Jason C**
Practice Name:
Address: **206 Washington Street**
City: **Cumberland**  State: **MD**  Zip Code: **21502**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Name: **Wolf, Lynn Mary**
Address: **43270 Prince Pine Court**
City: **Leonardtown**  State: **MD**  Zip Code: **20650**

*Attorney(s) for the Defendant/Respondent*
Name: **Von Diezelski, Esq, Michael E**
Practice Name: **Adelman, Sheff & Smith, LLC**
Address: **200 A Monroe Street**
     **Suite 310**
City: **Rockville**  State: **MD**  Zip Code: **20850**

Party Type: **Defendant**  Party No.: **2**
Name: **Wolf, Carl**
Address: **43270 Prince Pine Court**
City: **Leonardtown**  State: **MD**  Zip Code: **20650**

*Attorney(s) for the Defendant/Respondent*
Name: **Von Diezelski, Esq, Michael E**
Practice Name: **Adelman, Sheff & Smith, LLC**
Address: **200 A Monroe Street**
     **Suite 310**
City: **Rockville**  State: **MD**  Zip Code: **20850**

## Case Information

**Court System:** Circuit Court for Charles County - Civil System
**Case Number:** 08C02001281
**Title:** Rice, et al vs Southern Maryland Orthopaedic And Sports Medicine Center P C, et al
**Case Type:** Other Tort   **Filing Date:** 08/20/2002
**Case Status:** Closed/Inactive
**Case Disposition:** Other Judgement   **Disposition Date:** 10/27/2003

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*

**Party Type: Plaintiff   Party No.: 1**
**Name: Rice, Stephen**
**Address: 12628 High Sierra Road**
**City: Lusby   State: MD   Zip Code: 20657**
*Attorney(s) for the Plaintiff/Petitioner*
**Name: Rath, Esq, Margaret E**
**Practice Name: Rath & Carmean, Ltd.**
**Address: 3150 West Ward Road**
**Suite 301**
**City: Dunkirk   State: MD   Zip Code: 20754**
**Name: Kahn, Esq, Andrew H**
**Practice Name: Kahn, Smith & Collns, P.A.**
**Address: 201 North Charles Street**
**10th Floor**
**City: Baltimore   State: MD   Zip Code: 21201**

**Party Type: Plaintiff   Party No.: 2**
**Name: Rice, Trudy**
**Address: 12628 High Sierra Road**
**City: Lusby   State: MD   Zip Code: 20657**
*Attorney(s) for the Plaintiff/Petitioner*
**Name: Rath, Esq, Margaret E**
**Practice Name: Rath & Carmean, Ltd.**
**Address: 3150 West Ward Road**
**Suite 301**
**City: Dunkirk   State: MD   Zip Code: 20754**
**Name: Kahn, Esq, Andrew H**
**Practice Name: Kahn, Smith & Collns, P.A.**
**Address: 201 North Charles Street**
**10th Floor**
**City: Baltimore   State: MD   Zip Code: 21201**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*

**Party Type: Defendant   Party No.: 1**
**Business or Organization Name: Southern Maryland Orthopaedic And Sports Medicine Center P C**

Address: **23000 Moakley Street**
City: **Leonardtown**  State: **MD**  Zip Code: **20650**
*Attorney(s) for the Defendant/Respondent*
Name: **Merkle, Esq, Craig B**
Practice Name: **Goodell, DeVries, Leech & Dann, LLP**
Address: **One South Street**
**20th Floor, Suite 2000**
City: **Baltimore**  State: **MD**  Zip Code: **21202-3201**

---

Party Type: **Defendant**  Party No.: **2**
Name: **Wise, Martin W**
Address: **2300 Moakley Street**
City: **Leonardtown**  State: **MD**  Zip Code: **20650**
*Attorney(s) for the Defendant/Respondent*
Name: **Merkle, Esq, Craig B**
Practice Name: **Goodell, DeVries, Leech & Dann, LLP**
Address: **One South Street**
**20th Floor, Suite 2000**
City: **Baltimore**  State: **MD**  Zip Code: **21202-3201**

06/25/2008 14:37 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES          📁046/054
Case 1:06-cv-01995-RMU          Document 32-5          Filed 06/30/2008          Page 39 of 47

Case Information                                                               Page 1 of 2

## Case Information

Court System: **Circuit Court for Anne Arundel County - Civil System**
Case Number: **02C03090859**
Title: **SAMMIE BROWN vs LA FONTAINE BLEU LLC. et al**
Case Type: **Negligence** Filing Date: **07/18/2003**
Case Status: **Closed/Inactive**
Case Disposition: **Decree or Order** Disposition Date: **01/19/2005**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff** Party No.: **1**
Name: **BROWN, SAMMIE**
Address: **P O BOX 2321**
City: **SOUTH VINELAND** State: **NJ** Zip Code: **08362**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Blumenthal, Esq, Paul S**
Practice Name: **Law Office Of Paul S Blumenthal, Pa**
Address: **2448 Holly Avenue**
**West Court Bldg.Suite 301**
City: **Annapolis** State: **MD** Zip Code: **21401**
Name: **Dales, III, Philip A**
Practice Name: **Philip A. Dales III, P.C.**
Address: **190 Duke Of Glouchester**
City: **Annapolis** State: **MD** Zip Code: **21401**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant** Party No.: **1**
Business or
Organization Name: **LA FONTAINE BLEU LLC**
Address: **7514 S RITCHIE HIGHWAY**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
Address: **AUTHORIZED AGENT**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
*Attorney(s) for the Defendant/Respondent*
Name: **Palmer, Esq, Mark D**
Practice Name: **Bacon, Thornton & Palmer L L P**
Address: **Capital Office Park**
**6411 Ivy Lane Ste 706**
City: **Greenbelt** State: **MD** Zip Code: **20770-1411**

Party Type: **Defendant** Party No.: **2**
Business or
Organization Name: **L F B GLEN BURNIE PARTNERSHIP**
Address: **7514 S RITCHIE HIGHWAY**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
Address: **AUTHORIZED AGENT**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**

---

**Attorney(s) for the Defendant/Respondent**
Name: **Palmer, Esq, Mark D**
Practice Name: **Bacon, Thornton & Palmer L L P**
Address: **Capital Office Park**
**6411 Ivy Lane Ste 706**
City: **Greenbelt** State: **MD** Zip Code: **20770-1411**

---

Party Type: **Defendant** Party No.: **3**
Business or
Organization Name: **LA FONTAINE BLEU CATERING**
Address: **7514 S RITCHIE HIGHWAY**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
Address: **AUTHORIZED AGENT**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
**Attorney(s) for the Defendant/Respondent**
Name: **Palmer, Esq, Mark D**
Practice Name: **Bacon, Thornton & Palmer L L P**
Address: **Capital Office Park**
**6411 Ivy Lane Ste 706**
City: **Greenbelt** State: **MD** Zip Code: **20770-1411**

---

Party Type: **Defendant** Party No.: **4**
Name: **STUEHLER, THOMAS E**
Address: **7514 S RITCHIE HIGHWAY**
City: **GLEN BURNIE** State: **MD** Zip Code: **21061**
**Attorney(s) for the Defendant/Respondent**
Name: **Palmer, Esq, Mark D**
Practice Name: **Bacon, Thornton & Palmer L L P**
Address: **Capital Office Park**
**6411 Ivy Lane Ste 706**
City: **Greenbelt** State: **MD** Zip Code: **20770-1411**

---

Party Type: **Defendant** Party No.: **5**
Business or
Organization Name: **LA FONTAINE BLEU**
**Attorney(s) for the Defendant/Respondent**
Name: **Palmer, Esq, Mark D**
Practice Name: **Bacon, Thornton & Palmer L L P**
Address: **Capital Office Park**
**6411 Ivy Lane Ste 706**
City: **Greenbelt** State: **MD** Zip Code: **20770-1411**

---

## Case Information

Court System: **Circuit Court for Charles County - Civil System**
Case Number: **08C04000661**
Title: **Cynthia Bowler vs Keller Transportation Inc**
Case Type: **Other Tort**  Filing Date: **04/01/2004**
Case Status: **Closed/Inactive**
Case Disposition: **Other Judgement**  Disposition Date: **11/04/2005**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Bowler, Cynthia**
Address: **31402 Tidewater Trail**
City: **Center Cross**  State: **VA**  Zip Code: **22437**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Simmons, Esq, Luiz R.S.**
Practice Name:
Address: **8613 Cedar Street**
City: **Silver Spring**  State: **MD**  Zip Code: **20910**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or
Organization Name: **Keller Transportation Inc**
Address: **Box 188 C, Gallant Green Road**
City: **Waldorf**  State: **MD**  Zip Code: **20601**
*Attorney(s) for the Defendant/Respondent*
Name: **McGinley, Robert G**
Practice Name: **Law Offices Of Robert B. McGinley, P.C.**
Address: **4601 Forbes Boulevard**
**Suite 200**
City: **Lanham**  State: **MD**  Zip Code: **20706**

## Court Scheduling Information

Event Type: **Civil Jury Trial**  Notice Date:
Event Date: **05/04/2005**  Event Time: **09:30 AM**
Result: **Postponed/Reset**  Result Date: **03/02/2005**

Event Type: **Civil Jury Trial**  Notice Date: **03/02/2005**
Event Date: **10/24/2005**  Event Time: **09:30 AM**
Result: **Held/Concluded**  Result Date: **11/04/2005**

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **259350V**    Sub Type: **MOTOR TORTS**

Date Filed: **02/25/2005**

Case Status: **CLOSED**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **DUNCKEL, KEVIN L**

Address: **6121 THOMPSON DRIVE**

**CLARKSVILLE MD 21029**

### Attorney(s) for the Plaintiff

Name: **FENSTER, JEFFREY**

Address: **STEIN, SPERLING ET.AL.**

**25 WEST MIDDLE LANE**

**ROCKVILLE MD 20850**

Phone: **301-340-2020**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **LI, SIZU**

Address: **802 QUINCE ORCHARD BLVD 202**

**GAITHERSBURG MD 20878**

### Attorney(s) for the Defendant

Name: **STERENBERG, SOLOMON M**

Address: **HARTEL, KANE, DESANTIS, MACDONALD**

**& HOWIE, LLP**

**6301 IVY LANE #600**

**GREENBELT MD 20770**

Phone: **301-486-1200**

Name: **STATE FARM INSURANCE COMPANY**

Address: **2320 BROADBIRCH DRIVE**

**SILVER SPRING MD 20904**

### Attorney(s) for the Defendant

Name: **JAYATILAKA, SHIREEN**

http://casesearch.courts.state.md.us/inquiry/inquiryDetail.jis?caseId=259350V&loc=68&d...    3/24/2008

Address: **TIMOTHY S. SMITH & ASSOCIATES**

**MARYLAND TRADE CTR II - SUITE 500**

**7474 GREENWAY CENTER DR**

**GREENBELT MD 20770**

Phone: **301-982-8600**

**Issues Information**

Issue: **AUTO NEG - PERSONAL INJURY**

Issue: **BREACH OF CONTRACT**

## Case Information

Court System: **Circuit Court for Anne Arundel County - Civil System**
Case Number: **02C04096220**
Title: **Joseph G Lloyd Vs Thierno A Bah Et Al**
Case Type: **Motor Tort** Filing Date: **03/09/2004**
Case Status: **Closed/Inactive**
Case Disposition: **Stipulation/Settlement** Disposition Date: **09/11/2006**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff** Party No.: **1**
Name: **Lloyd, Joseph G**
Address: **19 Gallatin Street, NW**
City: **Washington** State: **DC** Zip Code: **20011**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Senftle, Esq, Patrick**
Practice Name: **Riselli & Pressler, P.C.**
Address: **Three McPherson Square**
**927 15th St. N.W. 12th Fl**
City: **Washington** State: **DC** Zip Code: **20005**
Name: **Focht, Esq, Matthew J**
Practice Name: **Gleason, Flynn, Emig & Fogleman, Chartered**
Address: **11 N Washington Street**
**Suite 400**
City: **Rockville** State: **MD** Zip Code: **20850**
Name: **Fish, Esq, Brian M**
Practice Name: **Riselli & Pressler, P. C.**
Address: **927 15th Street NW**
**12th Floor**
City: **Washington** State: **DC** Zip Code: **20005**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant** Party No.: **1**
Name: **Bah, Thierno A**
Address: **14126 Castle Boulevard**
City: **Silver Spring** State: **MD** Zip Code: **20904**
*Aliases Defendant/Respondent*
Name: **Pita, Thierno A**
*Attorney(s) for the Defendant/Respondent*
Name: **McGinley, Esq, Robert G**
Practice Name: **Law Offices Of Robert B. McGinley, P.C.**
Address: **4601 Forbes Boulevard**
**Suite 200**
City: **Lanham** State: **MD** Zip Code: **20706**
Name: **Lee, Esq, Daniel S**
Practice Name: **Law Offices Of Robert G. McGinleyh, P.C.**
Address: **4601 Forbes Blvd**

**Suite 200**
City: **Lanham**  State: **MD**  Zip Code: **20706**

Party Type: **Defendant**  Party No.: **2**
Business or
Organization Name: **United Services Automobile Association**
Address: **Maryland Insurance Commissioner**
City: **Baltimore**  State: **MD**  Zip Code: **21202**

*Attorney(s) for the Defendant/Respondent*
Name: **Soper, Esq, Kevin M**
Practice Name: **Moore & Jackson, L L C**
Address: **305 Washington Ave**
**Ste 401**
City: **Towson**  State: **MD**  Zip Code: **21204**

## Case Information

Court System: **Circuit Court for Anne Arundel County - Civil System**
Case Number: **02C06112829**
Title: **Deborah L Llyod, Et Al Vs Stephen D Brown**
Case Type: **Professional Malpractice** Filing Date: **03/17/2006**
Case Status: **Closed/Inactive**
Case Disposition: **Decree or Order** Disposition Date: **11/20/2007**

## Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff** Party No.: **2**
Name: **Lloyd, Richard**
Address: **7483 Furnace Branch Road**
City: **Glen Burnie** State: **MD** Zip Code: **21060**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Shapiro, Esq, Eugene A**
Practice Name: **Shapiro & Schaub**
Address: **120 E. Baltimore Street**
**Suite 2101**
City: **Baltimore** State: **MD** Zip Code: **21202**

Party Type: **Plaintiff** Party No.: **1**
Name: **Llyod, Deborah L**
Address: **7483 Furnace Branch Road**
City: **Glen Burnie** State: MD Zip Code: **21060**
*Attorney(s) for the Plaintiff/Petitioner*
Name: **Shapiro, Esq, Eugene A**
Practice Name: **Shapiro & Schaub**
Address: **120 E. Baltimore Street**
**Suite 2101**
City: **Baltimore** State: **MD** Zip Code: **21202**

## Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant** Party No.: **1**
Name: **Brown, Stephen D**
Address: **1600 Crain Highway South**
City: **Glen Burnie** State: **MD** Zip Code: **21061**
*Attorney(s) for the Defendant/Respondent*
Name: **Callander, Esq, Wade J**
Practice Name: **Wharton, Levin, Ehrmantraut & Klein, P.A.**
Address: **104 West Street**
**P O Box 551**
City: **Annapolis** State: **MD** Zip Code: **21404-0551**
Name: **Roling, Esq, David A**
Practice Name:
Address: **104 West St**
**P O Box 551**

06/25/2008 14:38 FAX 301 681 5806          ORTHOPAEDIC ASSOCIATES                     054/054
Case 1:06-cv-01995-RMU    Document 32-5    Filed 06/30/2008    Page 47 of 47

**Case Information**                                                          **Page 2 of 2**

City: **Annapolis**  State: **MD**  Zip Code: **21404-0551**