IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON

    Plaintiff

Case No: 06-1995 (RMU)

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION, et al.

    Defendants

**CONSENT MOTION TO EXTEND TIME TO IDENTIFY EXPERT**

    COMES NOW Plaintiff, WILLIAM PERSON, by and through his attorney, Anthony Graham, and the law office of Smith, Graham & Crump, LLC and hereby moves this Honorable court pursuant to Federal Rules of Civil Procedure, Rule 6(b) for an enlargement time to identify his experts. The Plaintiff is requesting forty-five (45) additional days and for reasons thereof represents to this Court the following:

    1.    This is a civil action brought for damages and other appropriate relief against the Defendants for personal and professional negligence. On or about May 1, 2008, this court held the Parties' initial scheduling conference and laid out a schedule, most in part that the Parties agreed to.

    2.    The Plaintiff is scheduled to identify his expert by July 18, 2008.

    3.    The Plaintiff in preparation for designation of his expert is prepared to designate Victor D. Lofgreen, Ph.D. as his "Correctional Institution (Jail) Expert" and was prepared to designate Dr. Jeffrey Abend, M.D. as our Orthopedic Surgeon Expert.

4.  On or about July 2, 2008, the Plaintiff received Defendant Greater Southeast Community Hospital Corporation's designation and found Dr. Abend to be the expert they designated.

5.  While the Plaintiff has sent records and documentation to Dr. Abend's office, upon finding out that the Defendant has designated him, asked the secretary or office assistant to retrieve the records and correspondence and return them.

6.  The undersigned personally retrieved the documents from Dr. Abend and does not believe he reviewed them. Plaintiff does not believe a conflict has arisen that would disqualify Dr. Abend from rendering an opinion for the Defendant.

7.  The Plaintiff is locating another expert in the field of orthopedic surgery and believes 30 to 45 days would be sufficient enough time to designate his medical expert.

8.  The Plaintiff is filing his designation of expert with respect to Victor D. Lofgreen, Ph.D. and hopes to have his medical expert designated sooner than 45 days.

9.  This request will not prejudice the Defendants considering the Defendants that have already designated their experts.

10. The undersigned has e-mailed opposing counsel as to their position as to this motion and has only received a response from one.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion for an Enlargement of time (30 - 45 days) to identify his medical expert.

Respectfully Submitted,

/s/ Anthony Graham, Sr.
Anthony Graham, Sr. Bar
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

## CERTIFICATION

I hereby certify that I made an attempt to seek the consent of the opposing parties via e-mail and had not receive a response with the exception of Counsel of Webster Trapp, Jr.

/s/
Anthony Graham, Sr.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Consolidate was electronically and via first class mail, postage prepaid, to each of the following Defendants on this 1st day of February 2008 to:

Catherine A. Hanrahan, Esq.
Camille Shora, Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001

                                                          /s/
                                       Anthony Graham Sr. Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM PERSON

    Plaintiff

                                    Case No:  06-1995 (RMU)

**GREATER SOUTHEAST COMMUNITY**
**HOSPITAL CORPORATION, et al.**

    **Defendants**

**O R D E R**

Upon consideration of the Plaintiff's Motion to Enlarge Time to Designate Plaintiff's Expert and there appearing to be good cause, it is this ____ day of _____, 2008,

    **ORDERED** that the Plaintiff's motion to Enlarge Time to Designate his expert is hereby **GRANTED.**  It is

    **FURTHER ORDERED** that the Plaintiff shall have until the _____ day of _____ 2008, to designate his expert.

                    _____

                                    JUDGE Ricardo M. Urbina

cc:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Catherine A. Hanrahan, Esq.
Camille Shora, Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001