## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WILLIAM PERSON**

      **Plaintiff**

                                              **Case No:  06-1995 (RMU)**

**GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION, et al.**

      **Defendants**

## PARTIAL CONSENT MOTION TO EXTEND TIME TO IDENTIFY
## EXPERT AND TO DESIGNATE EXPERT(S) OUT OF TIME

COMES NOW Plaintiff, WILLIAM PERSON, by and through his attorney, Anthony Graham, and the law office of Smith, Graham & Crump, LLC and hereby moves this Honorable court pursuant to Federal Rules of Civil Procedure, Rule 6(b) for an enlargement time to identify his experts.  The Plaintiff is requesting thirty (30) additional days to identify its medical expert and requesting permission to identify and designate his Correctional Institutional (Jail) Expert out of time, and for reasons thereof represents to this Court the following:

1.      This is a civil action brought for damages and other appropriate relief against the Defendants for personal and professional negligence.

2.      On or about May 1, 2008, this court held the Parties' initial scheduling conference and laid out a schedule, most in part, that the Parties agreed to.

3.      The undersigned inadvertently used the date on the Parties' Joint Rule 16.3 as the time frame for identifying experts.

4.     The undersigned inadvertently thought he was scheduled to identify his expert by July 18, 2008 as indicated on the Parties' Joint Rule 16.3 Report.

5.     The Plaintiff has identified Victor D. Lofgreen, Ph.D. as his "Correctional Institution (Jail) Expert" but did not file such designation because of his error in the date.

6.     The Plaintiff was prepared to designate Dr. Jeffrey Abend, M.D. as his Orthopedic Surgeon Expert.  However, on or about July 2, 2008, the Plaintiff received Defendant Greater Southeast Community Hospital Corporation's designation and found Dr. Abend to be the expert they designated.

7.     While the Plaintiff has sent records and documentation to Dr. Abend's office, upon finding out that the Defendant has designated him, asked Dr. Abend's secretary or office assistant to retrieve the records and correspondence and return them.

8.     The undersigned personally retrieved the documents from Dr. Abend and does not believe that Dr. Abend has reviewed them.  Plaintiff does not believe a conflict has arisen that would disqualify Dr. Abend from rendering an opinion for the Defendant.

9.     The Plaintiff is locating another expert in the field of orthopedic surgery and believes 30 days would be sufficient enough time to designate such medical expert.

10.     The Plaintiff is also requesting permission to file his designation of expert with respect to Victor D. Lofgreen, Ph.D. out of time and plans to have his medical expert designated sooner than 30 days.

11.     This request will not prejudice the Defendants considering the Defendants have already designated their experts.

12.     None of the parties have requested a prior extension making this the first.

13.    The granting of this motion will not effect existing dates since the parties using expert witnesses have designated their experts.

14.    Defendant Greater Southeast Community Hospital Corporation, Defendant Dr. Talaat Maximous and Defendant Webster Trapp, Jr. have consented to this motion and the relief requested in this motion.  Defendant Defabio, Inc. takes no position because it does not affect him and the District of Columbia opposes this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant its motion for an Enlargement of time (30 days) to identify and designate his medical expert and for leave to identify and file his designation of his correctional institutional (Jail) expert out of time.

Respectfully Submitted,


_____/s/ Anthony Graham, Sr.___
Anthony Graham, Sr.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774


**CERTIFICATION**

I hereby certify that I on July 14, 2008, I consulted with opposing counsel and that have expressed their position as stated above in paragraph 14.


_____/s/_____
Anthony Graham, Sr.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion to Consolidate was

electronically and via first class mail, postage prepaid, to each of the following

Defendants on this 1st day of February 2008 to:

Catherine A. Hanrahan, Esq.
Camille Shora,Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001


    /s/
Anthony Graham Sr. Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**WILLIAM PERSON**

      **Plaintiff**

                                        **Case No:  06-1995 (RMU)**

**GREATER SOUTHEAST COMMUNITY**
**HOSPITAL CORPORATION, et al.**

      **Defendants**

### O R D E R

Upon consideration of the Plaintiff's Motion to Enlarge Time to Designate Plaintiff's Expert and there appearing to be good cause, it is this _____ day of _____, 2008,

**ORDERED** that the Plaintiff's motion to Enlarge Time to Designate and to file his designation of expert out of time is hereby **GRANTED.**  It is

**FURTHER ORDERED** that the Plaintiff shall have until the _____ day of _____ 2008, to designate his expert.


                                  _____
                                  JUDGE Ricardo M. Urbina

cc:

Anthony Graham, Sr., Esq.
Michael L. Smith, Esq.
Smith Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774

Catherine A. Hanrahan, Esq.
Camille Shora,Esq.
1341 G Street, N. W.
Suite 500
Washington, D. C. 20005-3300

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W.
6th Floor, South
Washington, D. C. 20001

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street, Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Maryland 20721

Patricia Millerioux, Esq.
Loewinger & Brand, PLLC
417 H Street, N. W.
Washington, D. C. 20001