UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM PERSON,                       : | |
| : | |
| Plaintiff,                    : | |
| : | CA No. 06-1995 |
| v.                                    : | Judge Ricardo M. Urbina |
| : | |
| DISTRICT OF COLUMBIA, *et al.*,       : | |
| : | |
| Defendants.                   : | |

**DEFENDANT DISTRICT OF COLUMBIA'S WITHDRAWAL OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO INDENTIFY EXPERT AND TO DESIGNATE EXPERT(S) OUT OF TIME**

Plaintiff filed his Motion to Extend Time to Identify Expert and to Designate Expert(s) Out of Time on July 14, 2008, and indicated that the Defendant District of Columbia did not consent. The District, however, has changed its position on this matter and now consents to plaintiff's motion.

Dated: July 16, 2008

Respectfully submitted,

PETER NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/TONI MICHELLE JACKSON
_____
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III

2

/s/ STEVEN J. ANDERSON

---

STEVEN J. ANDERSON [334480]
Assistant Attorneys General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
Steve.anderson@dc.gov
(202) 724-6600
(202) 741-5923 (fax)

2