**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **WILLIAM PERSON** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| | : | **Case No: 06-1995 (RMU)** |
| | : | |
| **GREATER SOUTHEAST COMMUNITY** | : | |
| **HOSPITAL CORPORATION, et al.** | : | |
| | : | |
| Defendant | : | |

<u>PLAINTIFF'S PRELIMINARY DESIGNATION OF EXPERT WITNESS</u>

Plaintiff, William Person, by and through counsel, Anthony Graham, Sr., and the

Smith, Graham & Crump, LLC. hereby submits the following Preliminary Expert

Identification., files their Rule 26(b)(2) Statement, and states as follows:

1.     Victor Lofgreen, PhD.
       401 N. Michigan Ave.
       Suite 1200-15
       Chicago, Illinios 60611

Dr. Lofgreen is a prison and security expert who received his Ph.D from the

University of Nebraska.  A copy of his curriculum vitae (cv) is attached detailing his

education, professional background and experience, training and expertise (attachment

1).

Dr. Lofgreen has reviewed the amended complaint, medical logs and other

documentation provided by the District of Columbia.  Dr. Lofgreen is expected to testify

that the District of Columbia failed to provide proper follow-up medical care and to

allow Mr. Person to receive medical treatment needed and requested.  Dr. Lofgreen is

expected to opine that the District of Columbia's actions and/or in-actions were

deliberate indifferences to the needs and medical care of Mr. Person.  Dr. Lofgreen

anticipated testimony is further detailed in his report attached hereto.  This statement is not a comprehensive summary of Dr. Lofgreen's opinions.

1.    Dr. William P. Thorpe
354 Bamberg Drive
Bluffton, South Carolina 29910

Dr. Thorpe is a board certified Orthopedic Surgeon who is expected to render opinions on the issues of standard of care, causation and damages. A copy of his curriculum vitae (CV) is attached detailing his education, professional background and experience, training and expertise is attached hereto as attachment 2.

Dr. Thorpe will base his opinion on his education, training, experience and review of pertinent medical records as well as deposition testimony and other discovery responses.  Dr. Thorpe will testify that the District of Columbia, through its actual and/or ostensible agents breached the standard of care by failing to properly address and/or manage the postoperative care of Mr. Person.   Dr. Thorpe will further opine that the District of Columbia's breach of the medical standard was the approximate cause of Mr. Person's leg amputation.

Dr. Thorpe at this time can not conclusively render an opinion with regard to Dr. Maximous and Greater Southeast Community Hospital Corporation because of the lack of medical records and related documents.[1]  Dr. Thorpe is expected to render an opinion as to the breach of medical standards with regard to Dr. Maximous and Greater Southeast Community Hospital and/or request from the Court a missing or spoliation of evidence instruction.

This statement is not a comprehensive summary of Dr. Thorpe's opinions.

---

[1] The medical records from Greater Southeast Community Hospital for the period of October 17, 2003 through October 25, 2003 are missing.  Plaintiff made several requests for the records since 2003.  Plaintiff has not received the medical records as of yet.

Respectfully submitted,

_____/s/_____
Anthony Graham, Sr.
Smith, Graham & Crump, LLC
9200 Basil Court
Suite 301
Largo, Maryland 20774
(301) 925-2001
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, Plaintiff's 26(b)(2) Statement was

mailed, postage prepaid, on this 15th day of August 2008, to:

Catherine A. Hanrahan
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
1341 G Street, NW
Suite 500
Washington, DC 20005

H. Kenneth Armstrong
ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED
204 Monroe Street
Suite 101
Rockville, MD 20850-4425

Susan B. Boyce
ARMSTRONG, DONOHUE, CEPPOS & VAUGHAN, CHARTERED
204 Monroe Street
Suite 101
Rockville, MD 20850

Perry L. Foreman, Jr.
Law Offices of Perry L. Foreman, Jr.
PO Box 44819
Fort Washington, MD 20744

_____/s/_____
Anthony Graham, Sr.

07/14/2008

Preliminary Report:

William Person v. Greater Southeast Comm. Hosp. Corp., et al

Prepared for:
Mr. Tony Graham, Sr.
Smith Graham & Crump, LLC
9200 Basil Court, Suite 301
Largo, MD 20774

Mr. William Person was booked into the District of Columbia Jail on 10/25/2006 after having suffered a broken right leg on 10/17/2006. Following the circumstances that led the the broken right leg, Mr. Person was treated at the Greater Southeast Community Hospital with an open reduction of the the fracture, and orthopedic hardware. The leg was placed in a cast. When he was processed into the District of Columbia Jail, medical intake processing was accomplished by Jewel Kendall, RN. During the intake physical exam Nurse Kendall noted the fractured right leg and provided the following care plan.

"Plan: Lower bed
non-weight bearing
see med orders
ortho ref
repeat ua
rechecked for 88 hr
sick call prn

Diet Regular
Disposition: Open Pop"

The record was signed by Nurse Kendall 10/25/03 4:01 AM.
The record was signed by Paulos Kidane, MD 10/25/03 4:26 AM.

This record indicated that Mr. Person was placed in the general population housing area, on a lower bed. He was to be allowed to participate in activities that would allow him to not place any weight on the right leg, to be medicated in accordance with the

1

medication order. She made a referral to the orthopedic services and noted that the "ua" should be repeated. She scheduled him to be rechecked in 88 hrs or approximately 3.67 days later and indicated the he could attend sick call as needed.

On 10/27/03 Mr. Person was given an x-ray of the right leg. The radiographic report indicated that...

> "(R) Leg'...Healing comminuted FXs involving the di...ibia,
> and fibula treated with ORIF. Orthopedic hardware still in
> place."

On 10/31/03 Mr. Person was scheduled to be seen at sick call but he was required to go to court that day and therefore he was not able to go to sick call. Kathy-Ann Ross RN changed the appointment status to NO Show. It should be noted that the patient was an inmate in a correctional facility and therefore had no control over his personal schedule or location. The characterization of this event as an appointment No Show, implies that the subject did not go to sick call intentionally. The reality is that inmates are subject to the authority of the Courts and the officials who operate the institution.

On 10/31/2003 Mr. Person was seen by Mohammed M Abdulwahab, M.D, and cleared for placement in a halfway house. There is no information in the record to assess Mr. Person's healing progress. It should be noted that since the purpose of the visit with Dr. Abdulwahab was to determine if he was fit for transfer to a halfway house there is a strong injunction against reporting any negative medical circumstances that might be used as a justification to keep an inmate in the facility. No complaints are noted and no examination is recorded.

On 11/02/2003 Mr. Person went to the Urgent Care RN and complained that he was experiencing pain. The record reports,

..."Comments: C/O pain in right leg where he has the cast." There is

2

no indication that the leg was examined or that any treatment of medication was given at that time. Robin Pirtle, RN at 10:44 AM on 11/02/03, signed this report.

Dr. Patricia S. Bey saw Mr. Person, on 11/02/2003 at 11:63 AM who reported

> ..."PT c/o sever pain in his R ankle. His pain meds have expired. Pt says that he broke his leg two weeks ago and had it repaired with screws and plates. He missed his f/u appointment at the hospital (GSECH) three days ago b/c he was in court."

This record shows no report of the condition of the leg, or any move to treat or medicate the patient. His "severe pain" and the fact that his meds had expired was simply noted with no action reported.

On 11/06/03 Mr. Person was again reported as a No Show for an appointment with Dr. L Manning. It should be noted that again, Mr. Person's court date preempted his medical exam.

The record by Dr. Robert J. Boakal M.D., on 11/13/03, indicates that Mr. Person has undergone an amputation of the right leg below the knee. Dr. Boakal indicates

> ..." CTF AMPUTEE IN NEED OF PAIN MED FOR bke sEE ORDER FOR EXTRASTRENGHT TYLENOL 2PO Q4-6 HRS PRN FOR PAIN X 5 DAYS". Sic

The nurses note by Nurse Alexander Ebiringa -LPN for that day indicates

> ... "Inmate brought to medical 82 this shift for what is considered 'security mandated housing'. Alert and oriented. C/o pain in the rt bka. Said he was coming back from the hospital following his surgery. No acute distress noted. Order for extra strength tylenol obtained and was medicated with same. V/s 78.5, 77,20.126/80. Rt bkn wrapped with gauze bandage. Will be seen in the morning by the house md.

It is apparent that Mr. Person entered the District of Columbia Jail with a serious medical condition, following the surgery to his broken right leg. The documents reviewed by the writer also indicate that the medical staff noted the condition and created a care

3

plan that was designed to lead to a full recovery from the injury.

Subsequent failures on the part of the medical staff at the District of Columbia Jail to provide proper follow-up medical care and to allow Mr. Person to receive the orthopedic examination that was required, led to the conditions where Mr. Person's leg became so seriously infect with gangrene that it had to be surgically removed. Had Mr. Person received the proper examinations, mediation and care that are required by Correctional Institutions, the likelihood that he would have lost his leg to gangrene is very small.

Respectfully Submitted,

Victor Lofgreen, Ph. D.
Correctional Consultant

401 N Michigan Ave.
Suite 1200-15
Chicago, IL 60611

4

Documents reviewed for this report.

1. Letter from Attorney Tony Graham Sr., dated June 30, 2008
2. Amended Complaint , William Person v. Greater Southeast Community Hospital et al.
   Civil Action No. 06-1995 (RMU). US District Court for the District of Columbia
3. Medical Chart Documents from 10/25/2003 to 11/14/2003
4. DOC Health Services Transportation Report 11/03/03
5. Patient Referral DC Health Care Alliance 11/02/03
6. Patient Progress Notes – Physician Greater Southeast Community Hospital Corporation
   11/13/03
7. Physicians Order form, Greater Southeast Community Hospital 11/13/03
8. Patient Discharge Instructions, Greater Southeast Community Hospital 1/13/03

Victor D. Lofgreen, Ph, D.

401 N. Michigan Ave.                        Telephone 773-793-5872
Suite 1200-15                               Fax 312-803-9656
Chicago, Il 60611
URL: http://www.criminaljusticedataservices.com
Email: vlofgreen@criminaljusticedataservices.com or victor.lofgreen@waldenu.edu

Analytical, innovative social scientist with experience in research methods, teaching and public policy applications of research findings in corrections and criminal justice.

## PROFESSIONAL ACHIEVEMENTS

Teaching, Research, and Grants

- Teaching and supervising research methods and statistical analysis to graduate students in the areas of Human Services and Criminal Justice.

- Develop grant funds to operate research and action programs implementing innovative community practices in corrections, criminal and juvenile justice, and education.

- Present workshops and training seminars for practitioners in research, criminal justice

Administration:

- Division Chief of a State Planning Agency with a budget of over $2 million dollars for planning, research, and program evaluation.

- Associate Director of the Social Science Research Computing Center supporting research in social science disciplines, public policy and large-scale national survey research projects.

- Graduate Degree Program Coordinator for the Masters Degree in Law Enforcement and Justice Administration

## EDUCATION

- Ph.D. Human and Community Resources, Interdisciplinary studies in Education and Sociology, University of Nebraska, Lincoln, Nebraska

- M. A. Adult and Continuing Education University of Nebraska, Lincoln, Nebraska

- B.G.S., Major: English. Minor: Political Science and Speech University of Nebraska Omaha, Omaha, Nebraska

## PROFESSIONAL EXPERIENCE

Walden University, Minneapolis, MN                          2004 – Present
Laureate Professor
School of Counseling Health and Human Services,

Criminal Justice Data Services, Inc.  Chicago, IL           2003 - Present
Consultant: Prison Expert Witness / Sentencing Mitigation

University of Chicago, Chicago, IL                          1999 - 2003
Associate Director, Social Science Research Computing

Victor Lofgreen & Associates, Nacogdoches, TX              1995 - 1999
Security Consultant

Western Illinois University, Macomb, IL                     1991 - 1995
Associate Professor, Law Enforcement Administration    1993 - 1995
Assistant Professor, Law Enforcement Administration    1991 - 1993

Stephen F Austin State University, Nacogdoches, TX         1989 - 1991
Assistant Professor, Criminal Justice

Nebraska Department of Correctional Services, York NE      1987 - 1989
Superintendent, Nebraska Center for Women

University of Nebraska Kearney, Kearney, NE                 1975 - 1986
Assistant Professor Criminal Justice                   1978 - 1989
Instructor, Criminal Justice                           1975 - 1978

Nebraska Crime Commission, Lincoln, NE                     1973 - 1975
Chief, Corrections Division

Nebraska Dept. of Correctional Services                    1970 - 1973
Assistant Director Post Care Programs                  1971 - 1973
Parole Counselor and Program Coordinator               1970 - 1971

2

Victor Lofgreen Ph. D.

## ADVISORY BOARDS

National Opinion Research Center Institutional Review Board, currently serving as the Prison Expert to the Institutional Review Board for the protection of human subjects in research, 2001 to present.

Governors' Juvenile Justice Advisory Committee, Reviewed and awarded sub-grants to local agencies for projects in accordance with the Juvenile Justice Delinquency and Prevention Act block grant to Nebraska from 1986 -1988.

## PROFESSIONAL ASSOCIATIONS

- American Academy of Criminal Justice Sciences
- American Society of Criminology
- American Corrections Association
- American Jail Association
- Midwest Association of Criminal Justice Educators
- National Legal Aid and Defenders Association
- Phi Delta Kappa

## MILITARY EXPERIENCE

- Commander; 29th USA Missile Detachment, Codogné, Italy
- Commander, 301st USAR, Military Police Escort Guard Company
- Commander Enclosure 1, 403 MP PW Camp, USAR, Ft. Omaha, Omaha, NE
- Rank: Captain
- Discharge: Honorable Discharge,

## PROFESSIONAL PAPERS

Lofgreen, V., 2006, "The Research Problem, Purpose of the Study, and Research Question," The Scholar Practitioner, Research Corner, Walden University, Minneapolis, MN

Lofgreen, V., 2005, "Quick Guide to Selecting Strategies and Methods for Data Analysis," The Scholar Practitioner, Research Corner, Walden University, Minneapolis, MN

Lofgreen, V., 2005, "Alternative Data Collection and Analysis in Mixed Method Research," The Scholar Practitioner, Research Corner, Walden University, Minneapolis, MN

Lofgreen, V., 2005, " Sentencing Mitigation – An Emerging Specialty in Criminal Justice Education", Victor Lofgreen, present to the Midwest Criminal Justice Association, Chicago, IL

Palmiotto, M. and Lofgreen, V. 2003, "The Crime Fighting Model: Political Rhetoric or Valuable Police Strategy?, presented at the Academy of Criminal Justice Science, Boston, MA,

Lofgreen, V. and Palmiotto, M. 2002, The Value of Agent-based Modeling in
    Developing Models of Police Behavior", presented at the Academy of Criminal
    Justice Science, Anaheim, CA

Lofgreen, V. 2000, "Agent Simulation, A Technology of Law Enforcement Planning",
    presented to the International Police Executive Symposium, Enring, Germany,

Lofgreen, V., 1998, "A Manager's Guide to Computer Criminals, Information
    Technology Security," SBC Warburg, Dillon, Read, 141 W Jackson Blvd.,
    Chicago, IL,

Lofgreen. V. 1994 "A Model of the Dynamic Power Relationship Between Staff and
    Inmates in a Secure Correctional Facility", in: Peak, Kenneth J., Justice
    Administration: Managing Police, Courts, and Corrections Organizations,
    Prentice Hall, Englewood Cliffs, N.J.

Lofgreen. V and Das, D. 1994,"Finnish Correctional Officer's Perspectives: A
    Comparative View," presented at the Academy of Criminal Justice Science,
    Chicago, IL

Lofgreen, V. and Reinertsen, R., 1994, "Motor Vehicle Theft Prevention Strategies", ,
    presented at the Academy of Criminal Justice Science, Chicago, IL

Lofgreen, V, and McCarty, J., 1993 "Mexican Jails: What Makes Them Unique?",
    American Jails, Vol. VII, No. 1, Mar/Apr 1993

Seeger, E. and Lofgreen, V. "The Effect of Educational Level on Police Officer
    performance - A Case Study, presented at the Midwestern Criminal Justice
    Association, Chicago, IL, October, 1992

Lofgreen, V., 1992, "Female Prison Population Related to Arrests Rates for Property,
    Violent and Drug Crimes, 1979 -1989" Presented to the Academy of Criminal
    Justice Sciences, Pittsburgh, PA

Lofgreen, V., and Shigley, R., 1991, "Low Cost, Effective, and Efficient: A Low
    Security Facility in East Texas", American Jails, Vol. IV, No. 5, Jan/Feb 1991

Lofgreen, V., 1991, "Telephone Management," Key Issues, Texas Jail Association,
    Nacogdoches, TX, Vol. 2, No 2, 1991

Lofgreen, V., 1991, "A Model of the Dynamic Power Relationship Between Staff and
    Inmates in a Secure Correctional Facility", Presented to the Western Social
    Science Association, Criminal Justice Section, Reno, NV

Lofgreen,. V. And Shigley, R., 1990, "A Comparison of Jail Planning Techniques",
    Presented to the Academy of Criminal Justice Sciences, Denver CO

Lofgreen. V., 1989, "Automated Law Enforcement and Jail Management System",
    (ALEJIS), software and instruction manual, Nebraska Commission on Law
    Enforcement and Criminal Justice, Lincoln, NE

Sallach, D., Loch, K., Lofgreen, V., Weeks J., 1985, "Expert Systems Through a
    Universal Knowledge Frame", Monograph, Department of Defense Technical
    Information Center, Washington, D.C., 1985

Lofgreen, V. 1984, "The Politics of Jail Reform", a paper presented to the National
    Academy of Criminal Justice Sciences, Chicago, IL,

Lofgreen, V. 1983, "A Differential Theory Approach to the Education of Adult
    Offenders", presented to the Academy of Criminal Justice Sciences, San Antonio,
    TX

4

Victor Lofgreen Ph. D.

RESEACH AND EXPERT OPINIONS FOR CIVIL LITIGATION

- Title: Estate of William Wallace v Jackson County Sheriff
  Complaint: Wrongful Death of William Wallace
  Client: Stacy K. Harris, Attorney for defendant Jackson County Sheriff
  Rudolph Fine Porter and Johnson
  211 N.W. 5th Street
  Evansville, IN 47706-1507                         October 2007

- Title: Maureen Rattray vs. Woodbury county, IA
  US District Court Northeastern District of Iowa Case No 07-4014 MWB
  Complaint: Violation of Civil Rights Under the US Constitution, Eighth
  Amendment, Freedom from Unreasonable Search and Seizure
  Client: Jena Pendelton, Katie Ervin Carlson, Attorneys
  Pendelton Law Firm, P.C.
  1501 42d Street, Suite 445
  West Des Moines, IA 50266                         June 2007
  Deposition

- Title:  Jeffery D. Hines, Paul Nuelle, and Spike Gonzales Plaintiffs vs. James S
  Breland, Larry Morman et al
  US District Court, Eastern District of Louisiana, Civil Action No 06-0562
  Complaint: Failure to meet the standards of care in inmate medical treatment and
  protection from violence from other inmates
  Client: Tracey T. Powell, ESQ
  Powell and Associates, LLC
  1925 Corporate Square Boulevard, Suite E
  Slidell, LA, 70458                                June 2007

- Title: In RE the Commitment of Vincent Lipscomb
  IL Sixth Judicial District Court, Champaign County, IL
  Complaint: Civil Commitment of Sex Offender
  Client: Diana Lenik Esq.
  202 W. Green
  Urbana, IL 61801                                  March 2007

- Title Jack Legleu et al vs. Ascension Parish Sheriff's office, et al
  Suite #75, 789 Division "E" 23d JDC Parish f Ascension No 05-013
  Complaint: Sheriff's Office responsible for the suicide death of son Dillon M.
  White the Ascension Parish jail
  Client: Joshua Palmentier, Esq.
  DeGravelles, Palmintier, Holthaus & Frugé L.L.P.
  618 main Street
  Baton Rouge, LA 70801-1910                        March 2007

5

Victor Lofgreen Ph. D.

- Title: Freedom From Religion Foundation Inc., et al v Gov. Bill Richardson,
  Secretary Joe R. Williams, Homer Gonzales, Bill Snodgrass in their official
  capacities and Corrections Corporation of America, Inc. Jurisdiction: U.S Distrcit
  Court, District of New Mexico CIV No. CIV-0501168
  Complaint: Civil Rights Complaint …42 U.S.C. § 1983
  That "the use of New Mexico taxpayer funds , to promote faith-based programing
  by the New Mexico Corections Department violates the Establishment Clause to
  the First Amendment to the United States Constitution…"
  Client: Ms.  Gail Gottlieb, Sutin, Thayer & Brown P.C. Two Park Square, 6565
  Americas Parkway, N.E., Albuguerque, NM 87110 (505) 883-2500, Attorney for
  Corrections Corporation of America
  Role: Consultant and Expert Witness                              July 2006
  Deposition

- Title: Estate of Victoria Hellman/Kenton County Detention Facility
  Jurisdiction: District Court of Kentucky for Kenton County
  Complaint: Improper Supervison that led to the death of the plantiff
  Client: Charles Schaffer, 107 Park Place, Covington, KY 41011 attorney for the
  plaintiff
  Role: Consultant and Expert Witness                              June 2006
  Deposition

- Title: Estate of Robert Richard Long v St. Joseph Couty Sheriffs Department
  Jurisdiction: State of Michiagan Circuit Court for the County of St. Joseph
  Complaint: Improper Supervison that led the the sucssful suicide of the plantiff.
  Client: William Benefiel, Benefile and Farrer, 710 Howard St, Kalamazoo, MI
  49008-1806, (269)388-4353, attorney for the plaintiff.
  Role: Consultant and Expert Witness                              May 2006

- Title: Estate of Danny Lee Teeters, II v Bethany Christian Services,et al,
  Jurisdiction: State of Michiagan Circuit Court for the County of Kent Case
  Number 05-06284-NO
  Complaint: Improper Supervison that led the the sucssful suicide of the plantiff.
  Client: William Benefiel, Benefile and Farrer, 710 Howard St, Kalamazoo, MI
  49008-1806, (269)388-4353, attorney for the plaintiff.
  Role: Consultant and Expert Witness                              May 2006

- Title: Delmy E. Rubio v. Winnebago County et al
  Jurisdiction:US District Court Northern District of Western Illinois
  Complaint:  Winnebago County Correctional staff were delibertly indifferent to
  the safety and security of the insitution which led to the sexual assault by a staff
  member of the plaintiff.
  Client:Edward J Santiago, Jauregui & Assc. P.C., Law Offices 120 West
  Madison, Suite 400, Chicago, IL 60602
  Role:Consultant and Expert Witness                              February 2006

6

Victor Lofgreen Ph. D.

- Title: Daniel Luethke v. State of Nebraska
  Jurisdiction: State of Nebraska District Court Lancaster County
  Complaint: The negligence of employees of the State of Nebraska led to the
  wrongful death of the plaintiff.
  Client: Michael Nelsen, Law Offices of Hillman, Forman, Nelsen, Childers &
  McCormack, 7171 Mercy Rd., Suite 650, Omaha, NE 68106-2669, (402) 397-
  8051
  Role:  Consultant, Expert Witness                          June 2005
  Trial Testimony

- Title: John David Donnelly, v Robert St. Louis, Case # 04 5785 NO
  Jurisdiction: State of Michigan in the Circuit Court for the County of Mackinac
  Complaint: Gross negligence that lead to the disabling injury of the plaintiff.
  Client: Gary C. Berger, Law Office of Martin M. Miller, P.L.L.C., 333 West Fort
  Street, Suite 1400, Detroit, MI 48226 (313) 963-8700
  Role:  Consultant, Expert Witness                          April 2005

- Title: Estate of Jeffery Ray Belden v Brown County Jail
  Jurisdiction: Kansas District Court for Brown County Case No. 04-2368-JWL-
  DJW
  Complaint: Improper Supervison that led the the sucessful suicide of the plantiff.
  Client: Robert R. Laing, Jr., 12 Corporate Woods 10975 Benson, Suite 570
  Overland Park, Kansas 66210, attorney for the plaintiff.
  Role: Consultant and Expert Witness                        February 2005
  Deposition

- Title: Estate of William Harrison Vaughn, Jr v. Shawnee County Department of
  Corrections
  Jurisdiction: Kansas District Court for Shawnee County
  Complaint: Improper Supervison that led the the sucessful suicide of the plantiff
  Client: Robert R. Laing, Jr. 12 Corporate Woods 10975 Benson, Suite 570
  Overland Park, Kansas 66210 attorney for the plaintiff
  Deposition

- Title: A. M. and J. M and B.M. Plaintiffs   v. Family Resources, Inc. and John
  Bolsinger #99800
  Jurisdiction: Iowa District Court for Scott County
  Complaint: Administrative failures that led to sexual assault of clients in the
  Summit Boot Camp Program
  Client: Davin Curtiss, O'Connor and Thomas, P.C., 700 Locust Street, Suite 200,
  Dubuque, IA, 52001, (563) 557-8400, Attorney for the plaintiffs.
  Role: Consultant and Expert Witness                        Aug 2004

Victor Lofgreen Ph. D.

RESEARCH AND REPORTS FOR CRIMINAL SENTENCE MITIGATION

- Title: People of Illinois v Clarence Trotter
  Jurisdiction: Illinois Disctirct Court for Cook County
  Charge: Capital Murder
  Client: Joseph Kenelly, Cook County Public Defenders Office, 8th floor, 2650. S.
  California Street, Chicago, IL 60608
  Role: Consultant and Mitigation Research               September 2007

- Title: People of Illinois v Rufus Foreman
  Jurisdiction: Illinois District Court for Cook County
  Charge: Capital Murder
  Client: Gregg Smith, Attorney, 5225 Old Orchard Rd, Suite 50, Skokie, IL 60077
  Role: Consultant and Mitigation Research               March 2006

- Title: U.S v Anthony Gilmer
  Jurisdiction: US Federal Court for the District of Northern Illinois
  Charge: Conspiracy to Possess with the Intent to Distribute Heroin
  Client: John T. Moran, John T. Moran & Assoc. Law Firm, 309 W Washington,
  Street, Suite 900, Chicago, IL 60606-3209
  Role: Consultant and Mitigation Research               April 2006

- Title: People of Illinois v Dion Banks
  Jurisdiction: Illinois District Court for Cook County
  Charge: Capital Murder
  Client: Gary Cobb, and Moses Collins, Cook County Public Defenders Office
  Role: Consultant and Mitigation Research RE: Prison Disciplinry History
                                                        June 2005

- Title: People of the State of Illinois v Michael Hughes,  #04CR8200
  Jurisdiction: Illinois District Court for Cook county
  Charge: Capital Murder
  Client: Kathy Lisco, Cook County Public Defender, 8th floor, 2650. S. California
  Street, Chicago, IL 60608
  Role: Consultant for mitigation research               September 2004

References Furnished upon request.

8

**Consulting Fee Schedule**

Retainer, $1,000.00 to be allocated over the work time based on the fee schedule below.

$175.00 per hour for case review, research and report writing.

$225.00 per hour for deposition and court testimony.

$82.50 per hour for travel and wait time.

Travel Expenses are charged as follows:

Air Travel: Actual cost for coach airfare and ground transportation.

POV Travel:  $.50 per mile plus drive time

Lodging:  Actual Room charge

Meals:  $75.00 per day for overnight travel

Clerical and Research Expenses:

Actual cost for research services and data searches, typing, copying, printing, mailing.

The client firm will approve any research services costing more than $100.00 before the service request is initiated.

Victor Lofgreen, PhD

401 N. Michigan Ave.,
Suite 1200-15
Chicago, IL 60611
Phone 773.793.5872
Fax 312.803.9656

Tony Graham
Smith, Graham & Crump, LLC
Fax 301 925 2540
Largo, Md.

8/13/08

Dear Mr. Graham

     I am a medical doctor, board certified in orthopedic surgery. My CV has been forwarded to you. I have reviewed medical records from the D. C. Department of Corrections, Greater Southeast Hospital and Dr. Talmaat Maximous as they pertain to Mr. William Person. According to their records Mr. Person underwent open reduction and internal fixation of a comminuted open fracture of the right distal tibia and fibula sustained a fall at his apartment on October 17, 2003 by Dr. Maximous. Because of lack of detailed records pertaining to that surgery I can only state the patient had no unfounded event reported in the operative record, or x-rays and he was discharged "doing well." On October 24, 2003 he was discharged from GSCH to the D. C. Department of Corrections.

     On admission to the D. C. DOC his initial examination showed no abnormalities of the neurovascular, musculoskeltal system and cast appeared to the right leg to the level of the knee. On October 27, an x-ray indicated satisfactory diagnosis of the fracture remained in good alienment. October 25, the patient complained of pain in the right ankle; evaluation by medical personnel review normal neurovascular exam.

     A post operative and post discharge visit resulted in a "no show" apparently because the patient was in court.

     On November 2, 2003 the patient was emergently transferred from the D.C. DOC to the GSCH with a diagnosis of leg ischemia. Arteriogram showed blockage of the popliteal artery and vein. Physical examination after removing the cast revealed Ulceration of the skin ischemia and ulceration. Vascular surgery failed to successfully open the blockage and a right below knee amputation was performed November 5, 2003.

     Based upon the incomplete medical records provided, I cannot find fault with the actions and performance of Dr. Maximous and personnel at Greater Southeast Community Hospital. In Contrast, the personnel at the D. C. Correction facility did not act according to the standard of care in the evaluations of Mr. Person complaints to the RLE pain on October 25, 2003, recognizing the potential for ischemia after surgery October 17, 2003. By not doing so, the delay in care, in my opinion was directly causative to the subsequent puplited blockage and the need for amputation.

This report is not a comprehensive summary of my opinion. If more information becomes available I reserve the right to change or express additional opinions.

I have been paid $3,000.00 for the initial review. My fee for reviewing further medical records or to testify at depositions is $500.00/hour.

Sincerely,

W. P. Thorpe, M.D.

William Pearson

Tony Graham
Smith, Graham & Crump LLC
FAX 301 925 2540
Largo MD

8-13-2008

Dear Mr Graham
    I am a medical doctor, board certified in orthopaedic surgery. My CV has been forwarded to you. I have reviewed medical records from the DC Department of corrections, Greater Southeast Hospital and Dr Talmaat Maximos as they pertain to Mr William Pearson. According to these records Mr Pearson underwent open reduction and internal fixation of a communuted open fracture of the right distal tibia & fibula sustained in a fall at his apartment on October 7, 2003, by Dr Maximos. Because of lack of detailed records pertaining to that surgery I can only state the patient had no untoward event reported in the operative record, n there are no discharged "doing well". On October 24, 2003 he was discharged to GSCH to the DC Department of correction.
    On admission to the DC DOC his initial examination showed no abnormalities of the neurovascular musculoskeletal system and last appear to the right leg to the level of his knee. On Oct 27 an x Ray indicated satisfactory diagnosing n the function, statuspost open reduction + internal fixation of the fracture. On 10/25 the pt complained of pain in the (R) ankle, evaluation by medical personnel revealed normal neurovascular exams.
    A post operative and post discharge follow up visit c Dr. Maximos resulted in a "no show" apparently because the patient was in Court. On November 2, 2003 the patient was emergently transferred from the DC DOC to the GSCH with a diagnosis of leg ischaemia. An angiogram showed blockage of the popliteal artery + vein, physical examination after removing the cast revealed gross skin ischaemia and ulceration. Vascular surgery failed to successfully open the blockage and a right below knee amputation was performed November 5, 2003

-2-

Based upon the incomplete medical record, provide I cannot find fault with the actions and performance of Dr. Maximora and personnel at Greater Southeast Community Hospital. In contrast, it appears the personnel at the ~~Greater Southeast~~ DC Corrective Facility, should of acted more aggressively in evaluating Mr. Rosser's Complaint of RLE pain 10/25/2003, recognizing the potential for ischemia after surgery 10/17/2003. By not doing so, the delay in care, in my opinion, is directly conductive to the subsequent popliteal blockage and thus need for amputation.

This report is not a comprehensive summary my opinions. As more information becomes available I reserve the right to change or express additional opinions.

I have been paid $3000. for this initial review. My fee for reviewing further medical record or to testify at deposition is $500./hour.

Sincerely,
WP Hooper MD

**William P. Thorpe, M.D.,**
**354 Bamberg Drive**
**Bluffton, SC  29910**
**Phone: 843-706-2729**
**Fax: 843-757-8157**
**Cell:  843-263-2356**

## CURRICULUM VITAE

**NAME:** William Parr Thorpe, M.D.

**DATE AND PLACE OF BIRTH:** September 14, 1947; Rochester, N.Y.

**ADDRESS:**  Home – *See Above*

Office –

**MARITAL STATUS:** Married, Wife-Judy;  2 children — Jane, Bill

**SOCIAL SECURITY NUMBER:**  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

**LICENSE NUMBERS:**    Missouri - R4C02
Illinois - 036-065926
South Carolina - 016497
North Carolina - 94-01502    ID# 56932

**EDUCATION AND EMPLOYMENT:**

| | | | |
|---|---|---|---|
| 1969 - | A.B. | - | Princeton University, Magna Cum Laude, Phi Beta Kappa |
| 1973 - | M.D. | - | Harvard University Medical School, ALPHA OMEGA ALPHA |
| 1973 - | 1975 | - | Surgical Resident, Massachusetts General Hospital; Boston, Massachusetts |
| 1975 - | 1978 | - | Clinical and Research Associate, National Cancer Institute; Bethesda, Maryland;  Research Activities: 1) Immune Response to Osteogenic Sarcoma 2) Rehabilitation of Amputee Patients |
| 1978 - | 1981 | - | Resident in Orthopaedics |

|          |          |   | Department of Orthopaedics, University Rochester School of Medicine and Dentistry; Rochester, New York |
|----------|----------|---|---|
| 1981 -   |          | - | Sports Medicine Experience with Dr. Kenneth DeHaven |
| 1981 -   | 1982     | - | Private Practice, Orthopaedic Surgery Topeka, Kansas |
| 1982 -   | 2006     |   | Private Practice, Orthopaedic Surgery Cape Girardeau, Missouri |
| 1983     |          | - | Board Certification - American Board of Orthopaedic Surgery |

## MEMBERSHIPS:

| 1979 | - | Orthopaedic Research Society |
|------|---|---|
| 1984 | - | American Academy of Orthopaedic Surgery (AAOS) |
| 1985 | - | American College of Surgeons (FASC) |
| 1985 | - | American Orthopaedic Society for Sports Medicine (AAOSSM) |
| 1986 | - | Arthroscopy Association of North America (AANA) |
| 1992 | - | St. Louis Arthroscopy Association |
| 1993 | - | Orthopedic Laser Society of North America |
| 1993 | - | National Athletic Trainers' Association (NATA) |
| 1993 | - | International Arthroscopy Association |
| 1995 | - | American Society for Laser Medicine and Surgery, Inc. |

## ACADEMIC TITLES HELD

1) Adjunct Professor of Health & Human Services at Southeast Missouri University in Cape Girardeau, Missouri
2) Medical Director, Physical Rehab Works, Inc.

## PRIMARY CLINICAL INTERESTS:

1) Athletic Medicine
2) Arthroscopic Surgery
3) Joint Replacement Surgery for Arthritic Joints
4) Laser Application in Orthopedic Surgery

## PROFESSIONAL ORGANIZATIONS AND SOCIETIES:

Cape County Area Medical Society
Missouri State Medical Association
Missouri Orthopaedic Association
St. Louis Orthopaedic Society

Faculty Speaker, 6th International Musculoskeletal Laser Society (IMLAS), "Laser Assisted Capsular Shift Seven Year Experience", April 1999, Sydney, Australia

Faculty Speaker, 7th International Musculoskeletal Laser Society (IMLAS), "Blinded Prospective Trial of LACS vs. THACS", May 199, Vienna, Austria

MACHA 2000, Charleston, Illinois, "Evaluation of Shoulder and Surgery Treatment of Instability".

MACHA 2000, November 1-3, 2000 meeting, Eagle Creek Resort Lake Shelbyville, Finley, Illinois "Evaluation of Shoulder and Surgery Treatment of Instability".

Presentation College of Sports Medicine 50th Annual Meeting May 2002, San Francisco, California. "Isokinetic Performance of Knee Extensors and Flexors Before and After 48 Hours Foot Race". M.E. Langelfelt, FACSM, B.J. Troy, W.P. Thorpe, D.F. Venabile, Southeast Missouri State University Cape Girardeau, Missouri

## RESEARCH ACTIVITIES:

Healing of torn meniscus in animals and man
Joint lavage vs. arthroscopic debridement in patients with osteoarthritis
Cybex correlation on patients undergoing arthroscopic surgery
Application of laser technology to orthopaedic surgery

## TITLES OF INSTRUCTIONAL LECTURES:

1) Rehabilitation post arthroscopy
2) Osteochondritis dissecans in patients undergoing arthroscopy
3) Abrasion arthroplasty in patients undergoing arthroscopic surgery

## LASER EXPERIENCE:

Coherent Medical Group    -    Holmium:  YAG Laser
  Knee:  Menisectomy, chondroplasty, lateral retinacular release, Patellofemoral realignment
  Ankle:  Debridement, chondroplasty
  Shoulder:  Arthroscopy with excision of labral lesions, subacromial Decompression and capsular shift procedure

Coherent sponsored Presentations at the American Academy of Orthopaedic Surgeons Meeting, Washington, D.C. April 1992 -  Use of Holmium Laser In Posterior Horn Tears of the Meniscus

1) San Francisco February 1993
2) New Orleans February 1994
3) Orlando February 1995
4) Atlanta February 1996

## OTHER PRESENTATIONS OF LASER USE IN ORTHOPAEDIC SUGERY:

University of Rochester Orthopaedic Society
Phi Beta Kappa
Sigma Xi Research Society
Senior Book Prize Club
Alpha Omega Alpha, Honor Medical Society
American Medical Association

## AWARDS

Missouri Athletic Trainers Association Sports Hall of Fame Inductee June 2006

## ACTIVITIES AND PRESENTATIONS:

Co-Medical Director for Regional Arthritis Center Member and Regional        Representation
    Missouri Arthritis Advisory Board Member Rehabilitation Committee St. Francis Medical
    Center Speaker Rheumatology Seminar; Sikeston, Missouri 1985
Member Southeast Missouri State University Board Foundation Board of Directors, Cape
    Girardeau Chamber of Commerce
President Parent-Teacher Associations; Alma Schrader School 1985-1986

Presentation National Athletic Trainers Conventions; Columbus, Ohio 1987
Presentation Symposium Conference on Family Management of Acquired
    Neurologic Disorders; Southeast Missouri State University May 1987
Editorial Board, Missouri Medicine, Journal of the MSMA, 1988-Present
Medical Director, Special Olympics-Southeast Missouri
Medical Director, Blind Olympics-Southeast Missouri
Presentation Healthy Lifestyle Conference SEMO 1988
Presentation Healthy Lifestyle Conference SEMO 1989
Faculty Speaker National Arthroscopy Seminar, Arthroscopy Association of
    North America, April 1988
Faculty Speaker National Arthroscopy Seminar, Arthroscopy Association of
    North America, May 1989
Community Task Force on the Future of Athletics at Central High School,
    Cape Girardeau, Missouri 1989
Speaker on Steroid Abuse in Athletics, Healthy Lifestyles Conference, Southeast
    Missouri State University, February 1989
Speaker and Participant 7th Annual Sports Medicine Seminar, Columbia Sports
    Medicine Center, December 1989
Speaker Arthroscopic Association of North America Meeting, Palm Springs,
    Californis, February 1990
Program Director Missouri Orthopaedic Association Meeting, Lodge of the
    Four Seasons, June 1990
Faculty Speaker, Columbia Orthopaedic Group, Sports Medicine Program 1989
Faculty Speaker, Missouri State Orthopaedic Association Annual Meeting
    June 1990 Title: Anterior Cruciate Ligament Reconstruction, Fact & Fiction
Program Director, Missouri State Orthopaedic Association Annual Meeting
    June 1990
Speaker Orthopaedic Nurses Association, "Surgical Options in Patients With

Arthritis", Cape Girardeau, Missouri June 1992

Speaker AAOS Meeting, "Use of Holmium Laser in Posterior Horn Tears of the Meniscus", Washington, DC April 1992

Speaker Sports Injuries Health South Coaches Clinic, July 1992

National Youth Sports Program Physicals, SEMO University, June 1993
Sponsored by the NCAA

Presentation European Knee Society, Bologna, Italy – Use of Laser Arthroscopy In Sports Medicine, November 1992

AAOS Meeting, San Francisco, CA – Use of Lasers in Knee Arthroscopy and Shoulder Arthroscopy, February 1993 – Presentation

Faculty Speaker, Holmium Laser Arthroscopy Workshop, St. Louis University Practical Anatomy of Surgical Technique, St. Louis, MO September 1993

Faculty Speaker, AANA Conference, Seminar – Laser Assisted Capsular Shift Procedure, Orlando, FL, April 1994

Faculty Speaker, International Symposium on Lasers in Endoscopic Surgery, Balgrist Clinic, University of Zurich; Zurich, Switzerland, May 1994

Faculty Speaker, 3rd Annual Arthritis Update, St. Francis Medical Center, Cape Girardeau, Missouri, "Arthroscopic Evaluation of Osteoarthritic Joints," June 1994

Faculty Speaker, Presbyterian-Orthopaedic Hospital, "Laser Holumium: YAG Arthroscopy, Charlotte, NC June 1994

Faculty Speaker, Towns River Community Hospital, Towns River, New Jersey July 1994

Faculty Speaker, Kyung-Hee University Hospital, Seoul, Korea, "Laser Arthroscopy", July 1994

Faculty Speaker, Lutheran Medical Center, Wheat Ridge, CO, "Use of the Holmium Laser", August 1994

Faculty Speaker, American Academy of Orthopaedic Surgeons Meeting, Orlando, FL, February 1995 (Shoulder Laser Arthroscopy and Laser Assisted Capsular Shift Procedure)

Poster Presentation at the National Athletic Trainers Association Meeting, Indianapolis, IN, June 1995. Abstract on laser assisted capsular shift Procedures

Case abstract publication – Medicine and Science in Sports and Exercise, Volume 27, Number 5, Supplement.

Faculty Speaker, XXII Fremap International Symposium of Traumatology, Othopaedics, "Injuries in Sports", November 23-25 1995, Madrid, Spain

Faculty Speaker, International Musculoskeletal Laser Society/Orthopaedic Laser Society of North America Conference, "Laser Physics", December 1995, Lake Tahoe, Nevada

Faculty Speaker, 5th Annual Arthritis Update, "The Laser and Arthritic Tissue", St. Francis Medical Center May 1996

Faculty Speaker, Dayton, Ohio, Laser Presentation December 14, 1996

Faculty Speaker, 1st Annual Southern District Athletic Training Workshop, "The Laser Assisted Capsular Shift Procedure: Technique and Results" July 26, 1998

Speaker, 1999, Illinois Athletic Trainer's State Meeting, "Thermal Shrinkage Theory and Cast Study", Clarion Hotel, Champaign, Illinois November 1999

Arthritis", Cape Girardeau, Missouri June 1992

Speaker AAOS Meeting, "Use of Holmium Laser in Posterior Horn Tears of the Meniscus", Washington, DC April 1992

Speaker Sports Injuries Health South Coaches Clinic, July 1992

National Youth Sports Program Physicals, SEMO University, June 1993 Sponsored by the NCAA

Presentation European Knee Society, Bologna, Italy – Use of Laser Arthroscopy In Sports Medicine, November 1992

AAOS Meeting, San Francisco, CA – Use of Lasers in Knee Arthroscopy and Shoulder Arthroscopy, February 1993 – Presentation

Faculty Speaker, Holmium Laser Arthroscopy Workshop, St. Louis University Practical Anatomy of Surgical Technique, St. Louis, MO September 1993

Faculty Speaker, AANA Conference, Seminar – Laser Assisted Capsular Shift Procedure, Orlando, FL, April 1994

Faculty Speaker, International Symposium on Lasers in Endoscopic Surgery, Balgrist Clinic, University of Zurich; Zurich, Switzerland, May 1994

Faculty Speaker, 3rd Annual Arthritis Update, St. Francis Medical Center, Cape Girardeau, Missouri, "Arthroscopic Evaluation of Osteoarthritic Joints," June 1994

Faculty Speaker, Presbyterian-Orthopaedic Hospital, "Laser Holumium: YAG Arthroscopy, Charlotte, NC  June 1994

Faculty Speaker, Towns River Community Hospital, Towns River, New Jersey July 1994

Faculty Speaker, Kyung-Hee University Hospital, Seoul, Korea, "Laser Arthroscopy", July 1994

Faculty Speaker, Lutheran Medical Center, Wheat Ridge, CO, "Use of the Holmium Laser", August 1994

Faculty Speaker, American Academy of Orthopaedic Surgeons Meeting, Orlando, FL, February 1995 (Shoulder Laser Arthroscopy and Laser Assisted Capsular Shift Procedure)

Poster Presentation at the National Athletic Trainers Association Meeting, Indianapolis, IN, June 1995. Abstract on laser assisted capsular shift Procedures

Case abstract publication – Medicine and Science in Sports and Exercise, Volume 27, Number 5, Supplement.

   Faculty Speaker, XXII Fremap International Symposium of Traumatology, Othopaedics, "Injuries in Sports", November 23-25 1995, Madrid, Spain

   Faculty Speaker, International Musculoskeletal Laser Society/Orthopaedic Laser Society of North America Conference, "Laser Physics", December 1995, Lake Tahoe, Nevada

   Faculty Speaker, 5th Annual Arthritis Update, "The Laser and Arthritic Tissue", St. Francis Medical Center May 1996

   Faculty Speaker, Dayton, Ohio, Laser Presentation December 14, 1996

   Faculty Speaker, 1st Annual Southern District Athletic Training Workshop, "The Laser Assisted Capsular Shift Procedure:  Technique and Results" July 26, 1998

   Speaker, 1999, Illinois Athletic Trainer's State Meeting, "Thermal Shrinkage Theory and Cast Study", Clarion Hotel, Champaign, Illinois November 1999

1)          AANA Meeting. Albuquerque, New Mexico August 1993
2)          Instructional Course. Long Beach, California January 1994
3)          Training Workshop, Orthopaedic Laser Surgery, ForTec Medical Inc.,
        Ann Arbor, Michigan May 1994
4)          Training Workshop, Orthopaedic Surgery, ForTec Medical Inc.,
        Cleveland, Ohio  January 1995
5)          Training Workshop, Orthopaedic Surgery with the Holmium: YAG laser,
        The Jewish Hospital of Cincinnati , ForTec Medical/Coherent Medical Group,
        Cincinnati, Ohio February 1995
6)          Training Workshop, Orthopaedic Surgery, ForTec Medical Inc.
        Indianapolis, Indiana March 1995
7)          Training Workshop on Lasers ForTec Medical Inc. Lexington, Ky 8/95
8)          Current Laser Research Investigations
a)              Use of laser for chondroplasty in patients with osteoarthritis
b)              Laser assisted capsular shift for patients with shoulder instability
9)          Training Workshop on Lasers ForTec Medical Inc. Louisville, Ky. 2/96
10)         Training Workshop on Lasers ForTec Medical Inc. Troy, Mich. 5/96
11)         Laser Arthroscopy Course Coherent Medical Inc. Dallas, Tx. 5/96
12)         Training Workshop on Lasers ForTec Medical Inc. Chicago, Ill. 2/97
13)         Hands-On Holmium: YAG Laser training workshop ForTec Medical Inc.
        Cincinnati, Ohio March 1997
14)         Hands-On Laser Training Workshop-ForTec Medical Inc., St. Francis
        Hospital, Milwaukee, Wisconsin May 1997
15)         Holmium Laser Assisted Arthroscopy workshop, Thomas Memorial
        Hospital, South Charleston, West Virginia Coherent Medical 2/98
16)         5th International Congress of the International Musculoskeletal Laser Society,
        Seville, Spain; April 22-25 1998 (IMLAS)
        Presentation-Laser Assisted Capsular Shift: A Six Year Experience
17)         6th International Congress of the International Musculoskeletal Laser Society,
        Sydney, Australia; April 1999, Randomized prospective trial of laser assisted
        capsular shift versus radiofrequency assisted capsular shift in patients with
        shoulder instability
18)         Presentation NATA meeting, Orlando, Florida June 1996; Laser Assisted
        Capsular Shift Procedure for Glenohumeral Instability

## PROFESSIONAL PRESENTATIONS AND ABSTRACT PUBLICATIONS:

Thorpe WP, MD.  2.1 Micro UM Holmium; YAG arthroscopic laser
chondroplasty; 262 cases in arthroscopic laser surgery clinical
applications. Allen T. Brilheart, editor.  Springer Valgus 1994.

Thorpe WP, Toy BJ.  Laser Assisted Shoulder Capsular Shift.  Journal of
Athletic Training.  1995; 30 (2) : S-20, Supplement.
**Free Communications Poster Presentation.** The National Athletic
Trainers' Association's 46th Annual Meeting and Clinical Symposium.
Indianapolis, Indiana, June 1995

Thorpe WP, Ankle Arthroscopy Using Laser, Orthopaedic Techniques Journal