IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM PERSON** : | |
| : | |
| **Plaintiff** : | |
| : | |
| : | Case No: 06-1995 (RMU) |
| : | |
| **GREATER SOUTHEAST COMMUNITY** : | |
| **HOSPITAL CORPORATION, et al.** : | |
| : | |
| **Defendant** : | |

## PRAECIPE OF DISMISSAL

**TO THE CLERK:**

Please take note that the Plaintiff, William Person, is hereby dismissing his action against Defabio, Inc. only and ask the Court to enter a line of dismissal of this action against Defabio, Inc., without prejudice with each party paying its own cost.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Kenneth J. Loewinger | Anthony Graham, Sr., Esq. |
| Loewinger and Brand, PLLC | Smith, Graham & Crump, LLC |
| 471 H Street, N. E. | 9200 Basil Court |
| Washington, D. C. 20001 | Suite 301 |
| | Largo, Maryland 20774 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Praecipe of Dismissal to be mailed, this 15th day of August 2008, postage prepaid to:

Steven Anderson, Esq.
Assistant Attorney General
441 4th Street, N. W., 6floor, S.
Washington, D. C. 20001

Katherine Hanrahan, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, N. W.
Suite 500
Washington, DC 20005-3300
*Attorneys for Defendant Greater Southeast
Community Hospital Corporation I*

Susan B. Boyce, Esq.
Armstrong, Donohue, Ceppos & Vaughan
204 Monroe Street
Suite 101
Rockville, Maryland 20850

Perry L. Foreman, Esq.
P. O. Box 44019
Ft. Washington, Md. 20721

_____
Anthony Graham, Sr.