**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM PERSON                    *

    Plaintiff                    *

    v.                    *          Case No:   06-1995 (RMU)

DISTRICT OF COLUMBIA, ET AL          *

    Defendants/Cross-Defendants.          *

**DEFENDANT, TAALAT MAXIMOUS, ,M.D.'S**
**PRELIMINARY DESIGNATION OF EXPERT WITNESSES**

Defendant, Taalat Maximous, M.D., by and through his attorneys, Larry Ceppos, Susan

Boyce, and the law firm of Armstrong, Donohue, Ceppos & Vaughan, Chtd., hereby submits the

following Preliminary Expert Identification.  This Designation is submitted as a preliminary

as all medical records and other documents have not yet been obtained from the Plaintiff and

from various healthcare providers regarding the Plaintiff's claims.

Language employed in this Preliminary Designation of Expert Witnesses is merely a

lawyer's summary of the experts' opinions as has been understood by this law firm and is not

intended to express the exact wording nor the totality of these experts.  This Preliminary

Designation of Expert Witnesses represents counsel's attempt to synthesize and summarize

opinions that have been orally expressed by these experts and/or are anticipated at trial.   These

experts may alter or revise this wording and/or add/revise any of the presently expressed

opinions as indicated.  The parties will be offered the opportunity to depose these experts to

ascertain additional details regarding their opinions.

    1.      Jeffrey Witte, M.D.
               9715 Medical Center Drive
               Suite 415
               Rockville, MD 20850

1

2.     Robert Wilson MD
       1160 Varnum Street
       Suite 312
       Washington DC, 20017

Drs. Witte and Wilson are board certified orthopedic surgeons who are expected to render opinions on the issues of standard of care, causation and/or damages.  They will base their opinions on their education, training, experience, and review of pertinent medical records as well as deposition testimony and other discovery responses.  They are expected to testify that the Defendant, Dr. Maximous, complied with standards of care in his preoperative, intraoperative and postoperative care, treatment and management of William Person.  They are expected to testify that William Person's alleged injuries and damages are not due to any negligence on the part of this Defendant.   See a copy of their reports and C.V.s which were previously provided.

Drs. Witte and Wilson   reserve the right to conduct an independent examination and evaluation of the Plaintiff before finalizing their opinions and reserve the right to revise their opinions after their evaluations have been completed.  They will address damage issues, disability issues, if any, and the need, if any, for future care or treatment.

3.     Frederick  Beavers, M.D
       10104 Hadley Place
       Kensington, MD 20895

Dr. Beavers is a board certified vascular surgeon who is expected to render opinions on the issues of standards of care, causation and/or damages.  He will base his opinions on his education, training, experience, and review of pertinent medical records as well as deposition testimony and other discovery responses.   He is expected to testify that the Defendant, Dr. Maximous, complied with standards of care in his preoperative, intraoperative and/or postoperative care, treatment and management of William Person.   He is expected to testify that

2

William Person's alleged injuries and damages are not due to any negligence on the part of this defendant.    See a copy of his report and CV which has been previously provided.   He will address damage issues, disability issues, if any, and the need, if any, for future care or treatment.

4.    This Defendant reserves the right to rely on the experts named or retained  on behalf of Plaintiff or any co-Defendant.  Please consider those experts as identified specifically on behalf of this Defendant, as if fully stated herein.

5.    Defendant reserves the right to call as an expert witness any health care provider who examined, evaluated or treated William Person at any time.

6.    Joe Rose
5402 Marshall Choice Drive
Bowie, MD 20720

Mr. Rose is an expert in vocational rehabilitation/training and life care planning and will testify on the basis of his education, training, experience and research, as well as his evaluation of the damages claimed by the Plaintiff and his evaluation of any reports or testimony proffered by Plaintiff's experts with regard to the work life expectancy and vocational future of Plaintiff. He is expected to analyze all relevant materials regarding Plaintiff's employment/vocational history, as well as his medical history and future needs, in order to arrive at opinions regarding his degree of disability, if any, from future employment, and any future "life care" requirements, if any, as well as his vocational potential and how, if at all, it has been affected or diminished. Mr. Rose will formulate and report these opinions upon receipt of further information not yet available regarding these issues, including current treating healthcare providers and reports of Plaintiff's expert(s).  It is expected that Mr. Rose will rebut the testimony of Plaintiff's experts with respect to the aforementioned subject matters.

7.      Beth Greenbaum
        9804 Korman Court
        Potomac, MD  20854

Dr. Greenbaum is an expert in life care planning who will offer opinions on damages, based upon her education, training, experience and research, as well as her evaluation of the damages claimed by the Plaintiff and her evaluation of any reports or testimony proffered by Plaintiff's experts.  She is expected to rebut the testimony of plaintiff's experts.   Dr. Greenbaum will formulate and report these opinions upon receipt of further information not yet available regarding these issues, including current treating healthcare providers and reports of Plaintiff's expert(s).

8.      Thomas F. Grogan
        Victoria Business Center
        1489 Baltimore Pike, Suite 211
        Springfield, PA 19064

9.      Thomas Walsh, Annuitist
        1530 Wilson Blvd., #900
        Arlington, VA 22209

Mr. Grogan and Mr. Walsh are experts in the field of Economics and Finance and Annuities.  They may be called upon to analyze and offer opinions regarding economic losses and will be asked to address opinions regarding economic losses as set forth by Plaintiff and Plaintiff's experts, once those opinions have been made available.  It is anticipated they will base their opinions on their education, training, experience and review of the pleadings, transcripts, financial information and other reports, select medical billing information, and any other pertinent data as it becomes available in this case.  If preferred, Mr. Grogan and Mr. Walsh can be asked to provide a report once reports and pertinent damage information have been provided by Plaintiff and are available for review.

Respectfully submitted,

ARMSTRONG, DONOHUE, CEPPOS &
VAUGHAN, CHARTERED


____/s/ Susan B. Boyce_____
Susan B. Boyce, Esquire, #430735
204 Monroe Street, Suite 101
Rockville, Maryland  20850
(301) 251-0440
*Counsel for Defendant*
sboyce@adclawfirm.com


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of August, 2008 a copy of the foregoing was
electronically filed and served upon:

Anthony Graham, Sr., Esquire
Smith Graham & Crump LLC
9200 Basil Court
Suite 301
Largo, MD 20774

Catherine Hanrahan, Esquire
1341 G Street NW
Suite 500
Washington, DC 20005

Steven J. Anderson, Esquire
Office of Attorney General for DC
441 Fourth Street NW
Suite 600S
Washington DC 20001

Perry L. Foreman, Esquire
700 Fifth Street, NW
Suite 300
Washington, DC 20001

Patricia B. Millerioux, Esquire
Loewinger & Brand
471 H Street NW
Washington DC 20001


                                        __ /s/ Susan B. Boyce_____
                                        Susan B. Boyce